UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Timothy P. Neumann, Esq. [TN6429]
Geoffrey P. Neumann, Esq. [59702019]
BROEGE, NEUMANN, FISCHER & SHAVER, LLC
25 Abe Voorhees Drive
Manasquan, New Jersey 08736
Tel: (732) 223-8484
Email: timothy.neumann25gmail.com
       geoff.neumann@gmail.com
*Attorneys for Debtors-in-Possession,*
*George Sariotis and Cindy Sariotis*

In Re:

GEORGE SARIOTIS and
CINDY SARIOTIS,

    Debtors.

Case No.: 22-12916

Chapter 11

Judge: Michael B. Kaplan

Hearing Date: 5/5/2022

Recommended Local Form:    ■ Followed    ☐ Modified

## ORDER AUTHORIZING RETENTION OF BROEGE, NEUMANN, FISCHER & SHAVER, L.L.C. AS ATTORNEY FOR THE DEBTOR

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

Page 2

Debtor: George Sariotis and Cindy Sariotis
Case No: 22-12916
Applicant: George Sariotis and Cindy Sariotis

(check all that apply)  ☐ Trustee:  ☐ Chapter 7  xx Chapter 11  ☐ Chapter 13
　　　　　　　　■ Debtors:  ■ Chapter 11  ☐ Chapter 13
　　　　　　　　☐ Official Committee of _____

Name of Professional:　　Timothy P. Neumann Esq.,
　　　　　　　　　　　　Geoffrey P. Neumann, Esq.
　　　　　　　　　　　　Broege, Neumann, Fischer & Shaver, L.L.C

Address of Professional:　　25 Abe Voorhees Drive, Manasquan, NJ  08736

■ Attorney for:　☐ Trustee　■ Debtors　☐ Official Committee of _____
☐ Accountant for:　☐ Trustee　☐ Debtor　☐ Official Committee of _____
☐ Other Professional:　☐ Realtor　☐ Appraiser  ☐ Special Counsel　☐ Auctioneer
　　　　　　　　　　　☐ Other (specify)_____

　　　　Upon the applicant's request for authorization to retain the professional named above, it is hereby ORDERED as follows:

　　　　1.　The applicants are authorized to retain the above party in the professional capacity noted.

　　　　2.　Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefore.

　　　　3.　The effective date of the retention is the date the application was filed with the Court.