| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| In Re:<br><br>George Sariotis and Cindy Sariotis | Case No.:       22-12916<br><br>Chapter:       11<br><br>Chief Judge:     Michael B. Kaplan |

## NOTICE OF CHAPTER 11 STATUS CONFERENCE

The within matter has been filed as a Chapter 11 case. Pursuant to 11 U.S.C. § 105(d), the Court will hold a status conference on  May 12, 2022  at  10:00 a.m.  at  United States Bankruptcy Court 402 East State Street Trenton  in Courtroom  8  before the Honorable  Michael B. Kaplan .

**ATTENDANCE BY THE DEBTOR IS REQUIRED
AND INTERESTED PARTIES ARE ENCOURAGED TO ATTEND.**

The purpose of this status conference is to promote the efficient administration of the case. At the status conference, counsel for the debtor shall be prepared to discuss matters relating to the debtor's business, its financial affairs and anticipated issues in the case. If applicable, the debtor and other interested parties should be prepared to address the following:

1. the debtor's capital structure (secured and unsecured debt, tax claims, unliquidated claims, etc.);

2. the debtor's post-petition operations and sources of revenue including use of cash collateral and/or debtor in possession financing;

3. significant motions or litigation anticipated by the debtor or other parties;

4. whether the use of the Court's mediation program will assist in the resolution of disputed matters;

5. projected Chapter 11 administrative expenses (ordinary course and professionals) and how they will be satisfied;

6. proof of claim bar dates;

7. anticipated date to file Chapter 11 Plan;

8. compliance with Chapter 11 administrative duties – monthly operating reports, retention of professionals, insurance, payment of U.S. Trustee fees, DIP bank accounts, etc.;

9. the scheduling of future status conferences; and

10. other matters unique to the case.

Date: April 11, 2022                                   JEANNE A. NAUGHTON, Clerk

                                                       BY: Wendy I. Quiles

*new.6/9/17*

United States Bankruptcy Court

District of New Jersey

In re: | Case No. 22-12916-MBK
George Sariotis | Chapter 11
Cindy Sariotis
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1
Date Rcvd: Apr 11, 2022      Form ID: pdf900      Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 13, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | George Sariotis, Cindy Sariotis, 1801 Pitney St, Oakhurst, NJ 07755-2840 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 13, 2022      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 11, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Geoffrey P. Neumann | on behalf of Joint Debtor Cindy Sariotis geoff.neumann@gmail.com |
| Geoffrey P. Neumann | on behalf of Debtor George Sariotis geoff.neumann@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 3