UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Timothy P. Neumann, Esq. [TN6429]
Geoffrey P. Neumann, Esq. [59702019]
BROEGE, NEUMANN, FISCHER & SHAVER, LLC
25 Abe Voorhees Drive
Manasquan, New Jersey 08736
Tel: (732) 223-8484
Email: timothy.neumann25gmail.com
       geoff.neumann@gmail.com
*Attorneys for Debtors-in-Possession,*
*George Sariotis and Cindy Sariotis*

In Re:

GEORGE SARIOTIS and
CINDY SARIOTIS,

    Debtors.

Case No.: 22-12916

Chapter 11

Judge:  Michael B. Kaplan

Hearing Date:  5/5/2022

## APPLICATION TO RETAIN BURKE & MANNA AS REAL ESTATE BROKERS FOR THE DEBTOR IN COMPLIANCE WITH D.N.J. LBR 2014(1)(a)

1. The applicants, George Sariotis and Cindy Sariotis, are the Debtors-in-Possession.

2. The applicants seek to retain the following professional:

   <u>Burke & Manna Real Estate</u>

3. The employment of the professional is necessary to market and sell the following property: 61 Redwood Drive, Ocean Township, NJ 07712 (the "Property") for the benefit of the Bankruptcy Estate.

4. The professional has been selected because of its familiarity in selling residential property in the area in which the Property is located.

5. <u>Michael Manna</u> shall market the Property for sale.

6. The proposed arrangement of 2% sales commission for compensation, including hourly rates, if applicable, is set forth in the accompanying certification and the executed listing agreement annexed thereto submitted herewith.

7. In the event the Debtors or any family member of the Debtors makes an offer to purchase the Property which results in the sale of the Property to the Debtors or any family member, Michael Manna shall not be entitled to a commission.

8. To the best of the applicant's knowledge, the professional's connection with the debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee is as follows:

|      |      |
|------|------|
| _____ | None |
| \_\_X\_\_ | Describe Connection:   The firm of firm Burke & |

Manna Real Estate represented joint-Debtor, George Sariotis, in connection with the sale of real property commonly known as 1046 Wayside Road, Tinton Falls, NJ that was property of his bankruptcy estate in his prior bankruptcy case No.: 19-32528.

9. To the best of applicant's knowledge, the professional (check all that apply):

|      |      |
|------|------|
| \_\_X\_\_ | Does not hold an adverse interest to the estate. |
| \_\_X\_\_ | Does not represent an adverse interest to the estate. |
| \_\_X\_\_ | Is a disinterested person under 11 U.S.C. § 101(14). |
| \_\_X\_\_ | Does not represent or hold any interest adverse to the debtor or the estate with respect to the matter for which she will be retained under 11 U.S.C. § 327(e). |
| _____ | Other: |

10. If the professional is an auctioneer, appraiser or realtor, the location and description of the property is as follows:  61 Redwood Drive, Ocean Township, NJ 07712.

WHEREFORE, the applicants respectfully request authorization to employ the professional to render services in accordance with this application, with compensation to be paid as an administrative expense in such amounts as the Court may hereafter determine and allow.

Dated: 4/14/2022            By: /s/ *George Sariotis*

Dated: 4/14/2022            By: /s/ *Cindy Sariotis*