| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Timothy P. Neumann, Esq. [TN6429]<br>Geoffrey P. Neumann, Esq. [59702019]<br>BROEGE, NEUMANN, FISCHER & SHAVER, LLC<br>25 Abe Voorhees Drive<br>Manasquan, New Jersey 08736<br>Tel: (732) 223-8484<br>Email: timothy.neumann25gmail.com<br>          geoff.neumann@gmail.com<br>*Attorneys for Debtors-in-Possession,*<br>*George Sariotis and Cindy Sariotis* | |
| In Re:<br><br>GEORGE SARIOTIS and<br>CINDY SARIOTIS,<br><br>          Debtors. | Case No.: 22-12916<br><br>Chapter 11<br><br>Judge: Michael B. Kaplan<br><br>Hearing Date: 5/5/2022 |

Recommended Local Form:      __X__ Followed        _____ Modified

**ORDER AUTHORIZING RETENTION OF REAL ESTATE BROKER**

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

Page 2
Debtors:        George Sariotis and Cindy Sariotis
Case No:  22-12916 (MBK)
Adv. Pro. No.:
Caption of Order: Order Authorizing Retention of Real Estate Broker

Applicant:        George Sariotis
Professional:    Burke & Manna Real Estate

---

Upon the applicant's request for authorization to retain the professional named above, it is hereby ORDERED as follows:

1.    The applicants, George Sariotis and Cindy Sariotis, are authorized to retain the professional, Burke & Manna Real Estate to act as real estate broker for the Debtors.

2.    Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefore.

3.    The effective date of the retention is the date the application was filed with the Court.