| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>Timothy P. Neumann, Esq. [TN6429]<br>BROEGE, NEUMANN, FISCHER & SHAVER, LLC<br>25 Abe Voorhees Drive<br>Manasquan, New Jersey 08736<br>Tel: (732) 223-8484<br>Email: Timothy.neumann25@gmail.com<br><br>*Attorneys for Debtors/Debtors-in-Possession*<br>*George Sariotis and Cindy Sariotis* | |
| In Re:<br><br>GEORGE SARIOTIS AND CINDY SARIOTIS,<br><br>     Debtors. | Case No.: 22-12916<br><br>Chapter 11<br><br>Judge: Hon. Michael B. Kaplan |

# CERTIFICATION OF SERVICE

1. I, Geoffrey P. Neumann., am an attorney and member of the firm of Broege, Neumann, Fischer & Shaver, LLC, the attorney representing the Debtors in this matter.

2. On April 14, 2022, I sent a copy of the documents and/or pleadings enumerated on Schedule A appended hereto to the parties listed in Schedule B appended hereto.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: April 14, 2022

                                                 */s/ Geoffrey P. Neumann*
                                                     Geoffrey P. Neumann

# SCHEDULE A

| Served | Document/Pleading |
|---|---|
| ☐ | Notice of Motion: |
| ☐ | Supporting Certification/Application |
| ☐ | Objection to Claim |
| ☐ | Supporting Certification/ |
| ☐ | Opposing Certification |
| ☐ | Proposed Order |
| ☐ | Brief/Memorandum of Law |
| ☐ | Summons |
| ☐ | Complaint |
| ☐ | Answer |
| ☐ | Answer and Counterclaim |
| ☐ | Monthly Fee Statement |
| ☐ | Fee Application |
| ■ | Other: APPLICATION TO RETAIN REALTOR |

# SCHEDULE B

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 ATTN: Maggie McGill, Esq. | U.S. Trustee | ☐ Hand-delivered<br>■ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>■ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(As authorized by the Court or by rule Cite the rule if applicable.) |
| Meyner & Landis<br>1 Gateway Ctr Fl 25<br>Newark, NJ 07102-5320<br>ATTN: Matt Dolan, Esq. | Counsel for secured creditor Ocean First Bank | ☐ Hand-delivered<br>■ Regular mail<br>☐ Certified mail/RR<br>■ E-mail<br>■ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Hudson Insurance Company Westerman Sheehy Keenan<br>333 Earle Ovington Blvd<br>Ste 702<br>Uniondale, NY 11553-3622 | judgment creditor (George Sariotis) | ☐ Hand-delivered<br>■ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| | | |
|---|---|---|
| Aluma Systems Concrete Construction, Inc.<br>c/o Hudson Law Offices, P.C.<br>900 Rte 168 C-2<br>Turnersville, NJ 08012 | judgment creditor (George Sariotis) | ☐ Hand-delivered<br>■ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(As authorized by the Court or by rule.<br>Cite the rule if applicable.) |
| DREYERS LUMBER & HARDWARE INC.<br>c/o RONALD J NELSON ESQ PC<br>161 WASHINGTON VALLEY RD STE 207<br>WARREN NJ 07059 | judgment creditor (George Sariotis) | ☐ Hand-delivered<br>■ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(As authorized by the Court or by rule.<br>Cite the rule if applicable.) |
| Joseph Fazio Wall LLC<br>5001 Routes 33 & 34<br>Farmingdale, NJ 07727 | judgment creditor (George Sariotis) | ☐ Hand-delivered<br>■ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(As authorized by the Court or by rule.<br>Cite the rule if applicable.) |
| McCormick 110, LLC<br>C/O DEMBO, BROWN & BURNS LLP | Counsel for secured creditor 110 McCormick LLC | ☐ Hand-delivered<br>■ Regular mail |

| | | |
|---|---|---|
| 1300 Route 73, Suite 205<br>Mt. Laurel, New Jersey 08054 | | ☐ Certified mail/RR<br>■ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(As authorized by the Court or by rule.<br>Cite the rule if applicable.) |
| Woodhaven Lumber & Millwork<br>200 James St.<br>Lakewood, NJ 08701-4103 | judgment creditor<br>(George Sariotis) | ☐ Hand-delivered<br>■ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(As authorized by the Court or by rule.<br>Cite the rule if applicable.) |