**DEMBO, BROWN & BURNS LLP**
By:    Kyle F. Eingorn, Esquire
1300 Route 73, Suite 205
Mt. Laurel, New Jersey 08054
(856) 354-8866
keingorn@dbblegal.com
Attorneys for McCormick 110, LLC

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: | CHAPTER 11 |
| GEORGE SARIOTIS AND CINDY SARIOTIS, | CASE NO. 22-12916-MBK |
| Debtors. | The Honorable Michael B. Kaplan, U.S.B.J. |
| | Hearing Date:  May 12, 2022 |

**NOTICE OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY
PURSUANT TO § 362(d) OF THE UNITED STATES BANKRUPTCY CODE**

George Sariotis
1801 Pitney Street
Oakhurst, New Jersey 07755

Cindy Sariotis
1801 Pitney Street
Oakhurst, New Jersey 07755

Geoffrey P. Neumann
Broege, Neumann, Fischer & Shaver, LLC
25 Abe Voorhees Drive
Manasquan, New Jersey 08736

Margaret McGee
DOJ-Ust
One Newark Center
1085 Raymond Blvd.
Ste 21st Floor
Newark, New Jersey 07102

McCormick 110, LLC (the "Lender") has filed papers with the Court for an order granting the Lender relief from the automatic stay pursuant to Section 362(d) of the United States Bankruptcy Code.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the Lender relief from the automatic stay, or if you want the court to consider your views on the Motion, then on or before May 5, 2022, you or your attorney must:

1

File with the court a written request for a hearing at: United States Bankruptcy Court, District of New Jersey, 402 East State Street, Courtroom #8, Trenton, New Jersey 08608.

If you mail your response to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.

You must also mail a copy to:

> McCormick 110, LLC
> c/o Kyle F. Eingorn, Esquire
> DEMBO, BROWN & BURNS LLP
> 1300 Route 73, Suite 205
> Mount Laurel, NJ 08054

Attend the hearing scheduled to be held on May 12, 2022 at 10:00am in Courtroom 8, United States Bankruptcy Court, 402 East State Street, Trenton, New Jersey 08608.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

> DEMBO, BROWN & BURNS LLP
> Attorneys for McCormick 110, LLC
>
> By:  /s/ Kyle F. Eingorn
>      Kyle F. Eingorn, Esquire

Dated: April 15, 2022