# Exhibit C

I certify this to be a true and correct copy of the original.

# COMMUNITY IMAGE HOME EQUITY CREDIT LINE AGREEMENT AND DISCLOSURE

| Principal | Loan Date | Maturity | Loan No | Call / Coll | Account | Officer | Initials |
|---|---|---|---|---|---|---|---|
| $200,000.00 | 12-06-2011 | 12-06-2026 | | RC-C1C1 / 11 | | *** | |

References in the boxes above are for our use only and do not limit the applicability of this document to any particular loan or item. Any item above containing "***" has been omitted due to text length limitations.

**Borrower:** George Sariotis
1801 Pitney Street
Township of Ocean (Oakhurst), NJ 07755

**Lender:** TWO RIVER COMMUNITY BANK
Middletown
1250 Highway 35 South
Middletown, NJ 07748
(732) 706-9009

---

INDEX. The following index is for convenience purposes only and is not to be used to interpret or to define any provisions of this Agreement.

1. Introduction
2. Promise to Pay
3. Term
4. Minimum Payment
5. Balloon Payment
6. How Your Payments Are Applied
7. Receipt of Payments
8. Credit Limit
9. Charges to your Credit Line
10. Credit Advances
    (A) Credit Line Checks
11. Limitations on the Use of Checks
    (A) Credit Limit Violation
    (B) Post-dated Checks
    (C) Stolen Checks
    (D) Unauthorized Signatures
    (E) Termination or Suspension
    (F) Transaction Violation
12. Transaction Requirements
    (A) Credit Line Credit Line Check Limitations
        (1) Minimum Advance Amount
13. Limitation on All Access Devices
14. Authorized Signers
15. Lost Credit Line Checks
16. Future Credit Line Services
17. Collateral
18. Insurance
19. Right of Setoff
20. Periodic Statements
21. When FINANCE CHARGES Begin to Accrue
22. Method Used to Determine the Balance on Which the FINANCE CHARGE Will Be Computed
23. Method of Determining the Amount of FINANCE CHARGE
24. Periodic Rate and Corresponding ANNUAL PERCENTAGE RATE
25. Conditions Under Which Other Charges May Be Imposed
    (A) Returned Items
    (B) Fee to Stop Payment
    (C) Miscellaneous Photocopying
    (D) Late Charge
    (E) Security Interest Charges
26. Lender's Rights
    (A) Termination and Acceleration
    (B) Suspension or Reduction
    (C) Change in Terms
    (D) Collection Costs
    (E) Rate Increase

COMMUNITY IMAGE HOME EQUITY CREDIT LINE AGREEMENT AND DISCLOSURE

Loan No                                              (Continued)                                              Page 2

27. Access Devices
28. Delay in Enforcement
29. Cancellation by you
30. Prepayment
31. Notices
32. Credit Information and Related Matters
33. Transfer or Assignment
34. Tax Consequences
35. EARLY CLOSE OUT FEE
36. Governing Law
37. Caption Headings
38. Interpretation
39. Severability
40. Acknowledgment

CREDIT LIMIT: $200,000.00                                DATE OF AGREEMENT: December 6, 2011

1. Introduction. This Community Image Home Equity Credit Line Agreement and Disclosure ("Agreement") governs your line of credit (the "Credit Line" or the "Credit Line Account") issued through TWO RIVER COMMUNITY BANK. In this Agreement, the words "Borrower," "you," "your," and "Applicant" mean each and every person who signs this Agreement, including all Borrowers named above. The words "we," "us," "our," and "Lender" mean TWO RIVER COMMUNITY BANK. You agree to the following terms and conditions:

2. Promise to Pay. You promise to pay TWO RIVER COMMUNITY BANK, or order, the total of all credit advances and FINANCE CHARGES, together with all costs and expenses for which you are responsible under this Agreement or under the "Mortgage" which secures your Credit Line. You will pay your Credit Line according to the payment terms set forth below. If there is more than one Borrower, each is jointly and severally liable on this Agreement. This means we can require any Borrower to pay all amounts due under this Agreement, including credit advances made to any Borrower. Each Borrower authorizes any other Borrower, on his or her signature alone, to cancel the Credit Line, to request and receive credit advances, and to do all other things necessary to carry out the terms of this Agreement. We can release any Borrower from responsibility under this Agreement, and the others will remain responsible.

