# Exhibit E



# Monmouth County Document Summary Sheet

| | | | |
|---|---|---|---|
| MONMOUTH COUNTY CLERK<br>PO BOX 1251<br>MARKET YARD<br>FREEHOLD NJ 07728 | **Transaction Identification Number** | 5012392 | 4894465 |
| | **Recorded Document to be Returned by Submitter to:**<br>HAHN MANAGEMENT SERVICES, LLC<br>160 QUEENS AVE<br>WEST BABYLON, NY 11704 | | |

**Official Use Only**

```
CHRISTINE GIORDANO HANLON
     COUNTY CLERK
   MONMOUTH COUNTY, NJ

   INSTRUMENT NUMBER
       2021031881
      RECORDED ON
      Mar 02, 2021
       2:21:33 PM
  BOOK:OR-9486 PAGE:1240
     Total Pages: 3

COUNTY RECORDING FEES     $52.00
TOTAL PAID                $52.00
```

| | | |
|---|---|---|
| Submission Date *(mm/dd/yyyy)* | | 02/16/2021 |
| No. of Pages *(excluding Summary Sheet)* | | 1 |
| Recording Fee *(excluding transfer tax)* | | $46.00 |
| Realty Transfer Tax | | $0.00 |
| Total Amount | | $46.00 |
| Document Type | ASSIGNMENT/MORTGAGE | |
| Electronic Recordation Level | L2 - Level 2 (With Images) | |
| Municipal Codes | | |
| | OCEAN TOWNSHIP | 3702 |
| | 1167352 | |

*Not Certified Copy*

**Additional Information (Official Use Only)**

*\* DO NOT REMOVE THIS PAGE.*
*COVER SHEET [DOCUMENT SUMMARY FORM] IS PART OF MONMOUTH COUNTY FILING RECORD.*
*RETAIN THIS PAGE FOR FUTURE REFERENCE.*



# Monmouth County Document Summary Sheet

| | | | | | |
|---|---|---|---|---|---|
| **ASSIGNMENT/MORTGAGE** | Type | ASSIGNMENT/MORTGAGE | | | |
| | Consideration | | | | |
| | Submitted By | SIMPLIFILE, LLC. (SIMPLIFILE) | | | |
| | Document Date | 02/16/2021 | | | |
| | Reference Info | | | | |
| | Book ID | Book | Beginning Page | Instrument No. | Recorded/File Date |
| | | 8803 | 2173 | 2009120506 | |
| | MORTGAGOR AND ASSIGNOR | Name | | | Address |
| | | OCEAN FIRST BANK NA AS SUCCESSOR BY MERGER TO TWO RIVER COMMUNITY BAN | | | |
| | | GEORGE SARIOTIS | | | |
| | | CINDY SARIOTIS | | | |
| | | GREGORY SARIOTIS | | | |
| | | THALIA SARIOTIS | | | |
| | ASSIGNEE | Name | | | Address |
| | | MCCORMICK 110 LLC | | | |
| | Parcel Info | | | | |
| | Property Type | Tax Dist. | Block | Lot | Qualifier | Municipality |
| | | | | | | |

*\* DO NOT REMOVE THIS PAGE.*
*COVER SHEET [DOCUMENT SUMMARY FORM] IS PART OF MONMOUTH COUNTY FILING RECORD.*
*RETAIN THIS PAGE FOR FUTURE REFERENCE.*

## ASSIGNMENT OF MORTGAGE

FOR VALUABLE CONSIDERATION

**ASSIGNOR:** OCEAN FIRST BANK N.A. AS SUCCESSOR BY MERGER TO TWO RIVER COMMUNITY BANK
**ASSIGNOR ADDRESS:** 975 HOOPER AVENUE, TOMS RIVER, NJ 08753

BY THESE PRESENTS DOES ASSIGN AND SET OVER, WITHOUT RECOURSE, TO

**ASSIGNEE:** MCCORMICK 110, LLC
**ASSIGNEE ADDRESS:** 11350 MCCORMICK ROAD, EP II, SUITE #902, HUNT VALLEY, MD 21031

ALL OF ITS RIGHT, TITLE, SUCH OTHER DOCUMENTS, AGREEMENTS, INSTRUMENTS AND OTHER COLLATERAL THAT EVIDENCE, SECURE OR OTHERWISE RELATE TO ASSIGNOR'S RIGHT, TITLE OR INTEREST IN AND TO THE MORTGAGE AND/ OR THE NOTE, INCLUDING WITHOUT LIMITATION AND INTEREST IN AND TO THE PROPERTY COVERED BY THAT CERTAIN MORTGAGE / DEED OF TRUST, RECORDED IN THE COUNTY OF MONMOUTH STATE OF NJ

**TAX ID/PARCEL/APN#:** BLOCK 150.06 LOT 14
**BORROWER:** GEORGE SARIOTIS and CINDY SARIOTIS, h&w with 95% interest and GREGORY and THALIA SARIOTIS, h&w with a 5% interest
**DOCUMENT DATED:** 09/08/09
**ORIGINAL LOAN AMOUNT:** $280,000.00
**BENEFICIARY:** TWO RIVER COMMUNITY BANK
**RECORDED DATE:** 10/26/09
**DOCUMENT/ INSTRUMENT NO:** 2009120506    **BOOK:** 8803    **PAGE:** 2173
**PROPERTY ADDRESS:** 61 REDWOOD DRIVE, OCEAN, NJ 07712

IN WITNESS WHEREOF, THE UNDERSIGNED CORPORATION/TRUST HAS CAUSED THIS INSTRUMENT TO BE EXECUTED AS A SEALED INSTRUMENT BY ITS PROPER OFFICER.
**EXECUTED ON:** JANUARY 22, 2021

OCEAN FIRST BANK N.A. AS SUCCESSOR BY MERGER TO TWO RIVER COMMUNITY BANK

BY: _____          Witness 1 - Cynthia Kane
CHRISTINE SCHIESS - VICE PRESIDENT       Witness 2 - Gustavo Ortega

STATE OF NEW JERSEY, COUNTY OF OCEAN

Before me, KATHARINE B. FRANKOVICH, Notary Public, personally appeared, CHRISTINE SCHIESS known to me to be the person whose name is subscribed to the foregoing instrument and acknowledged to me that he/she executed the same for the purposes and consideration therein expressed. Given under my hand and seal of office on JANUARY 22, 2021

Notary public, OF NEW JERSEY
My commission expires: AUG. 20, 2024

#119262007

PREPARED BY / RETURN TO:
MARLENE A. HAHN
HAHN MANAGEMENT SERVICES, LLC
160 QUEENS AVENUE
WEST BABYLON, NY 11704