# Exhibit F

I certify this to be a true and
correct copy of the original.



**Monmouth County Document Summary Sheet**

| Transaction Identification Number | 5012409 | 4894486 |
|---|---|---|

MONMOUTH COUNTY CLERK

PO BOX 1251

MARKET YARD

FREEHOLD NJ 07728

**Recorded Document to be Returned by Submitter to:**

HAHN MANAGEMENT SERVICES, LLC

160 QUEENS AVE

WEST BABYLON, NY 11704

**Official Use Only**

CHRISTINE GIORDANO HANLON
COUNTY CLERK
MONMOUTH COUNTY, NJ

INSTRUMENT NUMBER
2021031908
RECORDED ON
Mar 02, 2021
2:37:51 PM
BOOK:OR-9486 PAGE:1505
Total Pages: 3

COUNTY RECORDING FEES    $40.00
TOTAL PAID    $40.00

| | |
|---|---|
| Submission Date *(mm/dd/yyyy)* | 02/16/2021 |
| No. of Pages *(excluding Summary Sheet)* | 1 |
| Recording Fee *(excluding transfer tax)* | $40.00 |
| Realty Transfer Tax | $0.00 |
| Total Amount | $40.00 |
| Document Type    ASSIGNMENT/MORTGAGE | |
| Electronic Recordation Level    L2 - Level 2 (With Images) | |

**Municipal Codes**

OAKHURST    3701

1167356

**Additional Information (Official Use Only)**

*⁶ DO NOT REMOVE THIS PAGE.*
*COVER SHEET [DOCUMENT SUMMARY FORM] IS PART OF MONMOUTH COUNTY FILING RECORD.*
*RETAIN THIS PAGE FOR FUTURE REFERENCE.*

7545F551-82F3-3209-1BB2-BE38603DE941/5012409 4894486

 **Monmouth County Document Summary Sheet**

| | | |
|---|---|---|
| | Type | ASSIGNMENT/MORTGAGE |
| | Consideration | |
| | Submitted By | SIMPLIFILE, LLC. (SIMPLIFILE) |
| | Document Date | 02/16/2021 |
| | Reference Info | |

| Book ID | Book | Beginning Page | Instrument No. | Recorded/File Date |
|---|---|---|---|---|
| | 8933 | 5972 | 2012017652 | |

**ASSIGNMENT/MORTGAGE**

| MORTGAGOR AND ASSIGNOR | Name | Address |
|---|---|---|
| | OCEAN FIRST BANK NA AS SUCCESSOR BY MERGER TO TWO RIVER COMMUNITY BAN | |
| | GEORGE SARIKOTIS | |
| | CINDY SARIOTIS | |

| ASSIGNEE | Name | Address |
|---|---|---|
| | MCCORMICK 110 LLC | |

**Parcel Info**

| Property Type | Tax Dist. | Block | Lot | Qualifier | Municipality |
|---|---|---|---|---|---|
| | | | | | |

*** DO NOT REMOVE THIS PAGE.**
*COVER SHEET [DOCUMENT SUMMARY FORM] IS PART OF  MONMOUTH COUNTY FILING RECORD.*
*RETAIN THIS PAGE FOR FUTURE REFERENCE.*

### ASSIGNMENT OF MORTGAGE

FOR VALUABLE CONSIDERATION

**ASSIGNOR:**    OCEAN FIRST BANK N.A. AS SUCCESSOR BY MERGER TO TWO RIVER
COMMUNITY BANK
**ASSIGNOR ADDRESS:**    975 HOOPER AVENUE, TOMS RIVER, NJ 08753

BY THESE PRESENTS DOES ASSIGN AND SET OVER, WITHOUT RECOURSE, TO

**ASSIGNEE:**    MCCORMICK 110, LLC
**ASSIGNEE ADDRESS:**    11350 MCCORMICK ROAD, EP II, SUITE #902, HUNT VALLEY, MD  21031

ALL OF ITS RIGHT, TITLE, SUCH OTHER DOCUMENTS, AGREEMENTS, INSTRUMENTS AND OTHER
COLLATERAL THAT EVIDENCE, SECURE OR OTHERWISE RELATE TO ASSIGNOR'S RIGHT, TITLE OR
INTEREST IN AND TO THE MORTGAGE AND/ OR THE NOTE, INCLUDING WITHOUT LIMITATION AND
INTEREST IN AND TO THE PROPERTY COVERED BY THAT CERTAIN MORTGAGE / DEED OF TRUST,
RECORDED IN THE COUNTY OF MONMOUTH STATE OF NJ TAX ID/PARCEL/APN #: BLOCK 33 LOT 105
**BORROWER:**    GEORGE SARIOTIS and CINDY SARIOTIS, his wife
**DOCUMENT DATED:**    12/06/11
**ORIGINAL LOAN AMOUNT:**    $200,000.00
**BENEFICIARY:**    TWO RIVER COMMUNITY BANK
**RECORDED DATE:**    02/21/12
**DOCUMENT/ INSTRUMENT NO:** 2012017652 **BOOK:** 8933 **PAGE:** 5972
**PROPERTY ADDRESS:**    1801 PITNEY STREET, OAKHURST, NJ 07755

IN WITNESS WHEREOF, THE UNDERSIGNED CORPORATION/TRUST HAS CAUSED THIS INSTRUMENT TO BE
EXECUTED AS A SEALED INSTRUMENT BY ITS PROPER OFFICER.

**EXECUTED ON:   JANUARY 22, 2021**

OCEAN FIRST BANK N.A. AS SUCCESSOR BY MERGER TO TWO RIVER COMMUNITY BANK

BY: _____

CHRISTINE SCHIESS – VICE PRESIDENT

Witness 1 – Cynthia Kane

Witness 2 – Gustavo Ortga

STATE OF NEW JERSEY, COUNTY OF OCEAN

Before me,  KATHARINE B. FRANKOVICH,  Notary Public, personally appeared,  CHRISTINE
SCHIESS   known to me to be the person whose name is subscribed to the foregoing instrument and
acknowledged to me that he/she executed the same for the purposes and consideration therein expressed.
Given under my hand and seal of office on   JANUARY 22, 2021.

Katharine B. Frankovich
Notary public, OF NEW JERSEY
My commission expires: AUG. 20, 2024

#779130097

PREPARED BY / RETURN TO:
MARLENE A. HAHN
HAHN MANAGEMENT SERVICES, LLC
160 QUEENS AVENUE
WEST BABYLON, NY  11704