# Exhibit G

# Kyle Eingorn

| | |
|---|---|
| **From:** | Geoff Neumann <geoff.neumann@gmail.com> |
| **Sent:** | Wednesday, March 23, 2022 9:52 AM |
| **To:** | Kyle Eingorn |
| **Cc:** | Lynne Vanartsdalen |
| **Subject:** | Re: Beltway v. Sariotis |
| **Attachments:** | 61 Redwood Dr-Listing Agreement-Sariotis.pdf |

Hello Kyle:
I am attaching the listing agreement for 61 Redwood. As I am sure you know we have used our 2 sheriff sale adjournments. Is there any way your client will agree to use theirs as well - you still have 2 left. I can foresee my client getting a contract by April 11 but not closing. by then

Let me know either way.
Thanks,
Geoff Neumann, Esq.
**BROEGE, NEUMANN, FISCHER & SHAVER, LLC**
Attorneys at Law
25 Abe Voorhees Drive
Manasquan, NJ 08736
Tel: (732) 223-8484 ext. 212
Fax: (732) 223-2416
Email: geoff.neumann@gmail.com

NOTICE: This e-mail is from the law firm of Broege, Neumann, Fischer & Shaver, LLC, and is intended solely for the use of those to whom it is addressed. If you believe you received this e-mail in error, please notify the sender immediately, delete the e-mail from your computer and do not copy it or disclose it to anyone else. If you are not an existing client of Broege, Neumann, Fischer & Shaver, LLC, nothing in this email should be construed to create an attorney-client relationship unless it contains a specific statement to that effect and do not disclose anything in reply that you expect Broege, Neumann, Fischer & Shaver, LLC to hold in confidence. If you properly received this e-mail as a client, co-counsel or retained expert of Broege, Neumann, Fischer & Shaver, LLC, you should maintain its contents in confidence in order to preserve any attorney-client, work product, or other privilege that may be available. Nothing in this email should be construed to give tax advice and you should consult your tax professionals for advice in all tax matters.

On Thu, Jul 22, 2021 at 10:56 AM Geoff Neumann <geoff.neumann@gmail.com> wrote:
No problem, Kyle. Im am sure it says so in the complaint(s). Same response, however. I am not presently authorized to accept service in any state court proceedings. If that changes by end of day I will let you know.

Thanks,
Geoff Neumann, Esq.

**BROEGE, NEUMANN, FISCHER & SHAVER, LLC**

Attorneys at Law

25 Abe Voorhees Drive

Manasquan, NJ 08736

1

MONMOUTH OCEAN REGIONAL MULTIPLE LISTING SERVICE
EXCLUSIVE RIGHT TO SELL AGREEMENT OR EXCLUSIVE RIGHT TO RENT/LEASE AGREEMENT

PROPERTY ADDRESS 61 Redwood Dr
MAILING ADDRESS (IF DIFFERENT) 1801 Pitney Street, Oakhurst NJ          TWP OR BORO Ocean
OWNER(S) George Sariotis                                                 COMPLEX/SUB-DIVISION
OWNER'S ADDRESS                                                          HOME PHONE (732)684-3903
LISTING AGENCY Burke & Manna Real Estate Agency                          ALT PHONE
PHONE (732)544-5410                            LISTING AGENT Gregory Sariotis
                                               (732)684-2434

In consideration of the services to be performed by the listing REALTOR® (the "Listing Realtor®), the Owners (meaning one or more owners) hereby grant the Listing REALTOR® the sole and exclusive irrevocable right to sell the real estate and/or business located at 61 Redwood Dr, Ocean, NJ 07712-8711

a price of $ 599,000.00 _____, or to lease the property at a monthly rental rate of $ _____ (Property Address) at

The Owners agree to assist and fully cooperate in the sale or lease of the property, including granting the listing REALTOR® the exclusive right to place his or her sign on the property, advertise the property (including, without limitation, placing the property on internet sites [the "Internet"], including proprietary sites owned by third parties). The Owners represent that this property is not listed in any manner with any other broker or subject to any protection period for any listing agreement with another broker that will not terminate upon the signing of this agreement.

