| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| DEMBO, BROWN & BURNS LLP<br>BY: KYLE F. EINGORN, ESQUIRE<br>1300 ROUTE 73<br>SUITE 205<br>MT. LAUREL, NJ 08054<br>(856) 354-8866<br>KEINGORN@DBBLEGAL.COM<br>ATTORNEYS FOR MCCORMICK 110, LLC |
| IN RE:<br><br>GEORGE SARIOTIS AND CINDY SARIOTIS,<br><br>Debtors. |

Chapter 11
Case No. 22-12916-MBK
The Honorable Michael B. Kaplan, U.S.B.J.

**ORDER VACATING AUTOMATIC STAY**

The relief set forth on the following page is hereby ORDERED.

THIS MATTER having come before the Court on Motion of McCormick 110, LLC (the "Lender") seeking relief from the automatic stay (the "Motion") and the court having considered any opposition filed in response thereto, hearing the arguments of counsel and for good cause having been shown;

It is hereby ORDERED as follows:

1. The Motion is hereby GRANTED.

2. The automatic stay pursuant to Section 362(a) of the Bankruptcy Code is vacated to permit the Lender to pursue its rights as a secured creditor in the real property described below to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

**Land and premises commonly known as 61 Redwood Drive, Ocean, New Jersey 07712. Land and premises identified by the lot and block numbers set forth below on Official Tax Map of the Township of Ocean, County of Monmouth and State of New Jersey.**

| **Block Number** | **Lot(s) Number** |
|---|---|
| 150.06 | 14 |

**Land and premises commonly known as 1801 Pitney Street, Ocean (Oakhurst), New Jersey 07755. Land and premises identified by the lot and block numbers set forth below on Official Tax Map of the Township of Ocean, County of Monmouth and State of New Jersey.**

| **Block Number** | **Lot(s) Number** |
|---|---|
| 33 | 105 |

3. This Order shall survive any conversion of this bankruptcy case to one filed under any other chapter under the Bankruptcy Code.

4. The Lender shall serve a copy of this order on the Debtor, Debtor's counsel, the Trustee and any other party who entered an appearance on this Motion.