| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c) | |
|---|---|
| DEMBO, BROWN & BURNS LLP<br>Kyle F. Eingorn, Esquire<br>1300 Route 73, Suite 205<br>Mount Laurel, New Jersey 08054<br>Email: keingorn@dbblegal.com<br>856-354-8866 | |
| IN RE:<br><br>GEORGE SARIOTIS AND CINDY SARIOTIS,<br><br>Debtors. | Case No.: 22-12916-MBK<br>Chapter: 11<br>Adv. No.: <br>Hearing Date: May 12, 2022<br>Judge: Michael B. Kaplan, U.S.B.J. |

## CERTIFICATION OF SERVICE

1. I, Kristen Evans:

    ☐ represent the _____ in the above-captioned matter.

    ☒ am the secretary for Kyle F. Eingorn, Esquire, who represents the Creditor, McCormick 110, LLC in the above-captioned matter.

    ☐ am the _____ in the above case and am representing myself.

2. On April 15, 2022 I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

    **Notice of Motion for Relief from Stay, Memorandum of Law, Certification in Support thereof, Proposed Order and Certificate of Service**

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: 4/15/2022

Signature: Kristen Evans

1

Case 22-12916-MBK    Doc 15-13    Filed 04/15/22    Entered 04/15/22 09:58:15    Desc
Certificate of Service    Page 2 of 2

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| George Sariotis<br>1801 Pitney Street<br>Oakhurst, New Jersey 07755 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| Cindy Sariotis<br>1801 Pitney Street<br>Oakhurst, New Jersey 07755 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| Geoffrey P. Neumann<br>Broege, Neumann, Fischer & Shaver, LLC<br>25 Abe Voorhees Drive<br>Manasquan, New Jersey 08736 | Debtor's Counsel | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| Margaret McGee<br>DOJ-Ust<br>One Newark Center<br>1085 Raymond Blvd.<br>Ste 21st Floor<br>Newark, New Jersey 07102 | Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mil<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |