| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>Timothy P. Neumann, Esq. [TN6429]<br>BROEGE, NEUMANN, FISCHER & SHAVER, LLC<br>25 Abe Voorhees Drive<br>Manasquan, New Jersey 08736<br>Tel: (732) 223-8484<br>Email: Timothy.neumann25@gmail.com<br><br>*Attorneys for Debtors/Debtors-in-Possession*<br>*George Sariotis and Cindy Sariotis* | |
| In Re:<br><br>GEORGE SARIOTIS AND CINDY SARIOTIS,<br><br>    Debtors. | Case No.: 22-12916<br><br>Chapter 11<br><br>Judge: Hon. Michael B. Kaplan |

## CERTIFICATION OF SERVICE

1. I, Geoffrey P. Neumann., am an attorney and member of the firm of Broege, Neumann, Fischer & Shaver, LLC, the attorney representing the Debtors in this matter.

2. On April 15, 2022, I sent a copy of the documents and/or pleadings enumerated on Schedule A appended hereto to the parties listed in Schedule B appended hereto.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: April 15, 2022

                                                         */s/ Geoffrey P. Neumann*
                                                             Geoffrey P. Neumann

# SCHEDULE A

| Served | Document/Pleading |
|---|---|
| ■ | Notice of Motion: PURSUANT TO SECTIONS 105(A) AND 363 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULES 2002 AND 6004 FOR AN ORDER AUTHORIZING THE SALE OF DEBTORS' INTEREST IN REAL PROPERTY COMMONLY KNOWN AS 61 REDWOOD DRIVE, MONMOUTH COUNTY, NEW JERSEY FREE AND CLEAR OF LIENS WITH VALID LIENS TO ATTACH TO PROCEEDS OF SALE |
| ■ | Supporting Certification/Application |
| ☐ | Objection to Claim |
| ☐ | Supporting Certification/ |
| ☐ | Opposing Certification |
| ■ | Proposed Order |
| ☐ | Brief/Memorandum of Law |
| ☐ | Summons |
| ☐ | Complaint |
| ☐ | Answer |
| ☐ | Answer and Counterclaim |
| ☐ | Monthly Fee Statement |
| ☐ | Fee Application |
| ☐ | Other: Certification of Service |

# SCHEDULE B

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235<br>ATTN: Maggie McGill, Esq. | U.S. Trustee | ☐ Hand-delivered<br>■ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>■ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(As authorized by the Court or by rule Cite the rule if applicable.) |
| Meyner & Landis<br>1 Gateway Ctr Fl 25<br>Newark, NJ 07102-5320<br>ATTN: Matt Dolan, Esq. | Counsel for secured creditor Ocean First Bank | ☐ Hand-delivered<br>■ Regular mail<br>☐ Certified mail/RR<br>■ E-mail<br>■ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Hudson Insurance Company Westerman Sheehy Keenan<br>333 Earle Ovington Blvd Ste 702<br>Uniondale, NY 11553-3622 | judgment creditor (George Sariotis) | ☐ Hand-delivered<br>■ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| | | |
|---|---|---|
| Aluma Systems Concrete Construction, Inc.<br>c/o Hudson Law Offices, P.C.<br>900 Rte 168 C-2<br>Turnersville, NJ 08012 | judgment creditor (George Sariotis) | ☐ Hand-delivered<br>■ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(As authorized by the Court or by rule.<br>Cite the rule if applicable.) |
| DREYERS LUMBER & HARDWARE INC.<br>c/o RONALD J NELSON ESQ PC<br>161 WASHINGTON VALLEY RD STE 207<br>WARREN NJ 07059 | judgment creditor (George Sariotis) | ☐ Hand-delivered<br>■ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(As authorized by the Court or by rule.<br>Cite the rule if applicable.) |
| Joseph Fazio Wall LLC<br>5001 Routes 33 & 34<br>Farmingdale, NJ 07727 | judgment creditor (George Sariotis) | ☐ Hand-delivered<br>■ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(As authorized by the Court or by rule.<br>Cite the rule if applicable.) |
| McCormick 110, LLC<br>C/O DEMBO, BROWN & BURNS LLP | Counsel for secured creditor 110 McCormick LLC | ☐ Hand-delivered<br>■ Regular mail |

| | | |
|---|---|---|
| 1300 Route 73, Suite 205<br>Mt. Laurel, New Jersey 08054 | | ☐ Certified mail/RR<br><br>■ E-mail<br><br>☐ Notice of Electronic Filing (NEF)<br><br>☐ Other _____<br>(As authorized by the Court or by rule.<br>Cite the rule if applicable.) |
| Woodhaven Lumber & Millwork<br>200 James St.<br>[SEP]Lakewood, NJ 08701-4103 | judgment creditor<br>(George Sariotis) | ☐ Hand-delivered<br><br>■ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ E-mail<br><br>☐ Notice of Electronic Filing (NEF)<br><br>☐ Other _____<br>(As authorized by the Court or by rule.<br>Cite the rule if applicable.) |
| Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 | judgment creditor<br>(George Sariotis) | ☐ Hand-delivered<br><br>■ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ E-mail<br><br>■ Notice of Electronic Filing (NEF)<br><br>☐ Other _____<br>(As authorized by the Court or by rule.<br>Cite the rule if applicable.) |