**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

Timothy P. Neumann, Esq. [TN6429]
BROEGE, NEUMANN, FISCHER & SHAVER, LLC
25 Abe Voorhees Drive
Manasquan, New Jersey 08736
Tel: (732) 223-8484
Email: Timothy.neumann25@gmail.com

*Attorneys for Debtors/Debtors-in-Possession
George Sariotis and Cindy Sariotis*

In Re:

GEORGE SARIOTIS AND CINDY SARIOTIS,

    Debtors.

Case No.: 22-12916

Chapter 11

Judge: Hon. Michael B. Kaplan

# SUPPLEMENTAL CERTIFICATION OF SERVICE

1. I, Geoffrey P. Neumann., am an attorney and member of the firm of Broege, Neumann, Fischer & Shaver, LLC, the attorney representing the Debtors in this matter.

2. On April 18, 2022, I sent a copy of the documents and/or pleadings enumerated on Schedule A appended hereto to the parties listed in Schedule B appended hereto.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: April 19, 2022

                                                  */s/ Geoffrey P. Neumann*
                                                    Geoffrey P. Neumann

# SCHEDULE A

| Served | Document/Pleading |
|---|---|
| ■ | Notice of Motion: PURSUANT TO SECTIONS 105(A) AND 363 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULES 2002 AND 6004 FOR AN ORDER AUTHORIZING THE SALE OF DEBTORS' INTEREST IN REAL PROPERTY COMMONLY KNOWN AS 61 REDWOOD DRIVE, MONMOUTH COUNTY, NEW JERSEY FREE AND CLEAR OF LIENS WITH VALID LIENS TO ATTACH TO PROCEEDS OF SALE |
| ■ | Supporting Certification/Application |
| ☐ | Objection to Claim |
| ☐ | Supporting Certification/ |
| ☐ | Opposing Certification |
| ■ | Proposed Order |
| ☐ | Brief/Memorandum of Law |
| ☐ | Summons |
| ☐ | Complaint |
| ☐ | Answer |
| ☐ | Answer and Counterclaim |
| ☐ | Monthly Fee Statement |
| ☐ | Fee Application |
| ☐ | Other: Certification of Service |

# SCHEDULE B

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Ms. Thalia Sariotis<br>61 Redwood Drive<br>Ocean, NJ 07712 | 5% Owner of Subject Property | ☐ Hand-delivered<br>■ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(As authorized by the Court or by rule Cite the rule if applicable.) |
| Mr. Ryan Wetter<br>61 Redwood Drive<br>Ocean, NJ 07712 | Party in interest | ☐ Hand-delivered<br>■ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(As authorized by the Court or by rule.<br>Cite the rule if applicable.) |