

PREPARED BY: _____
CHRISTOPHER J. LaMONICA, ESQ.
Princeton Professional Offices
44 Princeton Avenue
Brick, New Jersey 08724

## GENERAL POWER OF ATTORNEY

**KNOW ALL MEN BY THESE PRESENTS** that I, THALIA SARIOTIS, do hereby constitute and appoint RYAN WETTER my true and lawful attorney in fact for me and in my name, place and stead, and for my use and benefit:

To exercise, do or perform any act, right, power, duty, or obligation whatsoever that I now have or may acquire the legal right, power, or capacity to exercise, do, or perform in connection with, arising out of, or relating to any person, item, thing, transaction, business property, real or personal, tangible, or intangible, or matter whatsoever;

To ask, demand, sue for, recover, collect, receive and hold and possess all such sums of money, debts, dues, bonds, notes, checks, drafts, accounts, deposits, legacies, bequests, devises, interests, dividends, stock certificates, certificates of deposit, annuities, pension and retirement benefits, insurance benefits and proceeds, documents of title, causes of action, personal and real property, tangible and intangible property and property rights, and demands whatsoever, liquidated or unliquidated, as are now, or shall hereafter become owned by, or due, owing, payable, or belonging to me or in which I have or may acquire an interest, and to have, use and take all lawful ways and means and legal and equitable remedies, procedures, and writs in my

1

name for the collection and recovery thereof, and to compromise, settle, and agree for the same, and to make, execute and deliver for me and in my name all endorsements, acquittances, releases, receipts, or other sufficient discharges for the same;

To lease, purchase, exchange, and acquire and to bargain, sell, contract, and agree for the lease, purchase, exchange, and acquisition of, and to take, receive, and possess any real or personal property whatsoever, tangible or intangible, or interest therein, on such terms and conditions, and under such covenants, as said attorney in fact shall deem proper;

To improve, repair, maintain, manage, insure, rent, lease, bargain, sell, release, convey, subject to liens, mortgages, and hypothecate and in any way or manner deal with all or any part of any real or personal property whatsoever, tangible or intangible, or any interest therein, which I now own or may hereafter acquire, for me and in my name, and under such terms and conditions, and under such covenants as said attorney in fact shall deem proper;

To have access at any time or times to any safe deposit box rented by me, wheresoever located, and to remove all or any part of the contents thereof, and to surrender or relinquish said safe deposit box, and any institution in which any such safe deposit box may be located shall not incur any liability to me or my estate as a result of permitting my agent to exercise this power;

To engage in and transact any and all lawful business of whatever nature of kind for me and in my name;

To sign, endorse, execute, acknowledge, deliver, receive and possess such applications, contracts, agreements, options, covenants, deeds, conveyances, trust deeds, security agreements, bills of sale, leases, mortgages, assignments, insurance policies, bills of lading, warehouse receipts, documents of title, bills, bonds, debentures, checks, drafts, bills of exchange, notes,

2

stock certificates, proxies, warrants, commercial paper, receipts, withdrawal receipts and deposit instruments relating to accounts or deposits in, or certificates of deposit of, banks, savings and loan or other institutions or associations, proofs of loss, evidences of debts, releases, and satisfactions of mortgages, judgments, liens, security agreements, and other debts and obligations, and such other instruments in writing of whatever kind and nature as may be necessary or proper in the exercise of the rights and power herein granted;

To authorize my admission to a medical, nursing, residential or other similar facility, and to enter into agreements for my care, including the retention of nurses;

To make gifts, including gifts to my Agent, to execute disclaimers, and to take any other acts to implement sound estate, tax or long-term care planning;

To contribute property to any Trust created by me during my lifetime for my benefit;

To create a Trust for my benefit if I have not created any such Trust during my lifetime, naming my Agent or an individual or bank or trust company as my Agent shall select as Trustee or successor Trustee and to transfer any or all of my property to such Trust as my Agent shall decide.

