UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: <br> GEORGE SARIOTIS and <br> CINDY SARIOTIS | Case No.: 22-12916 <br> Chapter: 11 <br> Judge: Michael B. Kaplan |

## NOTICE OF PROPOSED PRIVATE SALE

_____George Sariotis_____, _____Cindy Sariotis_____, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

Address of the Clerk:  Clarkson S. Fisher US Courthouse
402 East State Street
Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable _____Michale B. Kaplan_____ on _____May 5, 2022_____ at ___10___ a.m. at the United States Bankruptcy Court, courtroom no. ___8___, _____. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

Description of property to be sold:  61 Redwood Drive, Ocean Township, New Jersey 07712

Proposed Purchaser:  Tony Smith and Elinor B. Smith

Sale price:  $620,000.00

☒ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

Name of Professional:  Burke & Manna Real Estate

Amount to be paid:  2% commission

Services rendered:  Marketing of 61 Redwood Drive

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name: Geoffrey P. Neumann, Esq.

Address: 25 Abe Voorhees Drive, Manasquan, NJ 08736

Telephone No.: (732) 223-8484 ext. 212

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

In re:                                                    Case No. 22-12916-MBK

George Sariotis                              Chapter 11

Cindy Sariotis

       Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3                                      User: admin                                       Page 1 of 3

Date Rcvd: Apr 25, 2022                               Form ID: pdf905                           Total Noticed: 36

The following symbols are used throughout this certificate:
**Symbol    Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##         Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 27, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | George Sariotis, Cindy Sariotis, 1801 Pitney St, Oakhurst, NJ 07755-2840 |
| cr | + | McCormick 110, LLC, c/o Dembo, Brown & Burns LLP, 1300 Route 73, Suite 205, Mount Laurel, NJ 08054-2200 |
| cr | + | OceanFirst Bank, N.A., successor by merger to TwoR, 520 South Avenue West, Westfield, NJ 07090, UNITED STATES 07090-5401 |
| 519553253 | | Aluma Systems Concrete, PO Box 91473, Chicago, IL 60693-1473 |
| 519553254 | | American Builders, 1 American Way, Walden, NY 12586-2821 |
| 519553260 | | Dreyers Lumber & Hardward Inc., 20 Watchung Ave, Chatham, NJ 07928-2751 |
| 519553261 | | Hudson Insurance Company, Westerman Sheehy Keenan, 333 Earle Ovington Blvd Ste 702, Uniondale, NY 11553-3622 |
| 519553262 | + | Hudson Law Offices, PC, For Aluma Systems Concrete, 900 Route 168 Ste C-2, Turnersville, NJ 08012-3206 |
| 519553264 | | Jaeger Lumber and Supp Ly Co Inc, 1835 Swarthmore Ave, Lakewood, NJ 08701-4533 |
| 519553265 | + | Joseph Fazio Wall L Lc, 5001 Routes 33 & 34, Farmingdale, NJ 07727-3621 |
| 519553267 | | Kathleen R. Wall, Esq., Atty for Joseph Fazzio-Wall LLC, PO Box A, Manasquan, NJ 08736-0631 |
| 519553268 | | Marvel & Maloney, Attys for Woodhaven Lumber, PO Box 727, Neptune, NJ 07754-0727 |
| 519553270 | | Meyner & Landis, 1 Gateway Ctr Fl 25, Newark, NJ 07102-5320 |
| 519553272 | | NJ Attorney General, Division of Law Richard J Hughes Justice, 25 Market St, Trenton, NJ 08611-2148 |
| 519553274 | | Ronald J Nelson, Esq, re Dreyer Lmber & Hardware, 162 Washington Valley Rd Ste 207, Warren, NJ 07059-7100 |
| 519553276 | | State of New jersey, Div of Taxation Bk Se P O, PO Box 245, Trenton, NJ 08602-0245 |
| 519553279 | | U S Attorney Genera, U S Dept of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 519553280 | | U S Attorney General, 970 Broad St, Newark, NJ 07102-2534 |
| 519553281 | | Wells Fargo, Attn Bankruptcy, 1 Home Campus # MACX2303-01A, Des Moines, IA 50328-0001 |
| 519553282 | | Woodhaven Lumber & Millwork, 200 James St, Lakewood, NJ 08701-4103 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 25 2022 20:44:00 | Dist Dir of IRS, Insolvency Function, PO Box 724, Springfield, NJ 07081-0724 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 25 2022 20:44:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 25 2022 20:44:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519553255 | | Email/PDF: bncnotices@becket-lee.com | Apr 26 2022 13:17:36 | Amex, PO Box 981537, El Paso, TX 79998-1537 |
| 519553256 | | Email/Text: bk@avant.com | Apr 25 2022 20:44:00 | Avant LLC/Web Bank, 222 N La Salle St, Chicago, IL 60601-1003 |
| 519553258 | | Email/Text: bankruptcy@usecapital.com | Apr 25 2022 20:44:00 | Capital Accounts, PO Box 140065, Nashville, TN 37214-0065 |
| 519553257 | | Email/Text: bankruptcy@usecapital.com | Apr 25 2022 20:44:00 | Capital Accounts, Attn Bankruptcy Dept, PO Box 140065, Nashville, TN 37214-0065 |

