# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0312–3 | User: admin | Date Created: 5/3/2022 |
| Case: 22–12916–MBK | Form ID: orderntc | Total: 1 |

**Recipients of Notice of Electronic Filing:**
aty          Geoffrey P. Neumann          geoff.neumann@gmail.com

TOTAL: 1