Form order – ntcorder

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 22–12916–MBK
Chapter: 11
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

George Sariotis
1801 Pitney St
Oakhurst, NJ 07755–2840

Cindy Sariotis
1801 Pitney St
Oakhurst, NJ 07755–2840

Social Security No.:
xxx–xx–3126

xxx–xx–4645

Employer's Tax I.D. No.:

### NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

Please be advised that on May 3, 2022, the court entered the following judgment or order on the court's docket in the above–captioned case:

Document Number: 24 – 14
Order Granting Application to Employ Professional Burke & Manna Real Estate as Realtor Related Doc # 14). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 5/3/2022.(ldd)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: May 3, 2022
JAN: ldd

Jeanne Naughton
Clerk