| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **George Sariotis** |
| | First Name        Middle Name        Last Name |
| Debtor 2 | **Cindy Sariotis** |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY, TRENTON DIVISION |
| Case number (if known) | **3:22-bk-12916** |

☐ Check if this is an amended filing

## B 104

# For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders

12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor.  11 U.S.C. § 101.  Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:**   List the 20 Unsecured Claims in Order from Largest to Smallest.  Do Not Include Claims by Insiders.

|  |  | **Unsecured claim** |
|---|---|---|

**1**

**Aaron and Company**

What is the nature of the claim? _____  **$5,234.00**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

_____
_____
Contact
_____
Contact phone

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)
  Value of security:           - _____
  Unsecured claim              _____

**2**

**Aluma Systems Concrete**
**PO Box 91473**
**Chicago, IL 60693-1473**

What is the nature of the claim? _____  **$0.00**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

_____
**Lauri A Hudson, Esq.**
_____
Contact

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)
  Value of security:           - _____

Software Copyright (c) 2022 CINGroup - www.cincompass.com

| Debtor 1 | Sariotis, George & Sariotis, Cindy | Case number *(if known)* | 3:22-bk-12916 |
| Debtor 2 | | | |

Contact phone        Unsecured claim _____

---

**3**    **American Builders**
**1 American Way**
**Walden, NY 12586-2821**

**What is the nature of the claim?** _____   **$5,730.00**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

_____

Contact _____

**Does the creditor have a lien on your property?**
- ☑ No
- ☐ Yes. Total claim (secured and unsecured) _____
  - Value of security:   - _____
  - Unsecured claim _____

Contact phone _____

---

**4**    **Amex**
**PO Box 981537**
**El Paso, TX 79998-1537**

**What is the nature of the claim?** _____   **$7,384.00**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

_____

Contact _____

**Does the creditor have a lien on your property?**
- ☑ No
- ☐ Yes. Total claim (secured and unsecured) _____
  - Value of security:   - _____
  - Unsecured claim _____

**(800) 874-2717**
Contact phone

---

**5**    **Avant LLC/Web Bank**
**222 N La Salle St**
**Chicago, IL 60601-1003**

**What is the nature of the claim?** _____   **$29.00**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

_____

Contact _____

**Does the creditor have a lien on your property?**
- ☑ No
- ☐ Yes. Total claim (secured and unsecured) _____
  - Value of security:   - _____
  - Unsecured claim _____

**(800) 712-5407**
Contact phone

---

**6**    **Discover Fin Svcs LLC**
**PO Box 15316**
**Wilmington, DE 19850-5316**

**What is the nature of the claim?** _____   **$13,857.00**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

Software Copyright (c) 2022 CINGroup - www.cincompass.com

Debtor 1
Debtor 2 **Sariotis, George & Sariotis, Cindy**                     Case number *(if known)*    **3:22-bk-12916**

---

■    None of the above apply

**Does the creditor have a lien on your property?**

■    No

☐    Yes. Total claim (secured and unsecured)

Contact

**(800) 347-2683**                              Value of security:    -

Contact phone                                   Unsecured claim

---

**7**

**Dreyers Lumber & Hardward Inc.**          What is the nature of the claim?              **$41,228.00**
**20 Watchung Ave**
**Chatham, NJ 07928-2751**                  **As of the date you file, the claim is:** Check all that apply
                                            ☐    Contingent
                                            ☐    Unliquidated
                                            ■    Disputed
                                            ☐    None of the above apply

                                            **Does the creditor have a lien on your property?**

                                            ■    No
Contact                                     ☐    Yes. Total claim (secured and unsecured)
                                                  Value of security:    -
Contact phone                                     Unsecured claim

---

**8**

**Hudson Insurance Company**                What is the nature of the claim?              **$220,053.90**
**Westerman Sheehy Keenan**
**333 Earle Ovington Blvd Ste 702**         **As of the date you file, the claim is:** Check all that apply
**Uniondale, NY 11553-3622**                ☐    Contingent
                                            ☐    Unliquidated
                                            ■    Disputed
                                            ☐    None of the above apply

                                            **Does the creditor have a lien on your property?**

                                            ■    No
Contact                                     ☐    Yes. Total claim (secured and unsecured)
                                                  Value of security:    -
Contact phone                                     Unsecured claim

---

**9**

**Internal Revenue Service**                What is the nature of the claim?              **$6,761.10**
**51 Haddonfield Rd Ste 300**
**Cherry Hill, NJ 08002-4805**              **As of the date you file, the claim is:** Check all that apply
                                            ☐    Contingent
                                            ☐    Unliquidated
                                            ☐    Disputed
                                            ■    None of the above apply

**Jessica Aichhorn**                        **Does the creditor have a lien on your property?**

**jessica.a.aichhorn**                      ■    No
Contact                                     ☐    Yes. Total claim (secured and unsecured)
                                                  Value of security:    -
Contact phone                                     Unsecured claim

---

Software Copyright (c) 2022 CINGroup - www.cincompass.com

Debtor 1
Debtor 2     **Sariotis, George & Sariotis, Cindy**     Case number *(if known)*    **3:22-bk-12916**

---

**10**

**Jaeger Lumber and Supp Ly Co Inc**
**1835 Swarthmore Ave**
**Lakewood, NJ 08701-4533**

What is the nature of the claim?    $6,091.00

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured)
        Value of security:    -
        Unsecured claim

Contact

Contact phone

---

**11**

**Joseph Fazio Wall L Lc**
**5001 Routes 33 & 34**
**Farmingdale, NJ 07727**

What is the nature of the claim?    $14,778.00

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured)
        Value of security:    -
        Unsecured claim

Contact

Contact phone

---

**12**

**Jpmcb Card**
**PO Box 15369**
**Wilmington, DE 19850-5369**

What is the nature of the claim?    $18,974.00

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured)

Contact

**(800) 945-2000**
Contact phone

        Value of security:    -
        Unsecured claim

---

**13**

**Mission Lane/Tab Bank**

What is the nature of the claim?    $161.00

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?

---

B 104 (Official Form 104)        For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims        Page 4

Software Copyright (c) 2022 CINGroup - www.cincompass.com

Debtor 1
Debtor 2  **Sariotis, George & Sariotis, Cindy**                    Case number *(if known)*  **3:22-bk-12916**

_____              ☐ No
Contact                              ☐ Yes. Total claim (secured and unsecured)
                                          Value of security:                        - _____
Contact phone                             Unsecured claim                           _____

| 14 | **Tcm Bank NA** | What is the nature of the claim? | | **$1,782.00** |

**Tcm Bank NA**
**PO Box 31481**
**Tampa, FL 33631-3481**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

_____
                                    **Does the creditor have a lien on your property?**

_____              ☑ No
Contact                              ☐ Yes. Total claim (secured and unsecured)     _____
**(703) 841-5102**                        Value of security:                        - _____
Contact phone                             Unsecured claim                           _____

| 15 | **Wells Fargo** | What is the nature of the claim? | | **$732.00** |

**Wells Fargo**
**Attn Bankruptcy**
**1 Home Campus #**
**MACX2303-01A**
**Des Moines, IA 50328-0001**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

_____
                                    **Does the creditor have a lien on your property?**

_____              ☑ No
Contact                              ☐ Yes. Total claim (secured and unsecured)     _____
**(800) 642-4720**                        Value of security:                        - _____
Contact phone                             Unsecured claim                           _____

| 16 | **Woodhaven Lumber & Millwork** | What is the nature of the claim? | | **$5,237.00** |

**Woodhaven Lumber & Millwork**
**200 James St**
**Lakewood, NJ 08701-4103**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

_____
                                    **Does the creditor have a lien on your property?**

_____              ☑ No
Contact                              ☐ Yes. Total claim (secured and unsecured)     _____
                                          Value of security:                        - _____
Contact phone                             Unsecured claim                           _____

**Part 2:**   **Sign Below**

Under penalty of perjury, I declare that the information provided in this form is true and correct.

