UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Timothy P. Neumann, Esq. [TN6429]
Geoffrey P. Neumann, Esq. [59702019]
BROEGE, NEUMANN, FISCHER & SHAVER, LLC
25 Abe Voorhees Drive
Manasquan, New Jersey 08736
Tel: (732) 223-8484
Email: timothy.neumann25gmail.com
       geoff.neumann@gmail.com
*Attorneys for Debtors-in-Possession,*
*George Sariotis and Cindy Sariotis*

**Order Filed on May 3, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

GEORGE SARIOTIS and
CINDY SARIOTIS,

      Debtors.

Case No.: 22-12916

Chapter 11

Judge:  Michael B. Kaplan

Hearing Date:  5/5/2022

Recommended Local Form:    ■ Followed    ☐ Modified

### ORDER AUTHORIZING RETENTION OF BROEGE, NEUMANN, FISCHER & SHAVER, L.L.C. AS ATTORNEY FOR THE DEBTOR

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

**DATED: May 3, 2022**

*/s/ Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page 2

Debtor: George Sariotis and Cindy Sariotis
Case No: 22-12916
Applicant: George Sariotis and Cindy Sariotis

(check all that apply)   ☐ Trustee:   ☐ Chapter 7   xx Chapter 11   ☐ Chapter 13
　　　　　　　　　　　　■ Debtors:   ■ Chapter 11   ☐ Chapter 13
　　　　　　　　　　　　☐ Official Committee of _____

Name of Professional:     Timothy P. Neumann Esq.,
　　　　　　　　　　　　　Geoffrey P. Neumann, Esq.
　　　　　　　　　　　　　Broege, Neumann, Fischer & Shaver, L.L.C

Address of Professional:   25 Abe Voorhees Drive, Manasquan, NJ  08736

■ Attorney for:    ☐ Trustee    ■ Debtors    ☐ Official Committee of _____
☐ Accountant for:  ☐ Trustee    ☐ Debtor     ☐ Official Committee of _____
☐ Other Professional:    ☐ Realtor    ☐ Appraiser    ☐ Special Counsel    ☐ Auctioneer
　　　　　　　　　　　　 ☐ Other (specify) _____

　　Upon the applicant's request for authorization to retain the professional named above, it is hereby ORDERED as follows:

　　1.　The applicants are authorized to retain the above party in the professional capacity noted.

　　2.　Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefore.

　　3.　The effective date of the retention is the date the application was filed with the Court.

United States Bankruptcy Court
District of New Jersey

In re: Case No. 22-12916-MBK
George Sariotis Chapter 11
Cindy Sariotis
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2
Date Rcvd: May 03, 2022     Form ID: pdf903     Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 05, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | George Sariotis, Cindy Sariotis, 1801 Pitney St, Oakhurst, NJ 07755-2840 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 05, 2022     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 3, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David B. Grantz | on behalf of Creditor OceanFirst Bank N.A., successor by merger to TwoRiver Community Bank dgrantz@meyner.com, ckelly@meyner.com |
| Geoffrey P. Neumann | on behalf of Plaintiff George Sariotis geoff.neumann@gmail.com |
| Geoffrey P. Neumann | on behalf of Joint Debtor Cindy Sariotis geoff.neumann@gmail.com |
| Geoffrey P. Neumann | on behalf of Plaintiff Cindy Sariotis geoff.neumann@gmail.com |
| Geoffrey P. Neumann | on behalf of Debtor George Sariotis geoff.neumann@gmail.com |
| Kyle Francis Eingorn | on behalf of Creditor McCormick 110 LLC keingorn@dbblegal.com |
| Margaret Mcgee | on behalf of U.S. Trustee U.S. Trustee maggie.mcgee@usdoj.gov |

| District/off: 0312-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 03, 2022 | Form ID: pdf903 | Total Noticed: 1 |

Matthew Patrick Dolan
    on behalf of Creditor OceanFirst Bank  N.A., successor by merger to TwoRiver Community Bank mdolan@meyner.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 9