**Order Filed on May 3, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Timothy P. Neumann, Esq. [TN6429]
Geoffrey P. Neumann, Esq. [59702019]
BROEGE, NEUMANN, FISCHER & SHAVER, LLC
25 Abe Voorhees Drive
Manasquan, New Jersey 08736
Tel: (732) 223-8484
Email: timothy.neumann25gmail.com
  geoff.neumann@gmail.com
*Attorneys for Debtors-in-Possession,*
*George Sariotis and Cindy Sariotis*

In Re:

GEORGE SARIOTIS and
CINDY SARIOTIS,

   Debtors.

Case No.: 22-12916

Chapter 11

Judge:  Michael B. Kaplan

Hearing Date:  5/5/2022

Recommended Local Form:     __X__ Followed     _____ Modified

**ORDER AUTHORIZING RETENTION OF REAL ESTATE BROKER**

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

**DATED: May 3, 2022**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page 2
Debtors:        George Sariotis and Cindy Sariotis
Case No: 22-12916 (MBK)
Adv. Pro. No.:
Caption of Order: Order Authorizing Retention of Real Estate Broker

Applicant:      George Sariotis
Professional:   Burke & Manna Real Estate

---

Upon the applicant's request for authorization to retain the professional named above, it is hereby ORDERED as follows:

1. The applicants, George Sariotis and Cindy Sariotis, are authorized to retain the professional, Burke & Manna Real Estate to act as real estate broker for the Debtors.

2. Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefore.

3. The effective date of the retention is the date the application was filed with the Court.

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 22-12916-MBK |
| George Sariotis | Chapter 11 |
| Cindy Sariotis | |
| Debtors | |

# CERTIFICATE OF NOTICE

District/off: 0312-3　　　　　　　　　　　User: admin　　　　　　　　　　　Page 1 of 2
Date Rcvd: May 03, 2022　　　　　　　　　Form ID: pdf903　　　　　　　　　Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 05, 2022:**

**Recip ID　　　Recipient Name and Address**
db/jdb　　　　George Sariotis, Cindy Sariotis, 1801 Pitney St, Oakhurst, NJ 07755-2840

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 05, 2022　　　　　　　　　　　Signature:　　　/s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 3, 2022 at the address(es) listed below:**

**Name　　　　　　　　　Email Address**

David B. Grantz
　　　　on behalf of Creditor OceanFirst Bank N.A., successor by merger to TwoRiver Community Bank dgrantz@meyner.com, ckelly@meyner.com

Geoffrey P. Neumann
　　　　on behalf of Plaintiff George Sariotis geoff.neumann@gmail.com

Geoffrey P. Neumann
　　　　on behalf of Joint Debtor Cindy Sariotis geoff.neumann@gmail.com

Geoffrey P. Neumann
　　　　on behalf of Plaintiff Cindy Sariotis geoff.neumann@gmail.com

Geoffrey P. Neumann
　　　　on behalf of Debtor George Sariotis geoff.neumann@gmail.com

Kyle Francis Eingorn
　　　　on behalf of Creditor McCormick 110 LLC keingorn@dbblegal.com

Margaret Mcgee
　　　　on behalf of U.S. Trustee U.S. Trustee maggie.mcgee@usdoj.gov

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 2 of 2 |
| Date Rcvd: May 03, 2022 | Form ID: pdf903 | Total Noticed: 1 |

Matthew Patrick Dolan
    on behalf of Creditor OceanFirst Bank  N.A., successor by merger to TwoRiver Community Bank mdolan@meyner.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 9