# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF New Jersey
&lt;Enter Division name if applicable, else delete this text&gt;

In Re. George Sariotis and Cindy Sariotis § § § §

Debtor(s)

Case No. 22-12916

☐ Jointly Administered

## Monthly Operating Report

Chapter 11

Reporting Period Ended: 04/30/2022

Petition Date: 04/10/2022

Months Pending: 1

Industry Classification: | 0 | 0 | 0 | 0 |

Reporting Method:     Accrual Basis ⦿     Cash Basis ◯

Debtor's Full-Time Employees (current):     0

Debtor's Full-Time Employees (as of date of order for relief):     0

**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☒ Statement of cash receipts and disbursements
☐ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☐ Statement of operations (profit or loss statement)
☐ Accounts receivable aging
☐ Postpetition liabilities aging
☐ Statement of capital assets
☐ Schedule of payments to professionals
☐ Schedule of payments to insiders
☒ All bank statements and bank reconciliations for the reporting period
☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Geoffrey Neumann
Signature of Responsible Party

Geoffrey Neumann
Printed Name of Responsible Party

05/11/2022
Date

25 Abe Voorhees Drive, Manasquan, NJ 08736
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 11-MOR (12/01/2021)    1

Debtor's Name George Sariotis and Cindy Sariotis          Case No. 22-12916

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a. Cash balance beginning of month | $5,295 | |
| b. Total receipts (net of transfers between accounts) | $12,322 | $12,322 |
| c. Total disbursements (net of transfers between accounts) | $8,951 | $8,951 |
| d. Cash balance end of month (a+b-c) | $8,666 | |
| e. Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. Total disbursements for quarterly fee calculation (c+e) | $8,951 | $8,951 |

| Part 2: Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a. Accounts receivable (total net of allowance) | $0 |
| b. Accounts receivable over 90 days outstanding (net of allowance) | $0 |
| c. Inventory    (Book ●   Market ○   Other ○   (attach explanation)) | $0 |
| d. Total current assets | $0 |
| e. Total assets | $0 |
| f. Postpetition payables (excluding taxes) | $0 |
| g. Postpetition payables past due (excluding taxes) | $0 |
| h. Postpetition taxes payable | $0 |
| i. Postpetition taxes past due | $0 |
| j. Total postpetition debt (f+h) | $0 |
| k. Prepetition secured debt | $0 |
| l. Prepetition priority debt | $0 |
| m. Prepetition unsecured debt | $0 |
| n. Total liabilities (debt) (j+k+l+m) | $0 |
| o. Ending equity/net worth (e-n) | $0 |

| Part 3: Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a. Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4: Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a. Gross income/sales (net of returns and allowances) | $0 | |
| b. Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c. Gross profit (a-b) | $0 | |
| d. Selling expenses | $0 | |
| e. General and administrative expenses | $0 | |
| f. Other expenses | $0 | |
| g. Depreciation and/or amortization (not included in 4b) | $0 | |
| h. Interest | $0 | |
| i. Taxes (local, state, and federal) | $0 | |
| j. Reorganization items | $0 | |
| k. Profit (loss) | $0 | $0 |

UST Form 11-MOR (12/01/2021)                           2

Debtor's Name George Sariotis and Cindy Sariotis                               Case No. 22-12916

