**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Timothy P. Neumann, Esq. [TN6429]
BROEGE, NEUMANN, FISCHER & SHAVER, LLC
25 Abe Voorhees Drive
Manasquan, New Jersey 08736
Tel: (732) 223-8484
Email: Timothy.neumann25@gmail.com

*Attorneys for Debtors/Debtors-in-Possession*
*George Sariotis and Cindy Sariotis*

In Re:

GEORGE SARIOTIS AND CINDY SARIOTIS,

    Debtors.

Case No.: 22-12916

Chapter 11

Judge: Hon. Michael B. Kaplan

# SUPPLEMENTAL CERTIFICATION OF SERVICE

1. I, Geoffrey P. Neumann., am an attorney and member of the firm of Broege, Neumann, Fischer & Shaver, LLC, the attorney representing the Debtors in this matter.

2. On May 12, 2022, I sent a copy of the documents and/or pleadings enumerated on Schedule A appended hereto to the parties listed in Schedule B appended hereto.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date:  May 13, 2022

                                                */s/ Geoffrey P. Neumann*
                                                 Geoffrey P. Neumann

# SCHEDULE A

| Served | Document/Pleading |
|---|---|
| ■ | Notice of Motion: PURSUANT TO SECTIONS 105(A) AND 363 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULES 2002 AND 6004 FOR AN ORDER AUTHORIZING THE SALE OF DEBTORS' INTEREST IN REAL PROPERTY COMMONLY KNOWN AS 61 REDWOOD DRIVE, MONMOUTH COUNTY, NEW JERSEY FREE AND CLEAR OF LIENS WITH VALID LIENS TO ATTACH TO PROCEEDS OF SALE |
| ■ | Supporting Certification/Application |
| ☐ | Objection to Claim |
| ☐ | Supporting Certification/ |
| ☐ | Opposing Certification |
| ■ | Proposed Order |
| ☐ | Brief/Memorandum of Law |
| ☐ | Summons |
| ☐ | Complaint |
| ☐ | Answer |
| ☐ | Answer and Counterclaim |
| ☐ | Monthly Fee Statement |
| ☐ | Fee Application |
| ☐ | Other: Certification of Service |

# SCHEDULE B

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Dreyers Lumber & Hardware, Inc.<br>20 Watching Avenue<br>Chatham, NJ 07928<br>ATTN: WALTER F. DREYER, SUSAN DREYER RUSSELL DRYER, GLENN DRIVER | President, Vice-President, Treasurer, and Secretary for Judgment creditor | ☐ Hand-delivered<br>■ Regular mail<br>■ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(As authorized by the Court or by rule Cite the rule if applicable.) |
| Dreyers Lumber & Hardware, Inc.<br>348 Elberon Boulevard<br>Oakhurst, NJ 07755 | Judgment creditor | ☐ Hand-delivered<br>■ Regular mail<br>■ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(As authorized by the Court or by rule.<br>Cite the rule if applicable.) |
| Hudson Insurance Company<br>c/o Stephen J. Gillespie<br>Westermann Sheehy<br>Samaan & Gillespie, LLP<br>90 Merrick Avenue, Suite 802<br>East Meadow, New York 11554 | Counsel for judgment creditor | ☐ Hand-delivered<br>■ Regular mail<br>■ Certified mail/RR<br>■ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(As authorized by the Court or by rule.<br>Cite the rule if applicable.) |

| | | |
|---|---|---|
| Aluma Systems Concrete Construction, Inc.<br>1325 COBB INTERNATIONAL DRIVE,<br>KENNESAW, GA, 30152<br>ATTN: JOE PURTLE, ROALD RICHARDS, WILLIAM RYAN | Officers for judgment creditor Judgment Creditor Aluma Systems Concrete Construction, Inc. | ☐ Hand-delivered<br>■ Regular mail<br>■ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(As authorized by the Court or by rule.<br>Cite the rule if applicable.) |
| CT Corporation System<br>711 Capitol Way S Ste 204<br>Olympia<br>WA 98501-1267 | Registered Agent for Judgment Creditor Aluma Systems Concrete Construction, Inc. | ☐ Hand-delivered<br>■ Regular mail<br>■ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(As authorized by the Court or by rule.<br>Cite the rule if applicable.) |
| Marvel & Maloney<br>Attys for Woodhaven Lumber<br>PO Box 727<br>Neptune, NJ 07754-0727 | Counsel for Judgment creditor | ☐ Hand-delivered<br>■ Regular mail<br>■ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(As authorized by the Court or by rule.<br>Cite the rule if applicable.) |

| | | |
|---|---|---|
| Internal Revenue Service<br>Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Priority and unsecured creditor | ☐ Hand-delivered<br>■ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(As authorized by the Court or by rule.<br>Cite the rule if applicable.) |
| Joseph Fazzio-Wall, LLC<br>c/o Kathleen R. Wall, Esq.<br>2640 Highway 70, Suite 9A<br>Manasquan, NJ 08736 | Counsel for judgment creditor | ☐ Hand-delivered<br>■ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(As authorized by the Court or by rule.<br>Cite the rule if applicable.) |