UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Timothy P. Neumann, Esq. [TN6429]
Geoffrey P. Neumann, Esq. [59702019]
BROEGE, NEUMANN, FISCHER & SHAVER, LLC
25 Abe Voorhees Drive
Manasquan, New Jersey 08736
Tel: (732) 223-8484
timothy.neumann25gmail.com
geoff.neumann@gmail.com
*Attorneys for Debtors-in-Possession,*
*George Sariotis and Cindy Sariotis*

| | |
|---|---|
| In Re: | Case No.:  22-12916 |
| GEORGE SARIOTIS and CINDY SARIOTIS, | Chapter 11 |
| Debtors. | Judge:  Michael B. Kaplan |
| | Hearing Date:  6/16/2022 |

**APPLICATION TO RETAIN JEROLD DRESKIN
AS ACCOUNTANT FOR THE DEBTOR
IN COMPLIANCE WITH D.N.J. LBR 2014(1)(a)**

1.  The applicants, George Saritois and Cindy Sariotis, are the Debtors.

2.  The applicants seek to retain the following professional:

    Jerold Dreskin, CPA ("Mr. Dreskin")

3.  The professional has been selected because of its expertise in preparing financial

    documents.

4.  Mr. Dreskin shall prepare outstanding tax returns for the Debtors.

5.  The proposed arrangement for compensation includes monthly interim

    compensation billed at $200/hour, as set forth in the accompanying certification

    annexed thereto submitted herewith.

6.  To the best of the applicants' knowledge, the professional's connection with the debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee is as follows:

      __X__      None
      _____    Describe Connection:

7.  To the best of applicants' knowledge, the professional (check all that apply):

      __X__      Does not hold an adverse interest to the estate.
      __X__      Does not represent an adverse interest to the estate.
      __X__      Is a disinterested person under 11 U.S.C. § 101(14).
      __X__      Does not represent or hold any interest adverse to the debtor or the estate with respect to the matter for which she will be retained under 11 U.S.C. § 327(e).
      _____    Other:

8.  If the professional is an auctioneer, appraiser or realtor, the location and description of the property is as follows:  N/A

WHEREFORE, the applicants respectfully request authorization to employ the professional to render services in accordance with this application, with compensation to be paid as an administrative expense in such amounts as the Court may hereafter determine and allow.

Dated: _5/17/2022___            By: _/s/ George Sariotis_____

Dated: _5/17/2022___            By: _/s/ Cindy Sariotis_____