UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Timothy P. Neumann, Esq. [TN6429]
Geoffrey P. Neumann, Esq. [59702019]
BROEGE, NEUMANN, FISCHER & SHAVER, LLC
25 Abe Voorhees Drive
Manasquan, New Jersey 08736
Tel: (732) 223-8484
timothy.neumann25gmail.com
geoff.neumann@gmail.com
*Attorneys for Debtors-in-Possession,*
*George Sariotis and Cindy Sariotis*

In Re:

GEORGE SARIOTIS and
CINDY SARIOTIS,

    Debtors.

Case No.: 22-12916

Chapter 11

Judge: Michael B. Kaplan

Hearing Date: 6/16/2022

Recommended Local Form:     __X__ Followed     _____ Modified

**CERTIFICATION OF PROFESSIONAL IN SUPPORT OF APPLICATION
FOR RETENTION OF PROFESSIONAL**

I, Jerold Dreskin, being of full age, certify as follows:

1. I am seeking authorization to be retained as accountant for the Debtors.

2. My professional credentials include:

    I am a Public Accountant licensed in the State of Florida.

3. I am a member of or associated with the firm of:

4.     Jerold Dreskin & Co., CPA
    1903 S. Congress Ave., Suite 340
    Boynton Beach, FL 33426

5. The proposed arrangement for compensation, including hourly rates, if applicable is as follows:

Monthly Interim compensation billed at $200/hour.

5. To the best of my knowledge, after reasonable and diligent investigation, my connection with the debtor, creditors, any party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee, is as follows:

    __X__    None
    _____    Describe connection: N/A

6. To the best of my knowledge, after reasonable and diligent investigation, the connection of my firm, its members, shareholders, partners, associates, officers and/or employees with the debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee, is as follows:

    __X__    None
    _____    Describe connection: N/A

7. To the best of my knowledge, my firm, its members, shareholders, partners, associates, officers and/or employees and I (check all that apply):

    __X__    Does not hold an adverse interest to the estate.
    __X__    Does not represent an adverse interest to the estate.
    __X__    Is a disinterested person under 11 U.S.C. § 101(14).
    __X__    Does not represent or hold any interest adverse to the debtor or the estate with respect to the matter for which she will be retained under 11 U.S.C. § 327(e).
    _____    Other: N/A

8. If the professional is an auctioneer: N/A

    A. A surety bond in accordance with D.N.J. LBR 2014-1(B)(2) is attached.

2

      _____ Yes        _____ No

B.    My qualifications and previous experience as an auctioneer include:

C.    Have you or any other member of your firm ever been convicted of any criminal offense, other than motor vehicle violations? If yes, explain:

9.    If the professional is an auctioneer, appraiser or realtor, the location and description of the property is as follows:

N/A

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: 5/17/2022             /s/   Jerold Dreskin

3