UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Timothy P. Neumann, Esq. [TN6429]
Geoffrey P. Neumann, Esq. [59702019]
BROEGE, NEUMANN, FISCHER & SHAVER, LLC
25 Abe Voorhees Drive
Manasquan, New Jersey 08736
Tel: (732) 223-8484
timothy.neumann25gmail.com
geoff.neumann@gmail.com
*Attorneys for Debtors-in-Possession,*
*George Sariotis and Cindy Sariotis*

---

In Re:

GEORGE SARIOTIS and
CINDY SARIOTIS,

      Debtors.

Case No.:  22-12916

Chapter 11

Judge:  Michael B. Kaplan

Hearing Date:  6/16/2022

---

Recommended Local Form:     __X__ Followed     _____ Modified

## ORDER AUTHORIZING RETENTION OF ACCOUNTANT

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

Page 2
Debtors: George Sariotis and Cindy Sariotis
Case No:  22-12916 (MBK)
Adv. Pro. No.:
Caption of Order:      Order Authorizing Retention of Accountant

Applicants:    George Sariotis and Cindy Sariotis
Professional:  Jerold Dreskin, C.P.A.

---

Upon the applicants' request for authorization to retain the professional named above, it is hereby ORDERED as follows:

The applicants, George Sariotis and Cindy Sariotis., are authorized to retain the professional, <u>Jerold Dreskin, C.P.A.</u>

1.      to act as accountant for the Debtors.

2.      Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefore.

3.      The effective date of the retention is the date the application was filed with the Court.