UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Stephen J. Gillespie, Esq. (SG-1871)
WESTERMANN SHEEHY
SAMAAN & GILLESPIE, LLP
90 Merrick Avenue, Suite 802
East Meadow, New York 11554
(516) 794-7500
StephenGillespie@Westerlaw.com

Counsel for creditor,
Hudson Insurance Company
-------------------------------------------------------X

| | |
|---|---|
| In re: | Chapter 11<br>Case No. 22-12916-mbk |
| NJD WIRING AND ELECTRIC INC., | |
| Debtor. | |

-------------------------------------------------------X

NOTICE OF APPEARANCE
AND FOR SERVICE OF NOTICES AND DOCUMENTS

PLEASE TAKE NOTICE that pursuant to Bankruptcy Rule 9010(b), Hudson Insurance Company (Hudson), a creditor and party-in-interest in this proceeding, appears by its counsel, Stephen J. Gillespie, Esq., of Westermann Sheehy Samaan & Gillespie, LLP, and requests that its appearance be noted on the Clerk's matrix system.   Hudson also requests that all notices, given or required to be given pursuant to Bankruptcy Rules 2002, 9008, 9013 and 9014, and that all documents, served or required to be served, be given to and served upon its counsel at the following address:

WESTERMANN SHEEHY SAMAAN & GILLESPIE, LLP
90 Merrick Avenue, Suite 802
East Meadow, New York 11554
Tel. No. (516) 794-7500
Attention: Stephen J. Gillespie, Esq.

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only notices and papers referred to in Bankruptcy Rule 2002, but also includes, without

limitation, orders and notices of any application, motion, petition, request, complaint or demand, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise, that affect the above captioned Debtor or Debtor-in-possession, or the property or proceeds of such Debtor or the Debtor's estate.

Dated:   East Meadow, New York
         May 16, 2022

                              HUDSON INSURANCE COMPANY

                              By:_____/s/_____
                                  Stephen J. Gillespie

Stephen J. Gillespie, Esq.
WESTERMANN SHEEHY
SAMAAN & GILLESPIE, LLP
90 Merrick Avenue, Suite 802
East Meadow, New York 11554
(516) 794-7500

Counsel for creditor,
Hudson Insurance Company

NOTICE OF APPEARANCE - PAGE 2