Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 22–12916–MBK
Chapter: 11
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

George Sariotis
1801 Pitney St
Oakhurst, NJ 07755–2840

Cindy Sariotis
1801 Pitney St
Oakhurst, NJ 07755–2840

Social Security No.:
  xxx–xx–3126    xxx–xx–4645

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

Please be advised that on May 25, 2022, the court entered the following judgment or order on the court's docket in the above–captioned case:

Document Number: 40 – 37
Order Granting Application For Retention of Professional Jerold Dreskin, CPA as Accountant (Related Doc # 37). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 5/25/2022. (dmi)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: May 25, 2022
JAN: dmi

Jeanne Naughton
Clerk