| UNITED STATES BANKRUPTCY COURT DISTRICT Or NEW JERSEY |
|---|
| DEMBO, BROWN & BURNS LLP<br>BY: KYLE F. EINGORN, ESQUIRE<br>1300 ROUTE 73<br>SUITE 205<br>MT. LAUREL, NJ 08054<br>(856) 354-8866<br>KEINGORN@DBBLEGAL.COM<br>ATTORNEYS FOR McCORMICK 110, LLC |
| IN RE:<br><br>GEORGE SARIOTIS AND CINDY SARIOTIS,<br><br>          Debtors. |

**Order Filed on May 21, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Chapter II
Case No. 22-12916-MBK
The Honorable Michael B. Kaplan, U.S.B.J.

# CONSENT ORDER RESOLVING MOTION FOR RELIEF FROM THE AUTOMATIC STAY

The relief set forth on the following pages is hereby ORDERED.

**DATED: May 21, 2022**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

THIS MATTER having come before the Court on Motion of McCormick 110, LLC ("McCormick") seeking relief from the automatic stay (the "Motion") and the parties having amicably resolved the aforementioned Motion, and for good cause having been shown;

It is hereby **ORDERED** as follows:

1. McCormick's Motion for relief from the automatic stay as to the following mortgaged properties is hereby resolved upon the terms set forth in the following numbered paragraphs:

> **Land and premises commonly known as 61 Redwood Drive, Ocean, New Jersey 07712 (hereinafter, the "Redwood Property"). Land and premises identified by the lot and block numbers set forth below on Official Tax Map of the Township of Ocean, Connty of Monmouth and State of New Jersey.**
>
> | **Block Number** | **Lot{s) Number** |
> |---|---|
> | 150.06 | 14 |
>
> **Land and premises commonly known as 1801 Pitney Street, Ocean (Oakhurst), New Jersey 07755 (hereinafter, the "Pitney Property" and together with the Redwood Property, the "Properties"). Land and premises identified hy the lot and block ₁₁₁₁₁₁₁ bers set forth below on Official Tax Map of the Township of Ocean, County of Monmouth and State of New Jersey.**
>
> | **Block Number** | **Lot(s) Number** |
> |---|---|
> | 33 | 105 |

2. The Debtors agree to sell the Redwood Property on or before June 30, 2022, for a price that will generate sufficient proceeds to satisfy the claim of McCormick, in full. The Debtors agree to request, and McCormick and OceanFirst agree to provide the Debtors with an updated payoff in advance of the sale, if any.

3. The Debtors agree to sell the Pitney Property on or before September 30, 2022, for a price that will generate sufficient proceeds to satisfy the claim of McCormick, in full. The

Debtors agree to request, and McCormick and OceanFirst agree to provide the Debtors with an updated payoff in advance of the sale, if any.

4. The Debtors agree to make adequate protection payments to McCormick in the amount of $1,100.00 per month towards the loan securing the Pitney Property beginning on May 25, 2022 and continuing on the 25th day of each month until such time as the Pitney Property is sold and McCormick's loan is satisfied.

The Debtors further agree to make adequate protection payments to OceanFirst in the amount of $1,100.00 per month towards the loans securing the Pitney Property beginning on May 25, 2022 and continuing on the z5t1, day of each month until such time as the Pitney Property is sold.

5. To the extent that either of the Properties is not sold within the timeframes provided above, beginning on midnight of the last day of such respective timeframe, McCormick and OceanFirst shall have self-executing and *in rem* relief from the automatic stay to pursue its state court rights as to such Property.

6. This Order shall survive any conversion of this bankruptcy case to one filed under any other chapter under the Bankruptcy Code.

We hereby consent to the form and entry of this Order:

| **DEMBO, BROWN & BURNS LLP**<br>Counsel for McCormick I I 0, LLC<br><br>Isl Kyle F. Eingorn<br>Kyle F. Eingorn, Esquire<br><br> | **BROEGE, NEUMANN, FISCHER & SHAVER, LLC**<br>Counsel for the Debtors<br><br>Isl Geoffrey P. Neumann<br>Geoffrey P. Neumann, Esquire<br><br> |
|---|---|

3

| | |
|---|---|
| **MEYNER AND LANDIS LLP**<br>Counsel for OceanFirst Bank, N.A., as successor by merger to Two River Community Bank<br><br>*/s/ Matthew P. Dolan*<br>Matthew P. Dolan, Esquire | |

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 22-12916-MBK
George Sariotis  Chapter 11
Cindy Sariotis
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 2
Date Rcvd: May 23, 2022    Form ID: pdf903    Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 25, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | George Sariotis, Cindy Sariotis, 1801 Pitney St, Oakhurst, NJ 07755-2840 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 25, 2022     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 23, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David B. Grantz | on behalf of Creditor OceanFirst Bank N.A., successor by merger to TwoRiver Community Bank dgrantz@meyner.com, ckelly@meyner.com |
| Geoffrey P. Neumann | on behalf of Plaintiff George Sariotis geoff.neumann@gmail.com |
| Geoffrey P. Neumann | on behalf of Joint Debtor Cindy Sariotis geoff.neumann@gmail.com |
| Geoffrey P. Neumann | on behalf of Plaintiff Cindy Sariotis geoff.neumann@gmail.com |
| Geoffrey P. Neumann | on behalf of Debtor George Sariotis geoff.neumann@gmail.com |
| Kyle Francis Eingorn | on behalf of Creditor McCormick 110 LLC keingorn@dbblegal.com |
| Margaret Mcgee | on behalf of U.S. Trustee U.S. Trustee maggie.mcgee@usdoj.gov |

Case 22-12916-MBK    Doc 41    Filed 05/25/22    Entered 05/26/22 00:14:41    Desc Imaged
Certificate of Notice    Page 6 of 6

| District/off: 0312-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 23, 2022 | Form ID: pdf903 | Total Noticed: 1 |

Matthew Patrick Dolan
    on behalf of Creditor OceanFirst Bank N.A., successor by merger to TwoRiver Community Bank mdolan@meyner.com

Stephen Gillespie
    on behalf of Creditor Hudson Insurance Company stephengillespie@westerlaw.com brendaharling@westerlaw.com

Timothy P. Neumann
    on behalf of Joint Debtor Cindy Sariotis timothy.neumann25@gmail.com
    btassillo@aol.com;geoff.neumann@bnfsbankruptcy.com;geoff.neumann@gmail.com

Timothy P. Neumann
    on behalf of Debtor George Sariotis timothy.neumann25@gmail.com
    btassillo@aol.com;geoff.neumann@bnfsbankruptcy.com;geoff.neumann@gmail.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 12