Form order − ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 22−12916−MBK
Chapter: 11
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

George Sariotis
1801 Pitney St
Oakhurst, NJ 07755−2840

Cindy Sariotis
1801 Pitney St
Oakhurst, NJ 07755−2840

Social Security No.:
xxx−xx−3126

xxx−xx−4645

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

Please be advised that on May 25, 2022, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 40 − 37
Order Granting Application For Retention of Professional Jerold Dreskin, CPA as Accountant (Related Doc # 37). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 5/25/2022. (dmi)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: May 25, 2022
JAN: dmi

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re: | Case No. 22-12916-MBK
George Sariotis | Chapter 11
Cindy Sariotis
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 2
Date Rcvd: May 25, 2022      Form ID: orderntc      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 27, 2022:**

**Recip ID**      **Recipient Name and Address**
acc      +    Jerold Dreskin, 25 Abe Voorhees Drive, Manasquan, NJ 08736-3560

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 27, 2022      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 25, 2022 at the address(es) listed below:

**Name**      **Email Address**

David B. Grantz
     on behalf of Creditor OceanFirst Bank N.A., successor by merger to TwoRiver Community Bank dgrantz@meyner.com, ckelly@meyner.com

Geoffrey P. Neumann
     on behalf of Plaintiff George Sariotis geoff.neumann@gmail.com

Geoffrey P. Neumann
     on behalf of Joint Debtor Cindy Sariotis geoff.neumann@gmail.com

Geoffrey P. Neumann
     on behalf of Plaintiff Cindy Sariotis geoff.neumann@gmail.com

Geoffrey P. Neumann
     on behalf of Debtor George Sariotis geoff.neumann@gmail.com

Kyle Francis Eingorn

| District/off: 0312-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 25, 2022 | Form ID: orderntc | Total Noticed: 1 |

        on behalf of Creditor McCormick 110 LLC keingorn@dbblegal.com

Margaret Mcgee

        on behalf of U.S. Trustee U.S. Trustee maggie.mcgee@usdoj.gov

Matthew Patrick Dolan

        on behalf of Creditor OceanFirst Bank N.A., successor by merger to TwoRiver Community Bank mdolan@meyner.com

Stephen Gillespie

        on behalf of Creditor Hudson Insurance Company stephengillespie@westerlaw.com brendaharling@westerlaw.com

Timothy P. Neumann

        on behalf of Joint Debtor Cindy Sariotis timothy.neumann25@gmail.com
        btassillo@aol.com;geoff.neumann@bnfsbankruptcy.com;geoff.neumann@gmail.com

Timothy P. Neumann

        on behalf of Debtor George Sariotis timothy.neumann25@gmail.com
        btassillo@aol.com;geoff.neumann@bnfsbankruptcy.com;geoff.neumann@gmail.com

U.S. Trustee

        USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 12