3. Term. The term of your Credit Line will begin as of the date of this Agreement ("Opening Date") and will continue until December 6, 2026 ("Maturity Date"). All indebtedness under this Agreement, if not already paid pursuant to the payment provisions below, will be due and payable upon maturity. The draw period of your Credit Line will begin on a date, after the Opening Date, when the Agreement is accepted by us in the State of New Jersey, following the expiration of the right to cancel, the perfection of the Mortgage, the receipt of all required certificates of noncancellation, and the meeting of all of our other conditions and will continue as follows: 15 Years. You may obtain credit advances during this period ("Draw Period"). You agree that we may renew or extend the period during which you may obtain credit advances or make payments. You further agree that we may renew or extend your Credit Line Account.

4. Minimum Payment. Your "Regular Payment" will be based on a percentage of your outstanding balance plus all accrued FINANCE CHARGES as shown below or $50.00, whichever is greater. Your payments will be due monthly.

| Range of Balances | Number of Payments | Regular Payment Calculation |
|---|---|---|
| All Balances | 180 | 0.555% of your outstanding balance plus all accrued FINANCE CHARGES |

Your "Minimum Payment" will be the Regular Payment, plus any amount past due and all other charges. The Minimum Payment will not fully repay the principal that is outstanding on your Credit Line and your final payment will be a single balloon payment. An increase in the ANNUAL PERCENTAGE RATE may increase the amount of your Regular Payment. You agree to pay not less than the Minimum Payment on or before the due date indicated on your periodic billing statement.

5. Balloon Payment. Your Credit Line Account is payable in full upon maturity in a single balloon payment. You must pay the entire outstanding principal, interest and any other charges then due. Unless otherwise required by applicable law, we are under no obligation to refinance the balloon payment at that time. You may be required to make payments out of other assets you own or find a lender, which may be us, willing to lend you the money. If

COMMUNITY IMAGE HOME EQUITY CREDIT LINE AGREEMENT AND DISCLOSURE
Loan No:                                        (Continued)                                        Page 3

---

you refinance the balloon, you may have to pay some or all of the closing costs normally associated with a new credit line account, even if you obtain refinancing from us.

**6. How Your Payments Are Applied.** Unless otherwise agreed or required by applicable law, payments and other credits will be applied first to late charges and other charges; then to Finance Charges; and then to unpaid principal.

**7. Receipt of Payments.** All payments must be made in U.S. dollars and must be received by us consistent with any payment instructions provided on or with your periodic billing statement. If a payment is made consistent with our payment instructions but received after 3:00 PM Eastern Standard Time on a business day, we will apply your payment to your Credit Line on the next business day.

**8. Credit Limit.** This Agreement covers a revolving line of credit for the principal amount of Two Hundred Thousand & 00/100 Dollars ($200,000.00), which will be your "Credit Limit" under this Agreement. During the Draw Period we will honor your request for credit advances subject to the section below on Lender's Rights. You may borrow against the Credit Line, repay any portion of the amount borrowed, and re-borrow up to the amount of the Credit Limit. Your Credit Limit is the maximum amount you may have outstanding at any one time. You agree not to attempt, request, or obtain a credit advance that will make your Credit Line Account balance exceed your Credit Limit. Your Credit Limit will not be increased should you overdraw your Credit Line Account. If you exceed your Credit Limit, you agree to repay immediately the amount by which your Credit Line Account exceeds your Credit Limit, even if we have not yet billed you. Any credit advances in excess of your Credit Limit will not be secured by the Mortgage covering your principal dwelling.