1. The right to sell, lease/rent, shall begin on the 22 day of March, 20 22 (the Commencement Date) and shall expire on the 22 day of June 20 22 (the "Expiration Date") but this agreement is binding on the parties and in full force and effect as of the date it is signed by the parties. Listing Realtor® and Owner agree that no marketing or showing of the property may occur until the Commencement Date. The date of signing through the Expiration Date is called the "Term" of this agreement.

2. The Listing REALTOR® agrees to exert his/her best efforts to obtain a buyer or lessee for the property and agrees to register the same with all Participants of the Multiple Listing Service, in accordance with its Rules and Regulations.

3. All persons signing this agreement as Owners represent that they are either owners or authorized by the Owners to sign this agreement, and that they have the legal right to sell, lease, or exchange the property and that they can and will convey good and marketable title to the property. Owners acknowledge receipt of the Summary of the NJ Law Against Discrimination, as well as the Consumer Information Statement on New Jersey Real Estate Relationships.

4. If before the Expiration Date, a contract for the sale or exchange of the property is executed, regardless of who brought about such sale or exchange (including the Owners), the Owners shall pay a commission of 4.000% of the sale price to the Listing Realtor®. The commission shall be due and payable upon closing of title. In the event of an exchange, the listing price shall be considered the sale price. Owners agree to refer to the Listing REALTOR® every person or entity who contacts Owners about this listing for the sale or leasing/renting of the property and that all negotiations shall be made through the Listing REALTOR®.

5. If before the Expiration Date, the property is leased, regardless of who brought about such lease (including the Owners), the Owners shall pay a commission of (choose one): _____ % of the total rent payable during the term of the lease; or _____ month(s) rent. The commission shall be payable (check one) ☐ upon execution of the lease; ☐ in equal monthly installments over the term of the lease. If the tenancy continues beyond the initial term, the Owners shall pay a commission on all renewals or extensions, pursuant to the provisions of the preceding sentences. If during the term of the lease or any extension or renewal thereof, the tenant purchases the property a commission of _____ % of the sale price shall be paid by the Owner to the Listing Realtor® upon closing of title.

6. If a lease or a contract for the sale or exchange of the property or any other agreement for the transfer of the property is executed within a period of 14 days after the Expiration Date or any extension thereof (the "protection period") to a prospective buyer or lessee that was introduced to the property during the Term of this agreement, the Owners shall pay to the Listing Realtor® a commission as above described, irrespective of when the closing date or commencement date of the lease occurs. However, the Owners shall not be obligated to pay such commission if (a) a bona-fide listing agreement is entered into during the protection period with another licensed real estate broker, and a sale, lease or exchange of the property is made during the protection period; and (b) as of the Expiration Date there is no executed lease or contract of sale then pending.

7. The Owners agree to indemnify and hold harmless the REALTORS® from any claim arising out of personal injuries to a tenant or other persons injured in or on the property.

8. The Owners (check one) ☐ agree to permit ☒ do not agree to permit a lock box to be placed upon the property by the Listing REALTOR®
   The Owners (check one) ☒ agree to permit ☐ do not agree to permit the street address of the property to be placed on the Internet.

9. If the property is sold in cooperation with another member of the MLS and a commission is paid, the Listing REALTOR® will retain 2.000% of the purchase price as his/her part of the commission. Listing REALTOR® offers the following commissions to: Seller's Agents (subagents): 0 ; Dual Disclosed Agent: 4% ; Buyer's Agent: 2% ; Transaction Broker: _____.

10. If the property is leased in cooperation with another member of the MLS, the Listing REALTOR® will retain _____ of the rental amount as his/her part of the commission. Listing REALTOR® offers the following lease commission to: Landlord's Agents (subagents): _____; Dual Disclosed Agent: _____; Tenant's Agent: _____; Transaction Broker: _____.

11. Owners and Listing REALTOR® understand that, if a buyer has been obtained by a Buyer's Agent who has a written Buyer's Agent contract with that Buyer, the Buyer's Agent is representing the Buyer and has no fiduciary responsibility to the Owners or the Listing REALTOR®, regardless of whether the Buyer's Agent participates in the brokerage fee.