I hereby specifically empower my said attorney-in-fact to have access to and receive my "Protected Health Information" in accordance with the Health Insurance Portability and Accountability Act of 1996, 42 *USC* 1320d ("HIPAA") and the regulations enacted pursuant thereto. My said attorney-in-fact shall be specifically designated as my "Personal Representative" as defined in 49 *C.F.R.* § 164.502(g) for the purpose of authorizing the release of my complete health records as may be necessary in order to obtain for my benefit medical treatment or consultation.

I grant unto my said attorney in fact full power and authority to conduct banking transactions as set forth in section 2 of P.L. 1991, c.95 (N.J.S.A. 46:2B-11).

I grant to my said attorney in fact full power and authority to do and perform all and every act and thing whatsoever requisite, necessary, and proper to be done in the exercise of any of the rights and powers herein granted, as fully to all intents and purposes as I might or could do if personally present, with full power of substitution, or revocation, hereby ratifying and confirming all that my said attorney in fact, or his substitute or substitutes, shall lawfully do or cause to be done by virtue of this Power of Attorney and the rights and powers herein granted;

This Instrument is to be construed and interpreted as a General Power of Attorney. The enumeration of specific items, acts, rights, or powers herein does not limit or restrict, and is not to be construed or interpreted as limiting or restricting the general powers herein granted to said attorney in fact.

The rights, powers, and authority of said attorney in fact to exercise any and all of the rights and powers herein granted shall commence and be in full force and effect upon the signing and execution of this document, and such rights, powers, and authority shall remain in full force and effect thereafter until written notice executed by me is given and received by my said attorney in fact.

This General Power of Attorney is to remain in full force and effect notwithstanding any physical or mental incapacity I may suffer in the future.

I hereby revoke any Power of Attorney heretofore executed by me.

I authorize any person dealing with my said attorney in fact to accept photocopies hereof provided same contain an original signature duly notarized, I having executed such photocopies intending same to be in all respects duplicates of the original document.

4

IN WITNESS WHEREOF, I have hereunto set my hand and seal this 7th day of April, 2022.

_____
THALIA SARIOTIS

WITNESS:

_____
CHRISTOPHER J. LaMONICA, ESQ.

STATE OF NEW JERSEY )
            SS:
COUNTY OF OCEAN )

BE IT REMEMBERED, that on this 7th day of APRIL, 2022, before me, the subscriber, an attorney at law of the State of New Jersey, personally appeared THALIA SARIOTIS, who, I am satisfied, is the person named in and who executed the within General Power of Attorney, to whom I first made known the contents thereof, and she thereupon signed, sealed and delivered the same as her voluntary act and deed, for the uses and purposes therein expressed.

_____
CHRISTOPHER J. LaMONICA, An Attorney
at Law of the State of New Jersey

5

## NOTICE OF REVOCATION OF POWER OF ATTORNEY

Pursuant to N.J.S.A. 46:2B-8.10, I, THALIA SARIOTIS, (Principal) of 61 Redwood Drive, Ocean Township, New Jersey 07712, hereby give notice that I revoke effective immediately the Power of Attorney dated November 14, 2005, and all powers and authority given, provided or implied therein to GEORGE SARIOTIS.

I am providing a copy of this revocation to my Agent/Attorney-in-Fact.

IN WITNESS WHEREOF, I have signed this Notice of Revocation of Power of Attorney on _April 7_, 2022.

WITNESS:

_____          _____
Christopher J. LaMonica, Esq.                            THALIA SARIOTIS

Dated: _April 7_, 2022

STATE OF NEW JERSEY:
                                            SS.
COUNTY OF OCEAN:

On _April 7_, 2022, before me, an attorney at law of the State of New Jersey, personally appeared THALIA SARIOTIS, personally known to me to be the person whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her authorized capacity, and that by her signature on the instrument the person or the entity upon behalf of which the person acted, executed the instrument.

_____
Christopher J. LaMonica, An Attorney at Law of the State of New Jersey

Copy delivered to:                                This document was prepared by:

Mr. George Sariotis                                Christopher J. LaMonica, Esq.
1801 Pitney Street                                 44 Princeton Avenue
Oakhurst, NJ 07755                                 Brick, New Jersey 08724