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 25, 2022 | Form ID: pdf905 | Total Noticed: 36 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 519558122 | | Email/Text: mrdiscen@discover.com | Apr 25 2022 20:43:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519553259 | | Email/Text: mrdiscen@discover.com | Apr 25 2022 20:43:00 | Discover Fin Svcs LLC, PO Box 15316, Wilmington, DE 19850-5316 |
| 519553266 | | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 25 2022 20:47:57 | Jpmcb Card, PO Box 15369, Wilmington, DE 19850-5369 |
| 519553269 | | Email/Text: attorneys@msklaw.net | Apr 25 2022 20:43:00 | Mellinger Sanders Kartzman LLC, 101 Gibraltar Dr Ste 2F, Morris Plains, NJ 07950-1287 |
| 519553271 | | Email/Text: NissanBKNotices@nationalbankruptcy.com | Apr 25 2022 20:43:00 | Nissan-Infiniti Lt, PO Box 660366, Dallas, TX 75266-0366 |
| 519553273 | | Email/Text: signed.order@pfwattorneys.com | Apr 25 2022 20:43:00 | Pressler Felt & Warshaw, LLP, 7 Entin Rd, Parsippany, NJ 07054-5020 |
| 519553275 | | Email/Text: bkteam@selenefinance.com | Apr 25 2022 20:44:00 | Selene Finance Lp, 9990 Richmond Ave, Houston, TX 77042-4559 |
| 519554310 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 25 2022 20:48:09 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519553277 | | Email/Text: tcm.bk@tcmbank.com | Apr 25 2022 20:44:00 | Tcm Bank NA, PO Box 31481, Tampa, FL 33631-3481 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519553263 | * | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519553278 | ## | Two River Community Bank, 1250 State Route 35, Middletown, NJ 07748-2013 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 27, 2022          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 22, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David B. Grantz | on behalf of Creditor OceanFirst Bank N.A., successor by merger to TwoRiver Community Bank dgrantz@meyner.com, ckelly@meyner.com |
| Geoffrey P. Neumann | on behalf of Joint Debtor Cindy Sariotis geoff.neumann@gmail.com |
| Geoffrey P. Neumann | |

| | |
|---|---|
| | on behalf of Plaintiff Cindy Sariotis geoff.neumann@gmail.com |
| Geoffrey P. Neumann | |
| | on behalf of Debtor George Sariotis geoff.neumann@gmail.com |
| Geoffrey P. Neumann | |
| | on behalf of Plaintiff George Sariotis geoff.neumann@gmail.com |
| Kyle Francis Eingorn | |
| | on behalf of Creditor McCormick 110 LLC keingorn@dbblegal.com |
| Margaret Mcgee | |
| | on behalf of U.S. Trustee U.S. Trustee maggie.mcgee@usdoj.gov |
| Matthew Patrick Dolan | |
| | on behalf of Creditor OceanFirst Bank N.A., successor by merger to TwoRiver Community Bank mdolan@meyner.com |
| U.S. Trustee | |
| | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 9