B 104 (Official Form 104)          For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims          Page 5

Software Copyright (c) 2022 CINGroup - www.cincompass.com

| Debtor 1 | | | | |
| Debtor 2 | **Sariotis, George & Sariotis, Cindy** | | Case number *(if known)* | **3:22-bk-12916** |

X **/s/ George Sariotis**

**George Sariotis**
Signature of Debtor 1

Date **May 3, 2022**

X **/s/ Cindy Sariotis**

**Cindy Sariotis**
Signature of Debtor 2

Date **May 3, 2022**

B 104 (Official Form 104)          **For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**          **Page 6**

Software Copyright (c) 2022 CINGroup - www.cincompass.com

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **George Sariotis** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | **Cindy Sariotis** |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY, TRENTON DIVISION |
| Case number (if known) | **3:22-bk-12916** |

☐ Check if this is an amended filing

## Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:  Summarize Your Assets

| | **Your assets** Value of what you own |
|---|---|
| 1. **Schedule A/B: Property** (Official Form 106A/B) 1a. Copy line 55, Total real estate, from Schedule A/B............................................ | $   1,552,000.00 |
| 1b. Copy line 62, Total personal property, from Schedule A/B...................................... | $   9,820.00 |
| 1c. Copy line 63, Total of all property on Schedule A/B............................................. | $   1,561,820.00 |

### Part 2:  Summarize Your Liabilities

| | **Your liabilities** Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D*... | $   523,271.00 |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) 3a. Copy  the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*............................... | $   74,685.85 |
| 3b. Copy  the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*.......................... | $   354,575.00 |
| **Your total liabilities** | $   952,531.85 |

### Part 3:  Summarize Your Income and Expenses

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I) Copy your combined monthly income from line 12 of *Schedule I*................................................................ | $   9,922.32 |
| 5. *Schedule J: Your Expenses* (Official Form 106J) Copy your monthly expenses from line 22c of  *Schedule J*........................................................................ | $   6,894.25 |

### Part 4:  Answer These Questions for Administrative and Statistical Records

6.  **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐  No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

■  Yes

7.  **What kind of debt do you have?**

■  **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C.§ 159.

☐  **Your debts are not primarily consumer debts**. You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Software Copyright (c) 2022 CINGroup - www.cincompass.com

Debtor 1
Debtor 2   **Sariotis, George & Sariotis, Cindy**       Case number *(if known)* **3:22-bk-12916**

8.   **From the** *Statement of Your Current Monthly Income*: Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

$             **11,010.21**

9.   **Copy the following special categories of claims from Part 4, line 6 of** *Schedule E/F*:

| | Total claim |
|---|---|
| **From Part 4 on *Schedule E/F*, copy the following:** | |
| 9a. Domestic support obligations (Copy line 6a.) | $   0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $   74,685.85 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $   0.00 |
| 9d. Student loans. (Copy line 6f.) | $   0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $   0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$   0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $   74,685.85 |

**Fill in this information to identify your case and this filing:**

| | |
|---|---|
| Debtor 1 | **George Sariotis** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | **Cindy Sariotis** |
| (Spouse, if filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY, TRENTON DIVISION |
| Case number | **3:22-bk-12916** |

☐ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property
**12/15**

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.

☑ Yes.  Where is the property?

1.1

**1801 Pitney St**
Street address, if available, or other description

| | | |
|---|---|---|
| **Oakhurst** | **NJ** | **07755-2840** |
| City | State | ZIP Code |

County

**What is the property?** Check all that apply

☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**residence**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$932,000.00** | **$932,000.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee Simple**

☐ Check if this is community property (see instructions)

---

Software Copyright (c) 2022 CINGroup - www.cincompass.com

Debtor 1
Debtor 2 **Sariotis, George & Sariotis, Cindy**

Case number *(if known)* **3:22-bk-12916**

1.2 **If you own or have more than one, list here:**

**What is the property?** Check all that apply

**61 Redwood Dr**

Street address, if available, or other description

- ■ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

**Ocean**          **NJ**   **07712-8711**

City          State      ZIP Code

| | |
|---|---|
| Current value of the entire property? | Current value of the portion you own? |
| **$620,000.00** | **$620,000.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Who has an interest in the property?** Check one

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another

County

☐ **Check if this is community property** (see instructions)

Other information you wish to add about this item, such as local property identification number:

**Debtor and non-debtor spouse have a 95% interest in this property and a 5% interest held by Gregory and Thalia Sariotis, husband and wife**

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here..........................................................................=>**

**$1,552,000.00**

---

**Part 2:   Describe Your Vehicles**

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases*.

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

- ■ No
- ☐ Yes

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

- ■ No
- ☐ Yes

5 **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here...........................................................................=>**

**$0.00**

---

**Part 3:   Describe Your Personal and  Household Items**

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   - ☐ No
   - ■ Yes.  Describe.....

| Various Household goods and furnishings | | $3,000.00 |

| Debtor 1 | **Sariotis, George & Sariotis, Cindy** | Case number *(if known)* | **3:22-bk-12916** |
| Debtor 2 | | | |

**7. Electronics**

*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

☐ No

☑ Yes.  Describe.....

| Electronics  two TVS | $300.00 |

**8. Collectibles of value**

*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

☑ No

☐ Yes.  Describe.....

**9. Equipment for sports and hobbies**

*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

☑ No

☐ Yes.  Describe.....

**10. Firearms**

*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

☑ No

☐ Yes.  Describe.....

**11. Clothes**

*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No

☑ Yes.  Describe.....

| Various clothing | $1,000.00 |

**12. Jewelry**

*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

☐ No

☑ Yes.  Describe.....

| Misc jewlery | $1,000.00 |

**13. Non-farm animals**

*Examples:* Dogs, cats, birds, horses

☑ No

☐ Yes.  Describe.....

**14. Any other personal and household items you did not already list, including any health aids you did not list**

☑ No

☐ Yes.  Give specific information.....

**15.  Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here .........................................................................**   | $5,300.00 |

**Part 4:**  Describe Your Financial Assets

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? Do not deduct secured claims or exemptions. |

**16. Cash**

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No

☑ Yes.................................................................................................

| cash | $420.00 |

| Debtor 1 | | | |
|---|---|---|---|
| Debtor 2 | **Sariotis, George & Sariotis, Cindy** | Case number *(if known)* | **3:22-bk-12916** |

**17.** **Deposits of money**
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar
institutions. If you have multiple accounts with the same institution, list each.

☐ No
☑ Yes......................                                Institution name:

| | 17.1. | **Checking Account** | **Amboy Bank** | **$4,000.00** |
|---|---|---|---|---|

| | 17.2. | **Checking Account** | **Manasquan Bank** | **unknown** |
|---|---|---|---|---|

**18.** **Bonds, mutual funds, or publicly traded stocks**
*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☑ No
☐ Yes..................                Institution or issuer name:

**19.** **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☑ No
☐ Yes.  Give specific information about them...................
                                Name of entity:                                % of ownership:

**20.** **Government and corporate bonds and other negotiable and non-negotiable instruments**
*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☑ No
☐ Yes. Give specific information about them
                                Issuer name:

**21.** **Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☑ No
☐ Yes. List each account separately.
                                Type of account:                Institution name:

**22.** **Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☑ No
☐ Yes. ....................                                Institution name or individual:

**23.** **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

☑ No
☐ Yes.............                Issuer name and description.

**24.** **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No
☐ Yes.............                Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

**25.** **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No
☐ Yes.  Give specific information about them...

**26.** **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No
☐ Yes.  Give specific information about them...

| Debtor 1 | | Case number *(if known)* | 3:22-bk-12916 |
| Debtor 2 | **Sariotis, George & Sariotis, Cindy** | | |

**27. Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
■ No
☐ Yes. Give specific information about them...

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
| --- | --- |

**28. Tax refunds owed to you**
■ No
☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

**29. Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
■ No
☐ Yes. Give specific information......

**30. Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else
■ No
☐ Yes. Give specific information..

**31. Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
☐ No
■ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
| --- | --- | --- |
| **Minnesota Mutual Life Insurance** | | **unknown** |

**32. Any interest in property that is due from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
■ No
☐ Yes. Give specific information..

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue
■ No
☐ Yes. Describe each claim.........