## Part 5: Professional Fees and Expenses

|   |   |   |   | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy) *Aggregate Total* |   |   |   |   | $5,000 | $5,000 |
|   | *Itemized Breakdown by Firm* |   |   |   |   |   |   |
|   |   | Firm Name | Role |   |   |   |   |
|   | i | Broege Neumann Fischer Shaver | Lead Counsel |   |   | $5,000 | $5,000 |
|   | ii |   |   |   |   |   |   |
|   | iii |   |   |   |   |   |   |
|   | iv |   |   |   |   |   |   |
|   | v |   |   |   |   |   |   |
|   | vi |   |   |   |   |   |   |
|   | vii |   |   |   |   |   |   |
|   | viii |   |   |   |   |   |   |
|   | ix |   |   |   |   |   |   |
|   | x |   |   |   |   |   |   |
|   | xi |   |   |   |   |   |   |
|   | xii |   |   |   |   |   |   |
|   | xiii |   |   |   |   |   |   |
|   | xiv |   |   |   |   |   |   |
|   | xv |   |   |   |   |   |   |
|   | xvi |   |   |   |   |   |   |
|   | xvii |   |   |   |   |   |   |
|   | xviii |   |   |   |   |   |   |
|   | xix |   |   |   |   |   |   |
|   | xx |   |   |   |   |   |   |
|   | xxi |   |   |   |   |   |   |
|   | xxii |   |   |   |   |   |   |
|   | xxiii |   |   |   |   |   |   |
|   | xxiv |   |   |   |   |   |   |
|   | xxv |   |   |   |   |   |   |
|   | xxvi |   |   |   |   |   |   |
|   | xxvii |   |   |   |   |   |   |
|   | xxviii |   |   |   |   |   |   |
|   | xxix |   |   |   |   |   |   |
|   | xxx |   |   |   |   |   |   |
|   | xxxi |   |   |   |   |   |   |
|   | xxxii |   |   |   |   |   |   |
|   | xxxiii |   |   |   |   |   |   |
|   | xxxiv |   |   |   |   |   |   |
|   | xxxv |   |   |   |   |   |   |
|   | xxxvi |   |   |   |   |   |   |

Debtor's Name George Sariotis and Cindy Sariotis                                                        Case No. 22-12916

| | | | | | | |
|---|---|---|---|---|---|---|
| xxxvii | | | | | | |
| xxxviii | | | | | | |
| xxxix | | | | | | |
| xl | | | | | | |
| xli | | | | | | |
| xlii | | | | | | |
| xliii | | | | | | |
| xliv | | | | | | |
| xlv | | | | | | |
| xlvi | | | | | | |
| xlvii | | | | | | |
| xlviii | | | | | | |
| xlix | | | | | | |
| l | | | | | | |
| li | | | | | | |
| lii | | | | | | |
| liii | | | | | | |
| liv | | | | | | |
| lv | | | | | | |
| lvi | | | | | | |
| lvii | | | | | | |
| lviii | | | | | | |
| lix | | | | | | |
| lx | | | | | | |
| lxi | | | | | | |
| lxii | | | | | | |
| lxiii | | | | | | |
| lxiv | | | | | | |
| lxv | | | | | | |
| lxvi | | | | | | |
| lxvii | | | | | | |
| lxviii | | | | | | |
| lxix | | | | | | |
| lxx | | | | | | |
| lxxi | | | | | | |
| lxxii | | | | | | |
| lxxiii | | | | | | |
| lxxiv | | | | | | |
| lxxv | | | | | | |
| lxxvi | | | | | | |
| lxxvii | | | | | | |
| lxxviii | | | | | | |

Debtor's Name George Sariotis and Cindy Sariotis    Case No. 22-12916

| | | | | | | |
|---|---|---|---|---|---|---|
| | lxxix | | | | | |
| | lxxx | | | | | |
| | lxxxi | | | | | |
| | lxxxii | | | | | |
| | lxxxiii | | | | | |
| | lxxxiv | | | | | |
| | lxxxv | | | | | |
| | lxxxvi | | | | | |
| | lxxxvii | | | | | |
| | lxxxviii | | | | | |
| | lxxxix | | | | | |
| | xc | | | | | |
| | xci | | | | | |
| | xcii | | | | | |
| | xciii | | | | | |
| | xciv | | | | | |
| | xcv | | | | | |
| | xcvi | | | | | |
| | xcvii | | | | | |
| | xcviii | | | | | |
| | xcix | | | | | |
| | c | | | | | |
| | ci | | | | | |

| | | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy) *Aggregate Total* | | | | | | |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | i | | Other | | | | |
| | ii | | | | | | |
| | iii | | | | | | |
| | iv | | | | | | |
| | v | | | | | | |
| | vi | | | | | | |
| | vii | | | | | | |
| | viii | | | | | | |
| | ix | | | | | | |
| | x | | | | | | |
| | xi | | | | | | |
| | xii | | | | | | |
| | xiii | | | | | | |
| | xiv | | | | | | |

UST Form 11-MOR (12/01/2021)                                                     5