**9. Charges to your Credit Line.** We may charge your Credit Line to pay other fees and costs that you are obligated to pay under this Agreement, the Mortgage or any other document related to your Credit Line. In addition, we may charge your Credit Line for funds required for continuing insurance coverage as described in the paragraph titled "Insurance" below or as described in the Mortgage for this transaction. We may also, at our option, charge your Credit Line to pay any costs or expenses to protect or perfect our security interest in your principal dwelling. These costs or expenses include, without limitation, payments to cure defaults under any existing liens on your principal dwelling. If you do not pay your property taxes, we may charge your Credit Line and pay the delinquent taxes. Any amount so charged to your Credit Line will be a credit advance and will decrease the funds available, if any, under the Credit Line. However, we have no obligation to provide any of the credit advances referred to in this paragraph.

**10. Credit Advances.** After the Effective Disbursement Date of this Agreement, you may obtain credit advances under your Credit Line as follows:

(A) **Credit Line Checks.** Writing a preprinted "Credit Line Check" that we will supply to you.

If there is more than one person authorized to use this Credit Line Account, you agree not to give us conflicting instructions, such as one Borrower telling us not to give advances to the other.

**11. Limitations on the Use of Checks.** We reserve the right not to honor Credit Line Checks in the following circumstances:

(A) **Credit Limit Violation.** Your Credit Limit has been or would be exceeded by paying the Credit Line Check.

(B) **Post-dated Checks.** Your Credit Line Check is post-dated. If a post-dated Credit Line Check is paid and as a result any other check is returned or not paid, we are not responsible.

(C) **Stolen Checks.** Your Credit Line Checks have been reported lost or stolen.

(D) **Unauthorized Signatures.** Your Credit Line Check is not signed by an "Authorized Signer" as defined below.

(E) **Termination or Suspension.** Your Credit Line has been terminated or suspended as provided in this Agreement or could be if we paid the Credit Line Check.

(F) **Transaction Violation.** Your Credit Line Check is less than the minimum amount required by this Agreement or you are in violation of any other transaction requirement or would be if we paid the Credit Line Check.

If we pay any Credit Line Check under these conditions, you must repay us, subject to applicable laws, for the amount of the Credit Line Check. The Credit Line Check itself will be evidence of your debt to us together with this Agreement. Our liability, if any, for wrongful dishonor of a check is limited to your actual damages. Dishonor for any reason as provided in this Agreement is not wrongful dishonor. We may choose not to return Credit Line Checks along with your periodic billing statements; however, your use of each Credit Line Check will be reflected on your periodic statement as a credit advance. We do not "certify" Credit Line Checks drawn on your Credit Line.

## COMMUNITY IMAGE HOME EQUITY CREDIT LINE AGREEMENT AND DISCLOSURE

Loan No.                                                    (Continued)                                               Page 4

**12. Transaction Requirements.** The following transaction limitations will apply to the use of your Credit Line:

**(A)  Credit Line Credit Line Check Limitations.** The following transaction limitations will apply to your Credit Line and the writing of Credit Line Checks.

**(1)  Minimum Advance Amount.** The minimum amount of any credit advance that can be made on your Credit Line is $250.00. This means any Credit Line Check must be written for at least the minimum advance amount.

**13. Limitation on All Access Devices.** You may not use any access device, whether described above or added in the future, for any illegal or unlawful transaction, and we may decline to authorize any transaction that we believe poses an undue risk of illegality or unlawfulness. Notwithstanding the foregoing, we may collect on any debt arising out of any illegal or unlawful transaction.

**14. Authorized Signers.** The words "Authorized Signer" on Credit Line Checks as used in this Agreement mean and include each person who  (a) signs the application for this Credit Line,  (b) signs this Agreement, or  (c) has executed a separate signature authorization card for the Credit Line Account.

**15. Lost Credit Line Checks.** If you lose your Credit Line Checks or if someone is using them without your permission, you agree to let us know immediately. The fastest way to notify us is by calling us at (732) 706-9009. You also can notify us at our address shown at the beginning of this Agreement.