12. The Owners agree and acknowledge that the dollar amount of the commission shall be a lien (a legal claim) on the purchase money proceeds derived from sale of the property. The Owners, by executing this agreement, authorize and direct the party disbursing the closing proceeds to pay to the broker(s), the full commission as set forth above out of the proceeds of the sale, prior to the payment of any funds to the Owners or other lienholders.

13. In the event the property is taken by condemnation through an eminent domain proceeding while the property is under contract of sale, the Listing Realtor® shall be entitled to a commission at the rate set forth herein on the price paid by the condemning authority.

14. I, Gregory Sariotis , as an authorized representative of Burke & Manna Real Estate Agency
       (Name of Licensee)                                              (Name of Brokerage Firm)
    intend as of this time, to work with you, the Seller, as a:
    ☐ Seller's (landlord's) agent only ☒ Seller's (landlord's) agent and disclosed dual agent if the opportunity arises ☐ Transaction broker

15. Owners agree that this agreement shall be binding on the heirs, executors, administrators, personal representatives, and assignees of the Owners.

REMARKS: _____

_____

_____

DATE 3/21/22

_____    _____
Witness                        Owner, Partner or Corporate Legal Signature
                               George Sarlotis

_____
Gregory Sarlotis
Salesperson

_____    _____
Accepted by: Listing Broker or Authorized Signature    Owner, Partner or Corporate Legal Signature

LISTING BROKERS USUALLY COOPERATE WITH OTHER BROKERAGE FIRMS BY SHARING INFORMATION ABOUT THEIR LISTINGS AND OFFERING TO PAY PART OF THEIR COMMISSION TO THE FIRM THAT PRODUCES A BUYER. THIS IS GENERALLY REFERRED TO AS THE "COMMISSION SPLIT." SOME LISTING BROKERS OFFER TO PAY COMMISSION SPLITS OF A PORTION OF THE GROSS COMMISSION, USUALLY EXPRESSED AS A PERCENTAGE OF THE SELLING PRICE, LESS A SIGNIFICANT DOLLAR AMOUNT. OTHER LISTING BROKERS OFFER A PORTION OF THE GROSS COMMISSION LESS ONLY A MINIMAL LISTING FEE OR LESS ZERO. THE AMOUNT OF COMMISSION SPLIT YOUR BROKER OFFERS CAN AFFECT THE EXTENT TO WHICH PROPERTY IS EXPOSED TO PROSPECTIVE BUYERS WORKING WITH LICENSEES FROM OTHER BROKERAGE FIRMS. ON THIS LISTING, THE BROKER IS OFFERING A COMMISSION SPLIT OF __2%__ MINUS __100__ TO POTENTIAL COOPERATING BROKERS. IF YOU FEEL THAT THIS MAY RESULT IN YOUR PROPERTY RECEIVING LESS THAN MAXIMUM EXPOSURE TO BUYERS, YOU SHOULD DISCUSS THOSE CONCERNS WITH THE LISTING SALESPERSON OR HIS/HER SUPERVISING BROKER. BY SIGNING THIS LISTING AGREEMENT THE OWNER(S) ACKNOWLEDGE HAVING READ THIS STATEMENT ON COMMISSION SPLITS.

*AS SELLER, YOU HAVE THE RIGHT TO INDIVIDUALLY REACH AN AGREEMENT ON ANY FEE, COMMISSION, OR OTHER VALUABLE CONSIDERATION WITH ANY BROKER. NO FEE, COMMISSION OR OTHER CONSIDERATION HAS BEEN FIXED BY ANY GOVERNMENTAL AUTHORITY OR BY ANY TRADE ASSOCIATION OR MULTIPLE LISTING SERVICE. NOTHING HEREIN IS INTENDED TO PROHIBIT AN INDIVIDUAL BROKER FROM INDEPENDENTLY ESTABLISHING A POLICY REGARDING THE AMOUNT OF FEE, COMMISSION, OR OTHER VALUABLE CONSIDERATION TO BE CHARGED BY THE BROKER IN THIS TRANSACTION.*

REVISED 05/2021