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
☐ No
■ Yes. Describe each claim.........

| Lawsuit against Matthew Tucci; Case No.: MON-L-3242-19 | unknown |

**35. Any financial assets you did not already list**
■ No
☐ Yes. Give specific information..

**36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here.................................................................................................................** | **$4,420.00** |

| Part 5: | Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1. |

| Debtor 1 | | Case number *(if known)* | 3:22-bk-12916 |
| Debtor 2 | **Sariotis, George & Sariotis, Cindy** | | |

37. **Do you own or have any legal or equitable interest in any business-related property?**
☐ No. Go to Part 6.
☑ Yes.  Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**
☑ No
☐ Yes.  Describe.....

39. **Office equipment, furnishings, and supplies**
*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices
☑ No
☐ Yes.  Describe.....

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**
☑ No
☐ Yes.  Describe.....

41. **Inventory**
☑ No
☐ Yes.  Describe.....

42. **Interests in partnerships or joint ventures**
☐ No
☑ Yes.  Give specific information about them...................

| Name of entity: | % of ownership: | |
| **1973 LLC** | | |
| **Consulting Business** | % | $100.00 |

43. **Customer lists, mailing lists, or other compilations**
☑ No.
☐ **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?

☑ No
☐ Yes.  Describe.....

44. **Any business-related property you did not already list**
☑ No
☐ Yes. Give specific information.........

45.  **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here.................................................................................................................**

$100.00

**Part 6:**  **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
☑ No. Go to Part 7.
☐ Yes.  Go to line 47.

Software Copyright (c) 2022 CINGroup - www.cincompass.com

| Debtor 1 | **Sariotis, George & Sariotis, Cindy** | Case number *(if known)* | **3:22-bk-12916** |
|---|---|---|---|
| Debtor 2 | | | |

| **Part 7:** | **Describe All Property You Own or Have an Interest in That You Did Not List Above** |
|---|---|

53. **Do you have other property of any kind you did not already list?**
   *Examples:* Season tickets, country club membership
   ■ No
   ☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here**  ....................................

|  | **$0.00** |
|---|---|

| **Part 8:** | **List the Totals of Each Part of this Form** |
|---|---|

| 55. | **Part 1: Total real estate, line 2** ................................................................................................. | | **$1,552,000.00** |
|---|---|---|---|
| 56. | **Part 2: Total vehicles, line 5** | **$0.00** | |
| 57. | **Part 3: Total personal and household items, line 15** | **$5,300.00** | |
| 58. | **Part 4: Total financial assets, line 36** | **$4,420.00** | |
| 59. | **Part 5: Total business-related property, line 45** | **$100.00** | |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | **$0.00** | |
| 61. | **Part 7: Total other property not listed, line 54** | + **$0.00** | |

| 62. | **Total personal property.** Add lines 56 through 61... | **$9,820.00** | Copy personal property total | **$9,820.00** |
|---|---|---|---|---|

63. **Total of all property on Schedule A/B**. Add line 55 + line 62

|  | **$1,561,820.00** |
|---|---|

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **George Sariotis** |
| | First Name · Middle Name · Last Name |
| Debtor 2 (Spouse if, filing) | |
| | First Name · Middle Name · Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY, TRENTON DIVISION |
| Case number (if known) | **3:22-bk-12916** |

☐ Check if this is an amended filing

## Official Form 106C
## Schedule C: The Property You Claim as Exempt

**4/22**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

| Part 1: | Identify the Property You Claim as Exempt |
|---|---|

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

   ■ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own  Copy the value from *Schedule A/B* | Amount of the exemption you claim  *Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Debtor 1 Exemptions** | | | |
| **1801 Pitney St Oakhurst NJ, 07755-2840 residence** Line from *Schedule A/B*: **1.1** | $932,000.00 | ■          $27,900.00 ☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(1) |
| **Various Household goods and furnishings** Line from *Schedule A/B*: **6.1** | $3,000.00 | ■          $1,325.00 ☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(5) |
| **Various clothing** Line from *Schedule A/B*: **11.1** | $1,000.00 | ■          $500.00 ☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(5) |
| **Misc jewelry** Line from *Schedule A/B*: **12.1** | $1,000.00 | ■          $500.00 ☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(5) |
| **Amboy Bank** Line from *Schedule A/B*: **17.1** | $4,000.00 | ■          $4,000.00 ☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(5) |

| Debtor 1 | **Sariotis, George & Sariotis, Cindy** | | |
|---|---|---|---|
| Debtor 2 | | Case number (if known) | **3:22-bk-12916** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption.* | |

3. **Are you claiming a homestead exemption of more than $189,050**
   (Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

       ☐ No

       ☐ Yes

| Debtor 1 | **Sariotis, George & Sariotis, Cindy** | Case number (if known) | **3:22-bk-12916** |
|---|---|---|---|
| Debtor 2 | | | |

**Fill in this information to identify your case:**

| Debtor 1 | | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Cindy Sariotis** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY, TRENTON DIVISION | | |
| Case number (if known) | **3:22-bk-12916** | | |

☐ Check if this is an
amended filing

# Official Form 106C

## Schedule C: The Property You Claim as Exempt

**4/22**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

### Part 1:    Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions.   11 U.S.C. § 522(b)(3)

   ■ You are claiming federal exemptions.   11 U.S.C. § 522(b)(2)

2. **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Debtor 2 Exemptions** | | | |
| **1801 Pitney St**<br>**Oakhurst NJ, 07755-2840**<br>**residence**<br>Line from *Schedule A/B* **1.1** | **$932,000.00** | ■ **$27,900.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 USC § 522(d)(1)** |
| **Various Household goods and furnishings**<br>Line from *Schedule A/B* **6.1** | **$3,000.00** | ■ **$1,325.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 USC § 522(d)(5)** |
| **Various clothing**<br>Line from *Schedule A/B* **11.1** | **$1,000.00** | ■ **$500.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 USC § 522(d)(5)** |
| **Misc jewlery**<br>Line from *Schedule A/B* **12.1** | **$1,000.00** | ■ **$500.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 USC § 522(d)(5)** |

Software Copyright (c) 2022 CINGroup - www.cincompass.com

| Debtor 1 | | | | |
| Debtor 2 | **Sariotis, George & Sariotis, Cindy** | | Case number (if known) | **3:22-bk-12916** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption.* | |

3. **Are you claiming a homestead exemption of more than $189,050?**
(Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)

■ No

☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

    ☐ No

    ☐ Yes

| **Fill in this information to identify your case:** | |
|---|---|

| Debtor 1 | **George Sariotis** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Cindy Sariotis** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY, TRENTON DIVISION | | |
| Case number (if known) | **3:22-bk-12916** | | |

☐ Check if this is an amended filing

## Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

| **Part 1:** | **List All Secured Claims** |
|---|---|

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.  If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor 's name.

| | | Column A | Column B | Column C |
|---|---|---|---|---|
| | | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** | **Unsecured portion** If any |

**2.1 McCormick 110 LLC**
Creditor's Name

**c/o Dembo Brown & Burns LLP**
**1300 Route 73 Ste 205**
**Mount Laurel, NJ 08054**
Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

**Describe the property that secures the claim:**

**1801 Pitney St, Oakhurst, NJ 07755-2840**
**residence**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)

☐ Judgment lien from a lawsuit

■ Other (including a right to offset)    **1st Mortgage**

Column A: **unknown**  Column B: **$932,000.00**  Column C: **$0.00**

Date debt was incurred _____    Last 4 digits of account number _____

| Debtor 1 | **George Sariotis** | | | Case number (if known) | **3:22-bk-12916** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | **Cindy Sariotis** | | | | |
| | First Name | Middle Name | Last Name | | |

---

| 2.2 | **McCormick 110, LLC** | Describe the property that secures the claim: | **$388,000.00** | **$620,000.00** | **$0.00** |
|---|---|---|---|---|---|

Creditor's Name

**61 Redwood Dr, Ocean, NJ 07712-8711**
**Debtor and non-debtor spouse have a 95% interest in this property and a 5% interest held by Gregory and Thalia Sariotis, husband and wife**

c/o **Dembo Brown & Burns LLP**
**1300 Route 73 Ste 205**
**Cherry Hill, NJ 08002**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)    **1st Mortgage**