Debtor's Name George Sariotis and Cindy Sariotis                                Case No. 22-12916

| | | | | | | |
|---|---|---|---|---|---|---|
| | xv | | | | | | |
| | xvi | | | | | | |
| | xvii | | | | | | |
| | xviii | | | | | | |
| | xix | | | | | | |
| | xx | | | | | | |
| | xxi | | | | | | |
| | xxii | | | | | | |
| | xxiii | | | | | | |
| | xxiv | | | | | | |
| | xxv | | | | | | |
| | xxvi | | | | | | |
| | xxvii | | | | | | |
| | xxviii | | | | | | |
| | xxix | | | | | | |
| | xxx | | | | | | |
| | xxxi | | | | | | |
| | xxxii | | | | | | |
| | xxxiii | | | | | | |
| | xxxiv | | | | | | |
| | xxxv | | | | | | |
| | xxxvi | | | | | | |
| | xxxvii | | | | | | |
| | xxxviii | | | | | | |
| | xxxix | | | | | | |
| | xl | | | | | | |
| | xli | | | | | | |
| | xlii | | | | | | |
| | xliii | | | | | | |
| | xliv | | | | | | |
| | xlv | | | | | | |
| | xlvi | | | | | | |
| | xlvii | | | | | | |
| | xlviii | | | | | | |
| | xlix | | | | | | |
| | l | | | | | | |
| | li | | | | | | |
| | lii | | | | | | |
| | liii | | | | | | |
| | liv | | | | | | |
| | lv | | | | | | |
| | lvi | | | | | | |

UST Form 11-MOR (12/01/2021)                                6

Debtor's Name George Sariotis and Cindy Sariotis                                    Case No. 22-12916

| | | | | | | |
|---|---|---|---|---|---|---|
| lvii | | | | | | |
| lviii | | | | | | |
| lix | | | | | | |
| lx | | | | | | |
| lxi | | | | | | |
| lxii | | | | | | |
| lxiii | | | | | | |
| lxiv | | | | | | |
| lxv | | | | | | |
| lxvi | | | | | | |
| lxvii | | | | | | |
| lxviii | | | | | | |
| lxix | | | | | | |
| lxx | | | | | | |
| lxxi | | | | | | |
| lxxii | | | | | | |
| lxxiii | | | | | | |
| lxxiv | | | | | | |
| lxxv | | | | | | |
| lxxvi | | | | | | |
| lxxvii | | | | | | |
| lxxviii | | | | | | |
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxiii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvii | | | | | | |
| lxxxviii | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |

Debtor's Name George Sariotis and Cindy Sariotis    Case No. 22-12916

|   | xcix |   |   |   |   |   |
|---|---|---|---|---|---|---|
|   | c |   |   |   |   |   |
| c. | All professional fees and expenses (debtor & committees) |   |   |   |   |   |

### Part 6: Postpetition Taxes

|   |   | Current Month | Cumulative |
|---|---|---|---|
| a. | Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. | Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. | Postpetition employer payroll taxes accrued | $0 | $0 |
| d. | Postpetition employer payroll taxes paid | $0 | $0 |
| e. | Postpetition property taxes paid | $0 | $0 |
| f. | Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. | Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

### Part 7: Questionnaire - During this reporting period:

| a. | Were any payments made on prepetition debt? (if yes, see Instructions) | Yes ○  No ⦿ |
| b. | Were any payments made outside the ordinary course of business without court approval? (if yes, see Instructions) | Yes ○  No ⦿ |
| c. | Were any payments made to or on behalf of insiders? | Yes ○  No ⦿ |
| d. | Are you current on postpetition tax return filings? | Yes ○  No ⦿ |
| e. | Are you current on postpetition estimated tax payments? | Yes ○  No ⦿ |
| f. | Were all trust fund taxes remitted on a current basis? | Yes ○  No ⦿ |
| g. | Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) | Yes ○  No ⦿ |
| h. | Were all payments made to or on behalf of professionals approved by the court? | Yes ○  No ○  N/A ⦿ |
| i. | Do you have: Worker's compensation insurance? | Yes ○  No ⦿ |
|    | If yes, are your premiums current? | Yes ○  No ○  N/A ⦿  (if no, see Instructions) |
|    | Casualty/property insurance? | Yes ⦿  No ○ |
|    | If yes, are your premiums current? | Yes ⦿  No ○  N/A ○  (if no, see Instructions) |
|    | General liability insurance? | Yes ⦿  No ○ |
|    | If yes, are your premiums current? | Yes ⦿  No ○  N/A ○  (if no, see Instructions) |
| j. | Has a plan of reorganization been filed with the court? | Yes ○  No ⦿ |
| k. | Has a disclosure statement been filed with the court? | Yes ○  No ⦿ |
| l. | Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? | Yes ⦿  No ○ |