**16. Future Credit Line Services.** Your application for this Credit Line also serves as a request to receive any new services (such as access devices) which may be available at some future time as one of our services in connection with this Credit Line. You understand that this request is voluntary and that you may refuse any of these new services at the time they are offered. You further understand that the terms and conditions of this Agreement will govern any transactions made pursuant to any of these new services.

**17. Collateral.** You acknowledge this Agreement is secured by 2nd mortgage lien on property located at 1801 Pitney Street, Township of Ocean (Oakhurst), State of NJ and also known as Lot: 105 Block: 33.

**18. Insurance.** You must obtain insurance on the Property securing this Agreement that is reasonably satisfactory to us. You may obtain property insurance through any company of your choice that is reasonably satisfactory to us. You have the option of providing any insurance required under this Agreement through an existing policy or a policy independently obtained and paid for by you, subject to our right, for reasonable cause before credit is extended, to decline any insurance provided by you. Subject to applicable law, if you fail to obtain or maintain insurance as required in the Mortgage, we may purchase insurance to protect our own interest, add the premium to your balance, pursue any other remedies available to us, or do any one or more of these things.

**19. Right of Setoff.** To the extent permitted by applicable law, we reserve a right of setoff in all your accounts with us (whether checking, savings, or some other account). This includes, without limitation, all accounts you hold jointly with someone else and all accounts you may open in the future. This does not include however any IRA, Keogh, or trust accounts. You authorize us, to the extent permitted by applicable law, to charge or setoff all sums owing on this Agreement against any and all such accounts.

**20. Periodic Statements.** If you have a balance owing on your Credit Line Account or have any account activity, we will send you a periodic statement. It will show, among other things, credit advances, FINANCE CHARGES, other charges, payments made, other credits, your "Previous Balance," and your "New Balance." Your statement also will identify the Minimum Payment you must make for that billing period and the date it is due.

**21.  When FINANCE CHARGES Begin to Accrue.** Periodic FINANCE CHARGES for credit advances under your Credit Line will begin to accrue on the date credit advances are posted to your Credit Line. There is no "free ride period" which would allow you to avoid a FINANCE CHARGE on your Credit Line credit advances.

**22. Method Used to Determine the Balance on Which the FINANCE CHARGE Will Be Computed.** A daily FINANCE CHARGE will be imposed on all credit advances made under your Credit Line imposed from the date of each credit advance based on the "daily balance" method. To get the daily balance, we take the beginning balance of your Credit Line Account each day, add any new advances, and subtract any unpaid FINANCE CHARGES and any payments or credits. This gives us the "daily balance."

**23. Method of Determining the Amount of FINANCE CHARGE.** Any FINANCE CHARGE is determined by applying the "Periodic Rate" to the balance described herein. Then we add together the periodic FINANCE CHARGES for each day in the billing cycle. This is your FINANCE CHARGE calculated by applying a Periodic Rate.

**24. Periodic Rate and Corresponding ANNUAL PERCENTAGE RATE.** We will determine the Periodic Rate and the

COMMUNITY IMAGE HOME EQUITY CREDIT LINE AGREEMENT AND DISCLOSURE

Loan No: ⸱_ _ _ _

(Continued)

Page 5

corresponding ANNUAL PERCENTAGE RATE as follows. We start with an independent index which is the Wall Street Journal Prime Rate (the "Index"). We will use the most recent Index value available to us as of each day to make any ANNUAL PERCENTAGE RATE adjustment. The Index is not necessarily the lowest rate charged by us on our loans. If the Index becomes unavailable during the term of this Credit Line Account, we may designate a substitute index after notice to you. To determine the Periodic Rate that will apply to your account, we add a margin to the value of the Index, then divide the value by the number of days in a year (daily). To obtain the ANNUAL PERCENTAGE RATE we multiply the Periodic Rate by the number of days in a year (daily). This result is the ANNUAL PERCENTAGE RATE. The ANNUAL PERCENTAGE RATE includes only interest and no other costs. Initially, during the discount period, we will reduce the total rate of the index plus margin by the percentage shown herein.