Date debt was incurred _____    Last 4 digits of account number _____

---

| 2.3 | **Ocean First Bank** | Describe the property that secures the claim: | **unknown** | **$1,552,000.00** | **$0.00** |
|---|---|---|---|---|---|

Creditor's Name

**1801 Pitney St, Oakhurst, NJ 07755-2840**
**residence**

c/o **Meyner & Landis LLP**
**1 Gateway Ctr Ste 2500**
**Newark, NJ 07102-5323**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)    **Mortgage**

Date debt was incurred _____    Last 4 digits of account number _____

---

Software Copyright (c) 2022 CINGroup - www.cincompass.com

Debtor 1 **George Sariotis**
First Name            Middle Name            Last Name

Debtor 2 **Cindy Sariotis**
First Name            Middle Name            Last Name

Case number (if known)    **3:22-bk-12916**

---

| 2.4 | **Ocean First Bank** | Describe the property that secures the claim: | **unknown** | **$620,000.00** | **$0.00** |

Creditor's Name

**61 Redwood Dr, Ocean, NJ 07712-8711**
**Debtor and non-debtor spouse have a 95% interest in this property and a 5% interest held by Gregory and Thalia Sariotis, husband and wife**

**c/o Meyner & Landis LLP**
**1 Gateway Ctr Ste 2500**
**Newark, NJ 07102-5323**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **2nd mortgage**

Date debt was incurred _____    Last 4 digits of account number _____

---

| 2.5 | **Selene Finance Lp** | Describe the property that secures the claim: | **$135,271.00** | **$932,000.00** | **$0.00** |

Creditor's Name

**1801 Pitney St, Oakhurst, NJ 07755-2840**
**residence**

**9990 Richmond Ave**
**Houston, TX 77042-4559**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **Mortgage**

Date debt was incurred    **2011-05**    Last 4 digits of account number    **6299**

---

| Add the dollar value of your entries in Column A on this page. Write that number here: | **$523,271.00** |
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | **$523,271.00** |

---

**Part 2:**    **List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

[ ]    Name, Number, Street, City, State & Zip Code

**Dembo Burns & Browns LLP**
**1300 Route 73 Ste 205**
**Mount Laurel, NJ 08054-2200**

On which line in Part 1 did you enter the creditor?    **2.5**

Last 4 digits of account number    **6299**

---

Software Copyright (c) 2022 CINGroup - www.cincompass.com

| Debtor 1 | **George Sariotis** | | | Case number (*if known*) | **3:22-bk-12916** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | **Cindy Sariotis** | | | | |
| | First Name | Middle Name | Last Name | | |

[ ]   Name, Number, Street, City, State & Zip Code
**Meyner & Landis**
**1 Gateway Ctr Fl 25**
**Newark, NJ 07102-5320**

On which line in Part 1 did you enter the creditor?  __2.3__

Last 4 digits of account number ___

[ ]   Name, Number, Street, City, State & Zip Code
**Meyner & Landis LLP**
**1 Gateway Ctr Ste 2500**
**Newark, NJ 07102-5323**

On which line in Part 1 did you enter the creditor?  __2.5__

Last 4 digits of account number  __6299__

---

Official Form 106D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 4 of 4

Software Copyright (c) 2022 CINGroup - www.cincompass.com

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **George Sariotis** |
| | First Name       Middle Name       Last Name |
| Debtor 2 | **Cindy Sariotis** |
| (Spouse if, filing) | First Name       Middle Name       Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY, TRENTON DIVISION |
| Case number (if known) | **3:22-bk-12916** |

☐ Check if this is an
amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim.  Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

**Part 1:**    List All of Your PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims against you?**

☐ No. Go to Part 2.

■ Yes.

2.  **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor 's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

(For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

| | |
|---|---|
| **2.1**   **Internal Revenue Service** | Last 4 digits of account number   **3263**    **$74,685.85**    **$74,685.85**    **$0.00** |
| Priority Creditor's Name | |
| | When was the debt incurred?   **2012** |
| **51 Haddonfield Rd Ste 300** | |
| **Cherry Hill, NJ 08002-4805** | |
| Number Street City State Zip Code | **As of the date you file, the claim is:** Check all that apply |
| **Who incurred the debt?** Check one. | |
| ☐ Debtor 1 only | ☐ Contingent |
| ☐ Debtor 2 only | ☐ Unliquidated |
| ■ Debtor 1 and Debtor 2 only | ☐ Disputed |
| ☐ At least one of the debtors and another | **Type of PRIORITY unsecured claim:** |
| ☐ **Check if this claim is for a  community debt** | ☐ Domestic support obligations |
| **Is the claim subject to offset?** | ■ Taxes and certain other debts you owe the government |
| ■ No | ☐ Claims for death or personal injury while you were intoxicated |
| ☐ Yes | ☐ Other. Specify _____ |

**Part 2:**    List All of Your NONPRIORITY Unsecured Claims

3.  **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

■ Yes.

4.  **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

Total claim

Debtor 1
Debtor 2    **Sariotis, George & Sariotis, Cindy**

Case number (if known)    **3:22-bk-12916**

---

**4.1** | **Aaron and Company** | Last 4 digits of account number | **7816** | **$5,234.00**

Nonpriority Creditor's Name

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

---

**4.2** | **Aluma Systems Concrete** | Last 4 digits of account number | | **unknown**

Nonpriority Creditor's Name

When was the debt incurred?

**PO Box 91473**
**Chicago, IL 60693-1473**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **judgment**

---

**4.3** | **American Builders** | Last 4 digits of account number | **4114** | **$5,730.00**

Nonpriority Creditor's Name

When was the debt incurred?

**1 American Way**
**Walden, NY 12586-2821**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

Debtor 1
Debtor 2  **Sariotis, George & Sariotis, Cindy**                     Case number (if known)   **3:22-bk-12916**

---

| 4.4 | **Amex** | Last 4 digits of account number | **5353** | $7,384.00 |

Nonpriority Creditor's Name

**PO Box 981537**
**El Paso, TX 79998-1537**
Number Street City State Zip Code

**When was the debt incurred?**   **2001-12**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

| 4.5 | **Avant LLC/Web Bank** | Last 4 digits of account number | **5200** | $29.00 |

Nonpriority Creditor's Name

**222 N La Salle St**
**Chicago, IL 60601-1003**
Number Street City State Zip Code

**When was the debt incurred?**   **2019-10**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **credit card**

---

| 4.6 | **Capital Accounts** | Last 4 digits of account number | **6744** | $100.00 |

Nonpriority Creditor's Name
**Attn Bankruptcy Dept**
**PO Box 140065**
**Nashville, TN 37214-0065**
Number Street City State Zip Code

**When was the debt incurred?**   **2017-08**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

Debtor 1
Debtor 2    **Sariotis, George & Sariotis, Cindy**                              Case number (If known)    **3:22-bk-12916**

| | | | |
|---|---|---|---|
| 4.7 | **Discover Fin Svcs LLC** | Last 4 digits of account number    **3323** | **$13,857.00** |

Nonpriority Creditor's Name

**PO Box 15316**
**Wilmington, DE 19850-5316**                When was the debt incurred?    **2007-03**

Number Street City State Zip Code

**Who incurred the debt?** Check one.                As of the date you file, the claim is: Check all that apply

■ Debtor 1 only                        ☐ Contingent
☐ Debtor 2 only                        ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                ☐ Disputed
☐ At least one of the debtors and another        Type of NONPRIORITY unsecured claim:
☐ **Check if this claim is for a community**        ☐ Student loans
**debt**                            ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                report as priority claims
■ No                            ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                            ■ Other. Specify    **credit card**

| | | | |
|---|---|---|---|
| 4.8 | **Dreyers Lumber & Hardward Inc.** | Last 4 digits of account number | **$41,228.00** |