UST Form 11-MOR (12/01/2021)    8

Debtor's Name George Sariotis and Cindy Sariotis                               Case No. 22-12916

### Part 8: Individual Chapter 11 Debtors (Only)

| | | |
|---|---|---:|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $14,614 |
| d. | Total income in the reporting period (a+b+c) | $14,614 |
| e. | Payroll deductions | $1,042 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $8,951 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $9,993 |
| j. | Difference between total income and total expenses (d-i) | $4,621 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○ No ● |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○ No ○ N/A ● |

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." See 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

/s/ George Sariotis                                         George Sariotis
Signature of Responsible Party                     Printed Name of Responsible Party

Debtor                                                              05/11/2022
Title                                                                  Date

UST Form 11-MOR (12/01/2021)                    9

Debtor's Name George Sariotis and Cindy Sariotis                                              Case No. 22-12916


PageOnePartOne

PageOnePartTwo


PageTwoPartOne


PageTwoPartTwo

Debtor's Name George Sariotis and Cindy Sariotis                                  Case No. 22-12916



Bankruptcy1to50

Bankruptcy51to100



NonBankruptcy1to50

NonBankruptcy51to100

Debtor's Name George Sariotis and Cindy Sariotis                                              Case No. 22-12916


PageThree


PageFour

For the period 04-01-2022 to 04-29-2022    Page 1 of 2
019 017 B-030-000-00000003

☎ For customer service
or current rates
call: 732-591-2530

✉ Write to:
Amboy Bank
3590 U. S. Highway 9
Old Bridge, NJ 08857

🖥 Visit us at
www.amboybank.com

000000000000000000000000000000000000000000
000000000000000000000000000000000000000000

GEORGE S ARIOTIS
DEBTOR IN POSSESSION
1801 PITNEY STREET
OAKHURST    NJ  07755

☎ Amboy 24
(Telephone Banking)
call 1-877-24AMBOY

**Don't miss our FREE Senior Fairs
from April 8th to May 6th!**

**To register or for more information,
visit amboybank.com/seniorfair or call 800.94.AMBOY.**

## Free Personal Check Account    Account number: 17007747

### Account Balance Summary

| | |
|---|---|
| Beginning Balance on 03-31 | $4,594.49 |
| Deposits and other credits (+) | $7,985.07 |
| Withdrawals, checks and other debits (-) | $5,177.28 |
| Ending Balance on 04-29 | $7,402.28 |

### Deposits and Other Credits

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 04-01 | DEPOSIT | 1,200.81 | 04-25 | DEPOSIT | 1,024.82 |
| 04-08 | DEPOSIT | 1,100.82 | 04-27 | XXXXX3126A SSA SSA TREAS 310 XX SOC SEC | 2,609.00 |
| 04-18 | DEPOSIT | 1,024.81 | 04-29 | DEPOSIT | 1,024.81 |

### Checks

*[handwritten: Food Cleaner]*  *[handwritten: Trustee]*  *[handwritten: Food]*

| Check # | Date | Amount | Check # | Date | Amount | Check # | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 236 | 04-01 | 300.00 | 237 | 04-15 | 213.81 | 238 | 04-19 | 140.00 |