The Periodic Rate and the corresponding ANNUAL PERCENTAGE RATE on your Credit Line will increase or decrease as the Index increases or decreases from time to time. Adjustments to the Periodic Rate and the corresponding ANNUAL PERCENTAGE RATE resulting from changes in the Index will take effect daily. In no event will the Periodic Rate result in a corresponding ANNUAL PERCENTAGE RATE that is less than 3.990% or more than 16.000%, nor will the Periodic Rate or corresponding ANNUAL PERCENTAGE RATE exceed the maximum rate allowed by applicable law. Today the Index is 3.250% a year, and therefore the initial Periodic Rate and the corresponding ANNUAL PERCENTAGE RATE on your Credit Line are as stated below:

### Rates During the Discount Period

| Term of Discount Range of Balances | Discount Percentage | ANNUAL PERCENTAGE RATE | Daily Periodic Rate |
|---|---|---|---|
| First 180 Payments | | | |
| All Balances | 1.000% | 3.990% | 0.01093% |

The term of the discount period is 180 Payments.

The above interest rate discount is effective only if the Borrower opens a deposit account and has the MINIMUM PAYMENT automatically deducted from the deposit account. If the Borrower for any reason ceases to have the payments automatically deducted from the deposit account at any time during the life of the loan, the interest rate shall revert to prime rate floating plus 1%.

### Current Non-discounted Rates for the First Payment Stream

| Range of Balance or Conditions | Margin Added to Index | ANNUAL PERCENTAGE RATE | Daily Periodic Rate |
|---|---|---|---|
| All Balances | 1.000% | 4.250% | 0.01164% |

Notwithstanding any other provision of this Agreement, we will not charge interest on any undisbursed loan proceeds, except as may be permitted during any Right of Rescission period.

**25. Conditions Under Which Other Charges May Be Imposed.** You agree to pay all the other fees and charges related to your Credit Line as set forth below:

**(A) Returned Items.** You may be charged $30.00 if you pay your Credit Line obligations with a check, draft, or other item that is dishonored for any reason, unless applicable law requires a lower charge or prohibits any charge.

**(B) Fee to Stop Payment.** Your Credit Line Account may be charged $20.00 when you request a stop payment on your account.

**(C) Miscellaneous Photocopying.** If you request a copy of any document, we may charge your Credit Line Account $5.00 Charge for additional copy of Statement for the time it takes us to locate, copy, and mail the document to you. If your request is related to a billing error (see "Your Billing Rights" notice) and an error is found, we will reverse any photocopying charges.

**(D) Late Charge.** Your payment will be late if it is not received by us within 15 days after the "Payment Due Date" shown on your periodic statement. If your payment is late we may charge you 5.000% of the unpaid amount of the payment.

COMMUNITY IMAGE HOME EQUITY CREDIT LINE AGREEMENT AND DISCLOSURE
Loan No:                                    (Continued)                                    Page 6

---

**(E) Security Interest Charges.** You agree to pay all security interest charges related to your Credit Line as set forth below:

| | |
|---|---|
| Property taxes | $10,503.70 |
| Homeowners insurance | $5,366.85 |
| Total | $15,870.55 |

**26. Lender's Rights.** Under this Agreement, we have the following rights:

**(A) Termination and Acceleration.** We can terminate your Credit Line Account and require you to pay us the entire outstanding balance in one payment, and charge you certain fees, if any of the following happen:  (1) You commit fraud or make a material misrepresentation at any time in connection with this Credit Agreement. This can include, for example, a false statement about your income, assets, liabilities, or any other aspects of your financial condition.  (2) You do not meet the repayment terms of this Credit Agreement.  (3) Your action or inaction adversely affects the collateral for the plan or our rights in the collateral.  This can include, for example, failure to maintain required insurance, waste or destructive use of the dwelling, failure to pay taxes, death of all persons liable on the account, transfer of title or sale of the dwelling, creation of a senior lien on the dwelling without our permission, foreclosure by the holder of another lien, or the use of funds or the dwelling for prohibited purposes.