Nonpriority Creditor's Name

**20 Watchung Ave**
**Chatham, NJ 07928-2751**                When was the debt incurred?    **2017**

Number Street City State Zip Code

**Who incurred the debt?** Check one.                As of the date you file, the claim is: Check all that apply

■ Debtor 1 only                        ☐ Contingent
☐ Debtor 2 only                        ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                ■ Disputed
☐ At least one of the debtors and another        Type of NONPRIORITY unsecured claim:
☐ **Check if this claim is for a community**        ☐ Student loans
**debt**                            ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                report as priority claims
■ No                            ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                            ■ Other. Specify    **Judgment/business debt**

| | | | |
|---|---|---|---|
| 4.9 | **Hudson Insurance Company** | Last 4 digits of account number | **$220,053.90** |

Nonpriority Creditor's Name
**Westerman Sheehy Keenan**
**333 Earle Ovington Blvd Ste 702**
**Uniondale, NY 11553-3622**                When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.                As of the date you file, the claim is: Check all that apply

■ Debtor 1 only                        ☐ Contingent
☐ Debtor 2 only                        ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                ■ Disputed
☐ At least one of the debtors and another        Type of NONPRIORITY unsecured claim:
☐ **Check if this claim is for a community**        ☐ Student loans
**debt**                            ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                report as priority claims
■ No                            ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                            ■ Other. Specify    **Judgment/Business debt**

Debtor 1
Debtor 2  **Sariotis, George & Sariotis, Cindy**                    Case number (if known)  **3:22-bk-12916**

| 4.10 | **Internal Revenue Service** | Last 4 digits of account number | **3263** | **$6,761.10** |

Nonpriority Creditor's Name

When was the debt incurred?

**51 Haddonfield Rd Ste 300**
**Cherry Hill, NJ 08002-4805**
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify _____

---

| 4.11 | **Jaeger Lumber and Supp Ly Co Inc** | Last 4 digits of account number | **4814** | **$6,091.00** |

Nonpriority Creditor's Name

When was the debt incurred?

**1835 Swarthmore Ave**
**Lakewood, NJ 08701-4533**
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify  **judgment**

---

| 4.12 | **Joseph Fazio Wall L Lc** | Last 4 digits of account number | **2915** | **$14,778.00** |

Nonpriority Creditor's Name

When was the debt incurred?

**5001 Routes 33 & 34**
**Farmingdale, NJ 07727**
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify  **Judgment/business debt**

---

| Debtor 1 | | |
|---|---|---|
| Debtor 2 | Sariotis, George & Sariotis, Cindy | Case number (if known)   3:22-bk-12916 |

| 4.13 | **Jpmcb Card** | Last 4 digits of account number   **8424** | **$18,974.00** |
|---|---|---|---|
| | Nonpriority Creditor's Name | | |
| | | When was the debt incurred?   **2000-10** | |
| | **PO Box 15369** | | |
| | **Wilmington, DE 19850-5369** | | |
| | Number Street City State Zip Code | As of the date you file, the claim is: Check all that apply | |
| | Who incurred the debt? Check one. | | |
| | ■ Debtor 1 only | ☐ Contingent | |
| | ☐ Debtor 2 only | ☐ Unliquidated | |
| | ☐ Debtor 1 and Debtor 2 only | ☐ Disputed | |
| | ☐ At least one of the debtors and another | Type of NONPRIORITY unsecured claim: | |
| | ☐ **Check if this claim is for a community debt** | ☐ Student loans | |
| | Is the claim subject to offset? | ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims | |
| | ■ No | ☐ Debts to pension or profit-sharing plans, and other similar debts | |
| | ☐ Yes | ■ Other. Specify _____ | |

| 4.14 | **Mission Lane/Tab Bank** | Last 4 digits of account number   **8276** | **$161.00** |
|---|---|---|---|
| | Nonpriority Creditor's Name | | |
| | | When was the debt incurred?   **2019-08** | |
| | Number Street City State Zip Code | As of the date you file, the claim is: Check all that apply | |
| | Who incurred the debt? Check one. | | |
| | ■ Debtor 1 only | ☐ Contingent | |
| | ☐ Debtor 2 only | ☐ Unliquidated | |
| | ☐ Debtor 1 and Debtor 2 only | ☐ Disputed | |
| | ☐ At least one of the debtors and another | Type of NONPRIORITY unsecured claim: | |
| | ☐ **Check if this claim is for a community debt** | ☐ Student loans | |
| | Is the claim subject to offset? | ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims | |
| | ■ No | ☐ Debts to pension or profit-sharing plans, and other similar debts | |
| | ☐ Yes | ■ Other. Specify   **credit card** | |

| 4.15 | **State of New jersey** | Last 4 digits of account number   **3314** | **$6,443.00** |
|---|---|---|---|
| | Nonpriority Creditor's Name | | |
| | **Div of Taxation Bk Se P O** | When was the debt incurred? | |
| | **PO Box 245** | | |
| | **Trenton, NJ 08602-0245** | | |
| | Number Street City State Zip Code | As of the date you file, the claim is: Check all that apply | |
| | Who incurred the debt? Check one. | | |
| | ■ Debtor 1 only | ☐ Contingent | |
| | ☐ Debtor 2 only | ☐ Unliquidated | |
| | ☐ Debtor 1 and Debtor 2 only | ☐ Disputed | |
| | ☐ At least one of the debtors and another | Type of NONPRIORITY unsecured claim: | |
| | ☐ **Check if this claim is for a community debt** | ☐ Student loans | |
| | Is the claim subject to offset? | ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims | |
| | ■ No | ☐ Debts to pension or profit-sharing plans, and other similar debts | |
| | ☐ Yes | ■ Other. Specify _____ | |

Software Copyright (c) 2022 CINGroup - www.cincompass.com

| Debtor 1 | Sariotis, George & Sariotis, Cindy | Case number (if known) | 3:22-bk-12916 |
|---|---|---|---|
| Debtor 2 | | | |

---

**4.16** **Tcm Bank NA**
Nonpriority Creditor's Name

Last 4 digits of account number __0440__          $1,782.00

When was the debt incurred?    __2004-06__

PO Box 31481
Tampa, FL 33631-3481
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

**4.17** **Wells Fargo**
Nonpriority Creditor's Name
**Attn Bankruptcy**

Last 4 digits of account number __7506__          $732.00

When was the debt incurred?    __2007-10__

1 Home Campus # MACX2303-01A
Des Moines, IA 50328-0001
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    __credit card__

---

**4.18** **Woodhaven Lumber & Millwork**
Nonpriority Creditor's Name

Last 4 digits of account number __6715__          $5,237.00

When was the debt incurred?

200 James St
Lakewood, NJ 08701-4103
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    __judgment__

---

**Part 3:**  **List Others to Be Notified About a Debt That You Already Listed**

**5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

| Debtor 1 | |
|---|---|
| Debtor 2 | **Sariotis, George & Sariotis, Cindy** |

Case number (if known)    **3:22-bk-12916**

---

Name and Address
**Capital Accounts**
**PO Box 140065**
**Nashville, TN 37214-0065**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.6** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number        **6744**

---

Name and Address
**Hudson Law Offices, PC**
**For Aluma Systems Concrete**
**900 Route 168 Ste C-2**
**Turnersville, NJ 08012-3233**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.2** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Kathleen R. Wall, Esq.**
**Atty for Joseph Fazzio-Wall LLC**
**PO Box A**
**Manasquan, NJ 08736-0631**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.12** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number        **2915**

---

Name and Address
**Marvel & Maloney**
**Attys for Woodhaven Lumber**
**PO Box 727**
**Neptune, NJ 07754-0727**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.18** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number        **6715**

---

Name and Address
**Mellinger Sanders Kartzman LLC**
**101 Gibraltar Dr Ste 2F**
**Morris Plains, NJ 07950-1287**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.11** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number        **4814**

---

Name and Address
**NJ Attorney General**
**Division of Law Richard J Hughes**
**Justice**
**25 Market St**
**Trenton, NJ 08611-2148**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.15** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number        **3314**

---

Name and Address
**Pressler Felt & Warshaw, LLP**
**7 Entin Rd**
**Parsippany, NJ 07054-5020**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.7** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number        **3323**