### Withdrawals and Other Debits

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 04-01 | 28885 - SQ *ROOK COFFEE gosq.com NJ 00000000 028885 | 4.35 | 04-04 | 77875 - APPLE.COM/BILL 866-712-7753 CA 00000000 077875 | 4.99 *[TV]* |
| 04-04 | 69363 - GOOGLE *Google S 855-836-3987 CA 00000000 069363 | 1.99 | 04-04 | 27624 - HP *INSTANT INK 855-785-2777 CA 00000000 027624 | 12.78 *[Home]* |
| 04-04 | 1478 - SQ *ROOK COFFEE gosq.com NJ 00000000 001478 | 4.35 | 04-04 | 53718 - CVS/PHARMACY #02 Tinton Falls NJ 30286808 086734 | 31.05 *[medical]* |
| 04-04 | 48620 - SQ *ROOK COFFEE gosq.com NJ 00000000 048620 | 4.35 | 04-04 | 20015 - THE BAR ROOM DEAL NJ 78739662 020015 | 75.00 *[Drink]* |

For the period 04-01-2022 to 04-29-2022

**GEORGE SARIOTIS**

## Free Personal Check Account     Account number: 17007747

### Withdrawals and Other Debits (cont.)

| Date | Description | Amount |
|---|---|---|
| 04-05 | 85788 - SQ *ROOK COFFEE gosq.com NJ 00000000 085788 | 4.35 |
| 04-05 | ACC6473477 Accendo Ins INS PYMT | 130.30 |
| 04-06 | 1523 - SQ *ROOK COFFEE gosq.com NJ 00000000 001523 | 4.35 |
| 04-06 | 68566 - DTV*DIRECTV SERV 800-347-3288 CA 00000000 068566 | 225.00 |
| 04-07 | 66304 - SQ *ROOK COFFEE gosq.com NJ 00000000 066304 | 3.58 |
| 04-07 | 326246 DDA BANK DEBIT APPLE COM BILL CUPERTINO CA 002 209713326246 | 5.99 |
| 04-07 | 16568401 OPTIMUM 7866 CABLE PMNT | 442.28 |
| 04-07 | 100012356661 FIRSTENERGY OPCO FE ECHECK | 505.65 |
| 04-11 | 94665 DDA BANK DEBIT NETFLIX COM LOS GATOS CA 004 209907094665 | 9.59 |
| 04-11 | 49036 - LA SCARPETTA WEST LONG BRA NJ 03807518 049036 | 50.20 |
| 04-11 | 42475 - ST. STEPHENS GRE 732-4492626 NJ 75408839 042475 | 81.96 |
| 04-11 | 97898 - ARROW PEST CONTR MORGANVILLE NJ 03659666 097898 | 239.91 |
| 04-12 | 255060 DDA BANK DEBIT APPLE COM BILL CUPERTINO CA 002 210120255060 | 6.99 |
| 04-12 | 782785 - AMAZON.COM *1A3LR SEATTLE WA 00000101 3MWTYMYX5J9Z | 107.14 |
| 04-14 | 47695 - GOODRX GOLD HTTPSWWW.GOOD CA JOM3OSVN 047695 | 9.99 |
| 04-14 | 21020512041222 FORD CREDIT AUTO PYMT | 1,143.86 |
| 04-18 | 70691 - SQ *ROOK COFFEE gosq.com NJ 00000000 070691 | 4.90 |
| 04-18 | 20367 - APPLE.COM/BILL 866-712-7753 CA 00000000 020367 | 5.99 |
| 04-18 | 40012 - THE BAR ROOM DEAL NJ 78739662 040012 | 57.00 |
| 04-18 | 19707 - WEGMANS #009 OCEAN NJ 23619707 019707 | 112.46 |