**(B) Suspension or Reduction.** In addition to any other rights we may have, we can suspend additional extensions of credit or reduce your Credit Limit during any period in which any of the following are in effect:

(1) The value of your property declines significantly below the property's appraised value for purposes of this Credit Line Account.  This includes, for example, a decline such that the initial difference between the Credit Limit and the available equity is reduced by fifty percent and may include a smaller decline depending on the individual circumstances.

(2) We reasonably believe that you will be unable to fulfill your payment obligations under your Credit Line Account due to a material change in your financial circumstances.

(3) You are in default under any material obligations of this Credit Line Account.  We consider all of your obligations to be material.  Categories of material obligations include the events described above under Termination and Acceleration, obligations to pay fees and charges, obligations and limitations on the receipt of credit advances, obligations concerning maintenance or use of the property or proceeds, obligations to pay and perform the terms of any other deed of trust, mortgage or lease of the property, obligations to notify us and to provide documents or information to us (such as updated financial information), obligations to comply with applicable laws (such as zoning restrictions), and obligations of any comaker.

(4) We are precluded by government action from imposing the ANNUAL PERCENTAGE RATE provided for under this Agreement.

(5) The priority of our security interest is adversely affected by government action to the extent that the value of the security interest is less than one hundred twenty percent (120%) of the Credit Limit.

(6) We have been notified by governmental authority that continued advances may constitute an unsafe and unsound business practice.

**(C) Change in Terms.** We may make changes to the terms of this Agreement if you agree to the change in writing at that time, if the change will unequivocally benefit you throughout the remainder of your Credit Line Account, or if the change is insignificant (such as changes relating to our data processing systems).  If the Index is no longer available, we will choose a new Index and margin.  The new Index will have an historical movement substantially similar to the original Index, and the new Index and margin will result in an ANNUAL PERCENTAGE RATE that is substantially similar to the rate in effect at the time the original index becomes unavailable.  We may prohibit additional extensions of credit or reduce your Credit Limit during any period in which the maximum ANNUAL PERCENTAGE RATE under your Credit Line Account is reached.

**(D) Collection Costs.** We may hire or pay someone else to help collect this Agreement if you do not pay.  You will pay us that amount.  This includes, subject to any limits under applicable law, our reasonable attorneys' fees and our legal expenses, whether or not there is a lawsuit, including reasonable attorneys' fees, expenses for bankruptcy proceedings (including efforts to modify or vacate any automatic stay or injunction), and appeals.  If not prohibited by applicable law, you also will pay any court costs, in addition to all other sums

COMMUNITY IMAGE HOME EQUITY CREDIT LINE AGREEMENT AND DISCLOSURE
Loan N(                                    (Continued)
                                                                                    Page 7

provided by law.

(E) Rate Increase. In addition to our other rights during termination and acceleration, we may increase the variable ANNUAL PERCENTAGE RATE under this Agreement to 3.000 percentage points over the then applicable ANNUAL PERCENTAGE RATE. The ANNUAL PERCENTAGE RATE will not exceed the maximum rate permitted by applicable law. If we do not increase the ANNUAL PERCENTAGE RATE upon termination or acceleration of your Credit Line Account, it will continue at the variable rate in effect as of the date of termination or acceleration of your Credit Line Account.

27. Access Devices. If your Credit Line is suspended or terminated, you must immediately return to us all Credit Line Checks and any other access devices. Any use of Credit Line Checks or other access devices following suspension or termination may be considered fraudulent. You will also remain liable for any further use of Credit Line Checks or other Credit Line access devices not returned to us.