---

Name and Address
**Ronald J Nelson, Esq**
**re Dreyer Lmber & Hardware**
**162 Washington Valley Rd Ste 207**
**Warren, NJ 07059-7100**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.8** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**U S Attorney Genera**
**U S Dept of Justice**
**950 Pennsylvania Ave NW**
**Washington, DC 20530-0009**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **2.1** of (Check one):
☑ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number        **3263**

---

Name and Address
**U S Attorney General**
**970 Broad St**
**Newark, NJ 07102-2534**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **2.1** of (Check one):
☑ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number        **3263**

---

| Debtor 1 | | |
|---|---|---|
| Debtor 2 | Sariotis, George & Sariotis, Cindy | |

Case number (if known)  **3:22-bk-12916**

| Part 4: | Add the Amounts for Each Type of Unsecured Claim |
|---|---|

6.  **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.**

| | | | Total Claim |
|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $ | 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ | 74,685.85 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ | 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ | 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ | 74,685.85 |

| | | | Total Claim |
|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ | 0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ | 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ | 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ | 354,575.00 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ | 354,575.00 |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **George Sariotis** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | **Cindy Sariotis** |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY, TRENTON DIVISION |
| Case number (if known) | **3:22-bk-12916** |

☐ Check if this is an amended filing

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1.  **Do you have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2.  **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.1  **Nissan-Infiniti Lt**<br>**PO Box 660366**<br>**Dallas, TX 75266-0366** | **Installment account  Lease 39 months @468 p/m** |

Software Copyright (c) 2022 CINGroup - www.cincompass.com

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **George Sariotis** |
| | First Name                    Middle Name                    Last Name |
| Debtor 2 | **Cindy Sariotis** |
| (Spouse if, filing) | First Name                    Middle Name                    Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY, TRENTON DIVISION |
| Case number | **3:22-bk-12916** |
| (if known) | |

☐ Check if this is an
   amended filing

## Official Form 106H
## Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☐ No
■ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

■ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** |
|---|---|
| Name, Number, Street, City, State and ZIP Code | Check all schedules that apply: |
| 3.1 **Thalia Sariotis**<br>**61 Redwood Dr**<br>**Ocean, NJ 07712-8711** | ■ Schedule D, line __2.2__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**McCormick 110, LLC** |
| 3.2 **Thalia Sariotis**<br>**61 Redwood Dr**<br>**Ocean, NJ 07712-8711** | ■ Schedule D, line __2.4__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Ocean First Bank** |

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **George Sariotis** |
| Debtor 2 (Spouse, if filing) | **Cindy Sariotis** |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY, TRENTON DIVISION |
| Case number (If known) | **3:22-bk-12916** |

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form 106I
## Schedule I: Your Income
**12/15**

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| **Employment status** | | ■ Employed<br>☐ Not employed | ■ Employed<br>☐ Not employed |
| **Occupation** | | **Construction Consultant** | **Office Manager** |
| **Employer's name** | | **Burke Construction** | **Ivy Hedge Early Childcare** |
| **Employer's address** | | **1001 Hopewell Ave<br>Ocean, NJ 07712-3985** | **65 Monmouth Rd<br>Oakhurst, NJ 07755-1667** |
| **How long employed there?** | | **6 months** | **17 years** |

### Part 2:    Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ **6,500.00** | $ **1,919.21** |
| 3. | **Estimate and list monthly overtime pay.** | 3. | +$ **0.00** | +$ **0.00** |
| 4. | **Calculate gross Income.** Add line 2 + line 3. | 4. | $ **6,500.00** | $ **1,919.21** |

Debtor 1
Debtor 2    **Sariotis, George & Sariotis, Cindy**                    Case number (*if known*)    **3:22-bk-12916**

|  |  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | Copy line 4 here | 4. | $ 6,500.00 | $ 1,919.21 |
| **5.** | **List all payroll deductions:** | | | |
| 5a. | **Tax, Medicare, and Social Security deductions** | 5a. $ | 713.31 | $ 170.19 |
| 5b. | **Mandatory contributions for retirement plans** | 5b. $ | 0.00 | $ 0.00 |
| 5c. | **Voluntary contributions for retirement plans** | 5c. $ | 0.00 | $ 0.00 |
| 5d. | **Required repayments of retirement fund loans** | 5d. $ | 0.00 | $ 0.00 |
| 5e. | **Insurance** | 5e. $ | 45.85 | $ 13.54 |
| 5f. | **Domestic support obligations** | 5f. $ | 0.00 | $ 0.00 |
| 5g. | **Union dues** | 5g. $ | 0.00 | $ 0.00 |
| 5h. | **Other deductions. Specify:** | 5h.+ $ | 0.00 + $ | 0.00 |
| **6.** | **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. $ | 759.16 | $ 183.73 |
| **7.** | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. $ | 5,740.84 | $ 1,735.48 |

**8.** **List all other income regularly received:**

| | | | | |
|---|---|---|---|---|
| 8a. | **Net income from rental property and from operating a business, profession, or farm** | | | |
| | Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. $ | 0.00 | $ 0.00 |
| 8b. | **Interest and dividends** | 8b. $ | 0.00 | $ 0.00 |
| 8c. | **Family support payments that you, a non-filing spouse, or a dependent regularly receive** | | | |
| | Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. $ | 0.00 | $ 0.00 |
| 8d. | **Unemployment compensation** | 8d. $ | 0.00 | $ 0.00 |
| 8e. | **Social Security** | 8e. $ | 2,446.00 | $ 0.00 |
| 8f. | **Other government assistance that you regularly receive** | | | |
| | Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | 8f. $ | 0.00 | $ 0.00 |
| 8g. | **Pension or retirement income** | 8g. $ | 0.00 | $ 0.00 |
| 8h. | **Other monthly income. Specify:** | 8h.+ $ | 0.00 + $ | 0.00 |

| **9.** | **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $ 2,446.00 | $ 0.00 |
|---|---|---|---|---|

**10.** **Calculate monthly income.** Add line 7 + line 9.    10. $ **8,186.84** + $ **1,735.48** = $ **9,922.32**
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

**11.** State all other regular contributions to the expenses that you list in *Schedule J*.
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify: _____    11. +$ 0.00

**12.** **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and *Related Data*, if it applies    12. $ **9,922.32**

**Combined monthly income**

**13.** **Do you expect an increase or decrease within the year after you file this form?**
☐ No.
■ Yes. Explain:    **Family members assist the Debtor.**

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **George Sariotis** |
| Debtor 2 (Spouse, if filing) | **Cindy Sariotis** |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY, TRENTON DIVISION |
| Case number (If known) | **3:22-bk-12916** |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J
# Schedule J: Your Expenses

**12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Your Household

1.  **Is this a joint case?**

☐ No. Go to line 2.

■ Yes. **Does Debtor 2 live in a separate household?**

■ No

☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2.  **Do you have dependents?**   ■ No

| | | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|---|---|
| Do not list Debtor 1 and Debtor 2. | ☐ Yes. Fill out this information for each dependent............. | | | ☐ No ☐ Yes |
| Do not state the dependents names. | | | | ☐ No ☐ Yes |
| | | | | ☐ No ☐ Yes |
| | | | | ☐ No ☐ Yes |

3.  **Do your expenses include expenses of people other than yourself and your dependents?**   ■ No    ☐ Yes

### Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | | **Your expenses** |
|---|---|---|
| 4. | The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4.  $                411.00 |
| | If not included in line 4: | |
| 4a. | Real estate taxes | 4a.  $                800.00 |
| 4b. | Property, homeowner's, or renter's insurance | 4b.  $                200.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c.  $                300.00 |
| 4d. | Homeowner's association or condominium dues | 4d.  $                  0.00 |
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5.  $                  0.00 |

| Debtor 1 | **Sariotis, George & Sariotis, Cindy** | Case number (if known) | **3:22-bk-12916** |
|---|---|---|---|
| Debtor 2 | | | |

| | | | | |
|---|---|---|---|---|
| 6. | **Utilities:** | | | |
| | 6a. Electricity, heat, natural gas | 6a. | $ | **700.00** |
| | 6b. Water, sewer, garbage collection | 6b. | $ | **170.00** |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ | **420.00** |
| | 6d. Other. Specify: | 6d. | $ | **0.00** |
| 7. | **Food and housekeeping supplies** | 7. | $ | **1,000.00** |
| 8. | **Childcare and children's education costs** | 8. | $ | **0.00** |
| 9. | **Clothing, laundry, and dry cleaning** | 9. | $ | **60.00** |
| 10. | **Personal care products and services** | 10. | $ | **150.00** |
| 11. | **Medical and dental expenses** | 11. | $ | **185.00** |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $ | **220.00** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | $ | **200.00** |
| 14. | **Charitable contributions and religious donations** | 14. | $ | **0.00** |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a. Life insurance | 15a. | $ | **416.66** |
| | 15b. Health insurance | 15b. | $ | **370.87** |
| | 15c. Vehicle insurance | 15c. | $ | **200.00** |
| | 15d. Other insurance. Specify: | 15d. | $ | **0.00** |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | 16. | $ | **0.00** |
| 17. | **Installment or lease payments:** | | | |
| | 17a. Car payments for Vehicle 1 | 17a. | $ | **468.00** |
| | 17b. Car payments for Vehicle 2 | 17b. | $ | **0.00** |
| | 17c. Other. Specify: | 17c. | $ | **0.00** |
| | 17d. Other. Specify: | 17d. | $ | **0.00** |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5,** *Schedule I, Your Income* **(Official Form 106I).** | 18. | $ | **0.00** |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | 19. | $ | **0.00** |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on** *Schedule I: Your Income.* | | | |
| | 20a. Mortgages on other property | 20a. | $ | **0.00** |
| | 20b. Real estate taxes | 20b. | $ | **0.00** |
| | 20c. Property, homeowner's, or renter's insurance | 20c. | $ | **0.00** |
| | 20d. Maintenance, repair, and upkeep expenses | 20d. | $ | **0.00** |
| | 20e. Homeowner's association or condominium dues | 20e. | $ | **0.00** |
| 21. | **Other:** Specify:  **non debtor epenses** | 21. | +$ | **622.72** |
| 22. | **Calculate your monthly expenses** | | | |
| | 22a. Add lines 4 through 21. | | $ | **6,894.25** |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | | $ | |
| | 22c. Add line 22a and 22b.  The result is your monthly expenses. | | $ | **6,894.25** |
| 23. | **Calculate your monthly net income.** | | | |
| | 23a. Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. | $ | **9,922.32** |
| | 23b. Copy your monthly expenses from line 22c above. | 23b. | -$ | **6,894.25** |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. | $ | **3,028.07** |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.

☐ Yes.   | Explain here: |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **George Sariotis** |
| | First Name        Middle Name        Last Name |
| Debtor 2 | **Cindy Sariotis** |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY, TRENTON DIVISION |
| Case number (if known) | **3:22-bk-12916** |

☐ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules                    12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes. Name of person _____    Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ George Sariotis**                         X **/s/ Cindy Sariotis**
**George Sariotis**                               **Cindy Sariotis**
Signature of Debtor 1                             Signature of Debtor 2

Date **May 3, 2022**                              Date **May 3, 2022**

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **George Sariotis** |
| | First Name      Middle Name      Last Name |
| Debtor 2 | **Cindy Sariotis** |
| (Spouse if, filing) | First Name      Middle Name      Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY, TRENTON DIVISION |
| Case number | **3:22-bk-12916** |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 107

## Statement of Financial Affairs for Individuals Filing for Bankruptcy

04/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Give Details About Your Marital Status and Where You Lived Before

**1.    What is your current marital status?**

■ Married
☐ Not married

**2.    During the last 3 years, have you lived anywhere other than where you live now?**

■ No
☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | | |

**3.    Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

■ No
☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

### Part 2    Explain the Sources of Your Income

**4.    Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

■ No
☐ Yes. Fill in the details.

| Debtor 1 | | Debtor 2 | |
|---|---|---|---|
| Sources of income<br>Check all that apply. | Gross income<br>(before deductions and exclusions) | Sources of income<br>Check all that apply. | Gross income<br>(before deductions and exclusions) |

Software Copyright (c) 2022 CINGroup - www.cincompass.com

| Debtor 1 | Sariotis, George & Sariotis, Cindy | | Case number *(if known)* | 3:22-bk-12916 |
|---|---|---|---|---|
| Debtor 2 | | | | |

**5.    Did you receive any other income during this year or the two previous calendar years?**

Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☐    No

■    Yes. Fill in the details.

| | **Debtor 1**<br>**Sources of income**<br>Describe below. | **Gross income from**<br>**each source**<br>(before deductions and exclusions) | **Debtor 2**<br>**Sources of income**<br>Describe below. | **Gross income**<br>(before deductions and exclusions) |
|---|---|---|---|---|
| **From January 1 of current year until**<br>**the date you filed for bankruptcy:** | **Social Security** | $8,337.00 | **Social Security** | $4,035.00 |

---

**Part 3:    List Certain Payments You Made Before You Filed for Bankruptcy**

**6.    Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☐    No.    **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $7,575* or more?

☐    No.    Go to line 7.

☐    Yes    List below each creditor to whom you paid a total of $7,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
    * Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.

■    Yes.    **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐    No.    Go to line 7.

■    Yes    List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| **paid utiilites, food and other household** | | $0.00 | $0.00 | ■ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>■ Other **utilities, food etc** |

**7.    Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**

*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

■    No

☐    Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|

**8.    Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an**

---

| Debtor 1 | Sariotis, George & Sariotis, Cindy | Case number *(if known)* | 3:22-bk-12916 |
|---|---|---|---|
| Debtor 2 | | | |

**insider?**
Include payments on debts guaranteed or cosigned by an insider.

■ No
☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
|---|---|---|---|---|
| | | | | |

| Part 4: | Identify Legal Actions, Repossessions, and Foreclosures |
|---|---|

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No
■ Yes. Fill in the details.

| Case title Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Gregory Sariotis et al v. Matthew Tucci MON-L-3242-19 | book account | Monmouth County Superior Court 71 Monument St Freehold, NJ 07728-1747 | ■ Pending ☐ On appeal ☐ Concluded |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

■ No. Go to line 11.
☐ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property Explain what happened | Date | Value of the property |
|---|---|---|---|
| | | | |

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

■ No
☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|
| | | | |

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

■ No
☐ Yes

| Part 5: | List Certain Gifts and Contributions |
|---|---|

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

■ No
☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| | | | |

Software Copyright (c) 2022 CINGroup - www.cincompass.com

| Debtor 1 | | |
|---|---|---|
| Debtor 2 | **Sariotis, George & Sariotis, Cindy** | Case number *(if known)* **3:22-bk-12916** |

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☑ No
☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600<br>Charity's Name<br>Address **(Number, Street, City, State and ZIP Code)** | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|

**List Certain Losses**

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☑ No
☐ Yes.  Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|

**List Certain Payments or Transfers**

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
☑ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Broege, Neumann, Fischer & Shaver LLC**<br>**25 Abe Voorhees Dr**<br>**Manasquan, NJ 08736-3560**<br>**1973, LLC** | **legal services rendered** | **3/2019** | **$6,717.00** |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

☑ No
☐ Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

☑ No
☐ Yes. Fill in the details.

| Person Who Received Transfer<br>Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a**

| Debtor 1 | Sariotis, George & Sariotis, Cindy | Case number *(if known)* | 3:22-bk-12916 |
|---|---|---|---|
| Debtor 2 | | | |

**beneficiary?** (These are often called *asset-protection devices*.)

■ No

☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

**Part 8:    List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units**

20. Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

■ No

☐ Yes. Fill in the details.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

21. Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?

■ No

☐ Yes. Fill in the details.

| Name of Financial Institution Address (Number, Street, City, State and ZIP Code) | Who else had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?

■ No

☐ Yes. Fill in the details.

| Name of Storage Facility Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

**Part 9:    Identify Property You Hold or Control for Someone Else**

23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.