| Date | Description | Amount |
|---|---|---|
| 04-18 | 33510499 WELLCARE ACH DEBITS | 12.90 |
| 04-19 | 70680 - SQ *ROOK COFFEE gosq.com NJ 00000000 070680 | 4.13 |
| 04-20 | 59741 - SQ *ROOK COFFEE gosq.com NJ 00000000 059741 | 6.93 |
| 04-20 | 53907 - BJS WHOLESALE #0 OAKHURST NJ 00000000 053907 | 213.93 |
| 04-21 | 45571 - SQ *ROOK COFFEE gosq.com NJ 00000000 045571 | 6.93 |
| 04-21 | 26322 - SXM *SIRIUSXM.COM 888-635-5144 NY 00000000 026322 | 40.10 |
| 04-21 | 585743 - AMAZON.COM *1O8RL SEATTLE WA 00000101 2KPPHQOB8O66 | 229.23 |
| 04-25 | 29101 - SQ *ROOK COFFEE gosq.com NJ 00000000 029101 | 4.13 |
| 04-25 | 45606 - SQ *ROOK COFFEE gosq.com NJ 00000000 045606 | 4.13 |
| 04-25 | 39947 - BJS WHOLESALE #0 OAKHURST NJ 00000000 039947 | 52.28 |
| 04-26 | 28687 - SQ *ROOK COFFEE gosq.com NJ 00000000 028687 | 4.13 |
| 04-27 | 65529 - SQ *ROOK COFFEE gosq.com NJ 00000000 065529 | 4.13 |
| 04-27 | 8000337113 PENN NATIONAL IN AUTO DEBIT | 198.20 |
| 04-28 | 40476 DDA BANK DEBIT APPLE COM BILL CUPERTINO CA 002 211809040476 | 0.99 |
| 04-28 | 46584 - SQ *ROOK COFFEE gosq.com NJ 00000000 046584 | 4.13 |
| 04-28 | 40330 DDA BANK DEBIT APPLE COM BILL CUPERTINO CA 002 211809040330 | 6.39 |
| 04-28 | 1289 - DTV*DIRECTV SERV 800-347-3288 CA 00000000 001289 | 218.00 |
| 04-28 | AHC3015109 AETNA HEALTH INS INS PYMT | 218.33 |
| 04-29 | 77967 - SQ *ROOK COFFEE gosq.com NJ 00000000 077967 | 4.13 |



236   $300.00   4/1/2022



236   $300.00   4/1/2022



237   $213.81   4/15/2022



237   $213.81   4/15/2022



238   $140.00   4/19/2022



238   $140.00   4/19/2022



**MANASQUAN BANK**
*est. 1874*

2221 Landmark Place
Wall Township, NJ 08736

**ADDRESS SERVICE REQUESTED**

>000165 8608384 0001 93030 10Z 16

CINDY R SARIOTIS
1801 PITNEY ST
OAKHURST NJ 07755-2840

**Statement Ending 04/20/2022**
CINDY R SARIOTIS                    Page 1 of 4
Account Number: XXXXXX6609

### Managing Your Accounts
 Customer Service    1-844-626-2265
 Website             manasquan.bank
    Mailing Address     PO Box E
                        Manasquan, NJ 08736

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| REGULAR | XXXXXX6609 | $1,263.24 |

## REGULAR-XXXXXX6609

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 03/19/2022 | Beginning Balance | $701.01 |
|  | 6 Credit(s) This Period | $4,337.18 |
|  | 12 Debit(s) This Period | -$3,774.95 |
| 04/20/2022 | Ending Balance | $1,263.24 |

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 03/19/2022 | Beginning Balance |  |  | $701.01 |
| 03/21/2022 | ACI* CREDIT ONE B POS | $604.95 |  | $96.06 |
|  | 877-825-3242 NV US   176797 |  |  |  |
|  | ************4974 74931872 |  |  |  |
| 03/22/2022 | Credit One Bank Payment PPD |  | $0.76 | $96.82 |
| 03/22/2022 | Credit One Bank Payment PPD |  | $0.24 | $97.06 |
| 03/22/2022 | Credit One Bank Payment WEB |  | $1.00 | $96.06 |
| 03/31/2022 | MGK LLC DIRECT DEP PPD |  | $800.99 | $897.05 |
| 04/01/2022 | SSA TREAS 310 XXSOC SEC PPD |  | $2,290.20 | $3,187.25 |
| 04/06/2022 | SSA TREAS 310 XXSOC SEC PPD |  | $444.00 | $3,631.25 |
| 04/07/2022 | PMNTUS SVC FEE SERVICEFEE WEB | $3.90 |  | $3,627.35 |
| 04/07/2022 | CHECK NUMBER 102 | $100.00 |  | $3,527.35 |
| 04/07/2022 | CHECK NUMBER 103 | $102.85 |  | $3,424.50 |
| 04/07/2022 | NMAC NMAC/IFS A WEB | $468.00 |  | $2,956.50 |
| 04/12/2022 | CHECK NUMBER 104 | $118.26 |  | $2,838.24 |
| 04/13/2022 | CHECK NUMBER 101 | $178.91 |  | $2,659.33 |
| 04/13/2022 | NORDSTROM PAYMENT WEB | $400.00 |  | $2,259.33 |
| 04/14/2022 | Credit One Bank Payment WEB | $389.13 |  | $1,870.20 |
| 04/15/2022 | MGK LLC DIRECT DEP PPD |  | $800.99 | $2,671.19 |
| 04/18/2022 | CITI CARD ONLINE PAYMENT WEB | $700.00 |  | $1,971.19 |