28. Delay in Enforcement. We may delay or waive the enforcement of any of our rights under this Agreement without losing that right or any other right. If we delay or waive any of our rights, we may enforce that right at any time in the future without advance notice. For example, not terminating your account for non-payment will not be a waiver of our right to terminate your account in the future if you have not paid.

29. Cancellation by you. If you cancel your right to credit advances under this Agreement, you must notify us in writing at the address shown on your periodic billing statement or other designated address and return all Credit Line Checks and any other access devices to us. Despite cancellation, your obligations under this Agreement will remain in full force and effect until you have paid us all amounts due under this Agreement.

30. Prepayment. You may prepay all or any amount owing under this Credit Line at any time without penalty, except we will be entitled to receive all accrued FINANCE CHARGES, and other charges, if any. Payments in excess of your Minimum Payment will not relieve you of your obligation to continue to make your Minimum Payments. Instead, they will reduce the principal balance owed on the Credit Line. You agree not to send us payments marked "paid in full", "without recourse", or similar language. If you send such a payment, we may accept it without losing any of our rights under this Agreement, and you will remain obligated to pay any further amount owed to us. All written communications concerning disputed amounts, including any check or other payment instrument that indicates that the payment constitutes "payment in full" of the amount owed or that is tendered with other conditions or limitations or as full satisfaction of a disputed amount must be mailed or delivered to: TWO RIVER COMMUNITY BANK, 1250 Highway 35 South Middletown, NJ 07748.

31. Notices. All notices will be sent to your address as shown in this Agreement. Notices will be mailed to you at a different address if you give us written notice of a different address. You agree to advise us promptly if you change your mailing address.

32. Credit Information and Related Matters. You authorize us to release information about you to third parties as described in our privacy policy and our Fair Credit Reporting Act notice, provided you did not opt out of the applicable policy, or as permitted by law. You agree that, upon our request, you will provide us with a current financial statement, a new credit application, or both, on forms provided by us. You also agree we may obtain credit reports on you at any time, at our sole option and expense, for any reason, including but not limited to determining whether there has been an adverse change in your financial condition. We may require a new appraisal of the Property which secures your Credit Line at any time, including an internal inspection, at our sole option and expense.

33. Transfer or Assignment. Without prior notice or approval from you, we reserve the right to sell or transfer your Credit Line Account and our rights and obligations under this Agreement to another lender, entity, or person, and to assign our rights under the Mortgage. Your rights under this Agreement belong to you only and may not be transferred or assigned. Your obligations, however, are binding on your heirs and legal representatives. Upon any such sale or transfer, we will have no further obligation to provide you with credit advances or to perform any other obligation under this Agreement.

34. Tax Consequences. You understand that neither we, nor any of our employees or agents, make any representation or warranty whatsoever concerning the tax consequences of your establishing and using your Credit Line, including the deductibility of interest, and that neither we nor our employees or agents will be liable in the event interest on your Credit Line is not deductible. You should consult your own tax advisor for guidance on this subject.

35. EARLY CLOSE OUT FEE. Borrower agrees to reimburse Lender for all costs associated with the origination of this loan, including but not limited to, Credit Reports, Flood Insurance Searches, and Appraisal preparation and

## COMMUNITY IMAGE HOME EQUITY CREDIT LINE AGREEMENT AND DISCLOSURE

Loan No
(Continued)
Page 8

requisite appraisal review fee, recording fees, and all other origination costs if the loan account is closed out within twenty-four (24) months of the loan closing date.  These costs shall be in the amount of $800.00.

**36. Governing Law.**  This Agreement will be governed by federal law applicable to us and, to the extent not preempted by federal law, the laws of the State of New Jersey without regard to its conflicts of law provisions. This Agreement has been accepted by us in the State of New Jersey.

**37. Caption Headings.**  Caption headings in this Agreement are for convenience purposes only and are not to be used to interpret or define the provisions of this Agreement.