■ No

☐ Yes. Fill in the details.

| Owner's Name Address (Number, Street, City, State and ZIP Code) | Where is the property? (Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|

**Part 10:    Give Details About Environmental Information**

For the purpose of Part 10, the following definitions apply:

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

| Debtor 1 | | Case number *(if known)* | **3:22-bk-12916** |
| Debtor 2 | **Sariotis, George & Sariotis, Cindy** | | |

**24.  Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

■ No
☐ Yes. Fill in the details.

| Name of site<br>**Address** (Number, Street, City, State and ZIP Code) | Governmental unit<br>**Address** (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
| --- | --- | --- | --- |
| | | | |

**25.  Have you notified any governmental unit of any release of hazardous material?**

■ No
☐ Yes. Fill in the details.

| Name of site<br>**Address** (Number, Street, City, State and ZIP Code) | Governmental unit<br>**Address** (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
| --- | --- | --- | --- |
| | | | |

**26.  Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No
☐ Yes. Fill in the details.

| Case Title<br>Case Number | Court or agency<br>Name<br>**Address** (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
| --- | --- | --- | --- |
| | | | |

**Part 11:    Give Details About Your Business or Connections to Any Business**

**27.  Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

☐ An officer, director, or managing executive of a corporation

☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies.  Go to Part 12.

■ Yes. Check all that apply above and fill in the details below for each business.

| Business Name<br>**Address**<br>(Number, Street, City and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed | |
| --- | --- | --- | --- |
| **1973 LLC<br>1801 Pitney St<br>Oakhurst, NJ 07755-2840** | **consulting**<br><br>**Jerold Dreskin CPA 1903 S Congress Ave, Ste 340 Boynton Beach, FL 33426** | EIN:   **0450087105**<br><br>From-To   **2016 to present** | |
| **TSS Holding LLC** | **Investment property** | EIN:<br><br>From-To   **Began 1986 and transferred his in 2/2019** | |

**28.  Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

■ No
☐ Yes. Fill in the details below.

| Name<br>**Address**<br>(Number, Street, City, State and ZIP Code) | Date Issued |
| --- | --- |
| | |

Debtor 1
Debtor 2    **Sariotis, George & Sariotis, Cindy**                                    Case number *(if known)*    **3:22-bk-12916**

---

**Part 12:** **Sign Below**

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
**18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**/s/ George Sariotis**                                         **/s/ Cindy Sariotis**

**George Sariotis**                                             **Cindy Sariotis**
**Signature of Debtor 1**                                       **Signature of Debtor 2**

Date    **May  3, 2022**                                        Date    **May  3, 2022**

**Did you attach additional pages to** *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* **(Official Form 107)?**

■ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

■ No
☐ Yes. Name of Person_____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **George Sariotis** |
| Debtor 2 (Spouse, if filing) | **Cindy Sariotis** |
| United States Bankruptcy Court for the: | District of New Jersey, Trenton Division |
| Case number (if known) | **3:22-bk-12916** |

☐ Check if this is an amended filing

## Official Form 122B

# Chapter 11 Statement of Your Current Monthly Income

**12/21**

You must file this form if you are an individual and are filing for bankruptcy under Chapter 11 (other than Subchapter V). If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known).

### Part 1: Calculate Your Current Monthly Income

1. **What is your marital and filing status?** Check one only.

   ☐ **Not married.** Fill out Column A, lines 2-11.

   ☐ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

   ■ **Married and your spouse is NOT filing with you.** Fill out Column A, lines 2-11.

Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | | Column A Debtor 1 | Column B Debtor 2 |
|---|---|---|---|
| 2. | **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $ **6,500.00** | $ _____ |
| 3. | **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $ **0.00** | $ _____ |
| 4. | **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3 | $ **0.00** | $ _____ |

5. **Net income from operating a business, profession, or farm**

| | Debtor 1 | Debtor 2 | | |
|---|---|---|---|---|
| Gross receipts (before all deductions) | | $ **0.00** | | |
| Ordinary and necessary operating expenses | | -$ **0.00** | | |
| Net monthly income from a business, profession, or farm | $ | **0.00** | Copy here -> $ **0.00** | $ _____ |

6. **Net income from rental and other real property**

| | Debtor 1 | Debtor 2 | | |
|---|---|---|---|---|
| Gross receipts (before all deductions) | | $ **0.00** | | |
| Ordinary and necessary operating expenses | | -$ **0.00** | | |
| Net monthly income from rental or other real property | $ | **0.00** | Copy here -> $ **0.00** | $ _____ |

Debtor 1
Debtor 2    **Sariotis, George & Sariotis, Cindy**

Case number ( *if known* )    **3:22-bk-12916**

| | Column A<br>Debtor 1 | Column B<br>Debtor 2 |
|---|---|---|
| 7.  **Interest, dividends, and royalties** | $ 0.00 | $ _____ |
| 8.  **Unemployment compensation** | $ 0.00 | $ _____ |

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here:

| | | |
|---|---|---|
| For you | $ | 0.00 |
| For your spouse | $ | _____ |

9.  **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. Also, except as stated in the next sentence, do not include any compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If you received any retired pay paid under chapter 61 of title 10, then include that pay only to the extent that it does not exceed the amount of retired pay to which you would otherwise be entitled if retired under any provision of title 10 other than chapter 61 of that title.

$ 0.00    $ _____

10. **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act; payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism; or compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If necessary, list other sources on a separate page and put the total below.

| | Column A | Column B |
|---|---|---|
| Social Security | $ 2,591.00 | $ _____ |
| | $ 0.00 | $ _____ |
| Total amounts from separate pages, if any. | + $ 0.00 | $ _____ |

11. **Calculate your total current monthly income.**
    Add lines 2 through 10 for each column.
    Then add the total for Column A to the total for Column B.

$ 9,091.00  + $ _____  = $ 11,010.21

Debtor 1  **Sariotis, George & Sariotis, Cindy**

Case number (*if known*)    **3:22-bk-12916**

---

**Part 2:**    **Sign Below**

By signing here, under penalty of perjury I declare that the information on this statement and in any attachments is true and correct.

**X** **/s/ George Sariotis**

**George Sariotis**
Signature of Debtor 1

**X** **/s/ Cindy Sariotis**

**Cindy Sariotis**
Signature of Debtor 2

Date **May  3, 2022**
MM / DD  / YYYY

Date **May  3, 2022**
MM / DD  / YYYY

---

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### District of New Jersey, Trenton Division

In re   **Sariotis, George & Sariotis, Cindy** _____     Case No.   **3:22-bk-12916** _____
                                                      Debtor(s)        Chapter    **11** _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐  **FLAT FEE**

   For legal services, I have agreed to accept ...................................................   $  _____

   Prior to the filing of this statement I have received ..................................   $  _____

   Balance Due ..............................................................................................   $  _____

■  **RETAINER**

   For legal services, I have agreed to accept and received a retainer of ......   $      **5,000.00**

   The undersigned shall bill against the retainer at an hourly rate of ...........   $       **625.00**
   [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved
   fees and expenses exceeding the amount of the retainer.

2.  The source of the compensation paid to me was:

   ■ Debtor      ☐ Other (specify):

3.  The source of compensation to be paid to me is:

   ■ Debtor      ☐ Other (specify):

4.  ■  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.  [Other provisions as needed]
       **plus filing fee of $1,717.00**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
       **The said retainer is a retainer against the fees  to be determined at the conclusion of these proceedings, or at
       such intervals and in such amounts as the Court may approve the said compensation and any further
       compensation to be determined as the Court may allow, in accordance with the provisions of United States
       Bankruptcy Code.  Representation of the Debtor(s) in an adversary proceeding, contested motion, additional
       appearances before the Trustee after the initial meeting of creditors, or at an examination of the Debtor(s) or
       others pursuant to Bankruptcy Rule 2004 which services shall be billed at normal hourly rates.**

In re    **Sariotis, George & Sariotis, Cindy**                                    Case No.    **3:22-bk-12916**

Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR
(Continuation Sheet)

| CERTIFICATION |
| --- |
| I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding. |

**May  3, 2022**

*Date*

**/s/ Timothy P. Neumann Esq**

**Timothy P. Neumann Esq**
*Signature of Attorney*
**Broege, Neumann, Fischer & Shaver LLC**

**25 Abe Voorhees Dr**
**Manasquan, NJ 08736-3560**
**(732) 223-8484   Fax: (732) 223-2416**
**tneumann@bnfsbankruptcy.com**
*Name of law firm*