Member FDIC
EQUAL HOUSING LENDER





#0101                 04/13/2022                $178.91



#0102                 04/07/2022                $100.00



#0103                 04/07/2022                $102.85



#0104                 04/12/2022                $118.26

# MANASQUAN BANK
*est. 1874*

**Statement Ending 04/20/2022**

2221 Landmark Place
Wall Township, NJ 08736

CINDY R SARIOTIS                                   Page 1 of 4
Account Number: XXXXXX6609

**ADDRESS SERVICE REQUESTED**

>000165 8608384 0001 93030 10Z 16

CINDY R SARIOTIS
1801 PITNEY ST
OAKHURST NJ 07755-2840

### Managing Your Accounts

- Customer Service  1-844-626-2265
- Website                manasquan.bank
- Mailing Address   PO Box E
                               Manasquan, NJ 08736

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| REGULAR | XXXXXX6609 | $1,263.24 |

## REGULAR-XXXXXX6609

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 03/19/2022 | Beginning Balance | $701.01 |
| | 6 Credit(s) This Period | $4,337.18 |
| | 12 Debit(s) This Period | -$3,774.95 |
| 04/20/2022 | Ending Balance | $1,263.24 |

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 03/19/2022 | Beginning Balance | | | $701.01 |
| 03/21/2022 | ACI* CREDIT ONE B POS  877-825-3242 NV US  176797  ************4974 74931872 | $604.95 | | $96.06 |
| 03/22/2022 | Credit One Bank Payment PPD | | $0.76 | $96.82 |
| 03/22/2022 | Credit One Bank Payment PPD | | $0.24 | $97.06 |
| 03/22/2022 | Credit One Bank Payment WEB | $1.00 | | $96.06 |
| 03/31/2022 | MGK LLC DIRECT DEP PPD | | $800.99 | $897.05 |
| 04/01/2022 | SSA TREAS 310 XXSOC SEC PPD | | $2,290.20 | $3,187.25 |
| 04/06/2022 | SSA TREAS 310 XXSOC SEC PPD | | $444.00 | $3,631.25 |
| 04/07/2022 | PMNTUS SVC FEE SERVICEFEE WEB | $3.90 | | $3,627.35 |
| 04/07/2022 | CHECK NUMBER 102 | $100.00 | | $3,527.35 |
| 04/07/2022 | CHECK NUMBER 103 | $102.85 | | $3,424.50 |
| 04/07/2022 | NMAC NMAC/IFS A WEB | $468.00 | | $2,956.50 |
| 04/12/2022 | CHECK NUMBER 104 | $118.26 | | $2,838.24 |
| 04/13/2022 | CHECK NUMBER 101 | $178.91 | | $2,659.33 |
| 04/13/2022 | NORDSTROM PAYMENT WEB | $400.00 | | $2,259.33 |
| 04/14/2022 | Credit One Bank Payment WEB | $389.13 | | $1,870.20 |
| 04/15/2022 | MGK LLC DIRECT DEP PPD | | $800.99 | $2,671.19 |
| 04/18/2022 | CITI CARD ONLINE PAYMENT WEB | $700.00 | | $1,971.19 |


Member FDIC
EQUAL HOUSING LENDER

#0101    04/13/2022    $178.91


#0102    04/07/2022    $100.00


#0103    04/07/2022    $102.85


#0104    04/12/2022    $118.26

004445 1424010 00000000 010411 020822 02/02