**38. Interpretation.**  You agree that this Agreement, together with the Mortgage, is the best evidence of your agreements with us.  If we go to court for any reason, we can use a copy, filmed or electronic, of any periodic statement, this Agreement, the Mortgage or any other document to prove what you owe us or that a transaction has taken place.  The copy, microfilm, microfiche, or optical image will have the same validity as the original.  You agree that, except to the extent you can show there is a billing error, your most current periodic statement is the best evidence of your obligation to pay.

**39. Severability.**  If a court finds that any provision of this Agreement is not valid or should not be enforced, that fact by itself will not mean that the rest of this Agreement will not be valid or enforced.  Therefore, a court will enforce the rest of the provisions of this Agreement even if a provision of this Agreement may be found to be invalid or unenforceable.

**40. Acknowledgment.**  You understand and agree to the terms and conditions in this Agreement.  By signing this Agreement, you acknowledge that you have read this Agreement.  You also acknowledge receipt of a completed copy of this Agreement, including the Fair Credit Billing Notice and the early home equity line of credit application disclosure, in addition to the handbook entitled "What you should know about Home Equity Lines of Credit," given with the application.

BORROWER:

X _____
George  Sariotis

Effective Disbursement Date: _____

## COMMUNITY IMAGE HOME EQUITY CREDIT LINE AGREEMENT AND DISCLOSURE

Loan No:                                         (Continued)
                                                                                          Page 9

---

# BILLING ERROR RIGHTS

### YOUR BILLING RIGHTS

### KEEP THIS NOTICE FOR FUTURE USE

This notice contains important information about your rights and our responsibilities under the Fair Credit Billing Act.

**Notify us in case of errors or questions about your bill.**

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at

**TWO RIVER COMMUNITY BANK**
**1250 Highway 35 South**
**Middletown, NJ  07748**

or at the address listed on your bill. Write to us as soon as possible. We must hear from you no later than sixty (60) days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:

Your name and account number.

The dollar amount of the suspected error.

Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are not sure about.

If you have authorized us to pay your bill automatically from your savings or checking account, you can stop the payment on any amount you think is wrong. To stop the payment, your letter must reach us three (3) business days before the automatic payment is scheduled to occur.

**Your rights and our responsibilities after we receive your written notice.**

We must acknowledge your letter within thirty (30) days, unless we have corrected the error by then. Within ninety (90) days, we must either correct the error or explain why we believe the bill was correct.

After we receive your letter, we cannot try to collect any amount you question, or report you as delinquent. We can continue to bill you for the amount you question, including finance charges, and we can apply any unpaid amount against your Credit Limit. You do not have to pay any questioned amount while we are investigating, but you are still obligated to pay the parts of your bill that are not in question.

If we find that we made a mistake on your bill, you will not have to pay any finance charges related to any questioned amount. If we didn't make a mistake, you may have to pay finance charges, and you will have to make up any missed payments on the questioned amount. In either case, we will send you a statement of the amount you owe and the date on which it is due.

If you fail to pay the amount that we think you owe, we may report you as delinquent. However, if our explanation does not satisfy you and you write to us within ten (10) days telling us that you still refuse to pay, we must tell anyone we report you to that you have a question about your bill. And, we must tell you the name of anyone we reported you to. We must tell anyone we report you to that the matter has been settled between us when it finally is.

If we don't follow these rules, we can't collect the first $50 of the questioned amount, even if your bill was correct.

NOTE ALLONGE

Borrower: GEORGE SARIOTIS

Note Date: 12/12/2011

Loan Amount: 200,000

Property Address: 1801 PITNEY STREET, OAKHURST, NJ  07755

For the purpose of endorsement of the attached Note, this Allonge is affixed and becomes a permanent part of said Note.

Pay to the order of:  McCormick 110, LLC

, without recourse

OCEAN FIRST BANK N.A. AS SUCCESSOR BY MERGER TO TWO RIVER COMMUNITY BANK

By:   _____

Name:  CHRISTINE SCHIESS

Title:  VICE PRESIDENT