UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Timothy P. Neumann, Esq. [TN6429]
Geoffrey P. Neumann, Esq. [59702019]
BROEGE, NEUMANN, FISCHER & SHAVER, LLC
25 Abe Voorhees Drive
Manasquan, New Jersey 08736
Tel: (732) 223-8484
timothy.neumann25gmail.com
geoff.neumann@gmail.com
*Attorneys for Debtors-in-Possession,*
*George Sariotis and Cindy Sariotis*

**Order Filed on May 25, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

GEORGE SARIOTIS and
CINDY SARIOTIS,

    Debtors.

Case No.: 22-12916

Chapter 11

Judge: Michael B. Kaplan

Hearing Date: 6/16/2022

Recommended Local Form:   __X__ Followed   _____ Modified

## ORDER AUTHORIZING RETENTION OF ACCOUNTANT

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

**DATED: May 25, 2022**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page 2
Debtors: George Sariotis and Cindy Sariotis
Case No: 22-12916 (MBK)
Adv. Pro. No.:
Caption of Order:    Order Authorizing Retention of Accountant

Applicants:    George Sariotis and Cindy Sariotis
Professional:    Jerold Dreskin, C.P.A.

---

Upon the applicants' request for authorization to retain the professional named above, it is hereby ORDERED as follows:

The applicants, George Sariotis and Cindy Sariotis., are authorized to retain the professional, <u>Jerold Dreskin, C.P.A.</u>

1.    to act as accountant for the Debtors.

2.    Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefore.

3.    The effective date of the retention is the date the application was filed with the Court.

United States Bankruptcy Court
District of New Jersey

In re:  
George Sariotis  
Cindy Sariotis  
    Debtors

Case No. 22-12916-MBK  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2  
Date Rcvd: May 25, 2022     Form ID: pdf903     Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 27, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | George Sariotis, Cindy Sariotis, 1801 Pitney St, Oakhurst, NJ 07755-2840 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 27, 2022      Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 25, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David B. Grantz | on behalf of Creditor OceanFirst Bank N.A., successor by merger to TwoRiver Community Bank dgrantz@meyner.com, ckelly@meyner.com |
| Geoffrey P. Neumann | on behalf of Plaintiff George Sariotis geoff.neumann@gmail.com |
| Geoffrey P. Neumann | on behalf of Joint Debtor Cindy Sariotis geoff.neumann@gmail.com |
| Geoffrey P. Neumann | on behalf of Plaintiff Cindy Sariotis geoff.neumann@gmail.com |
| Geoffrey P. Neumann | on behalf of Debtor George Sariotis geoff.neumann@gmail.com |
| Kyle Francis Eingorn | on behalf of Creditor McCormick 110 LLC keingorn@dbblegal.com |
| Margaret Mcgee | on behalf of U.S. Trustee U.S. Trustee maggie.mcgee@usdoj.gov |

Matthew Patrick Dolan
    on behalf of Creditor OceanFirst Bank N.A., successor by merger to TwoRiver Community Bank mdolan@meyner.com

Stephen Gillespie
    on behalf of Creditor Hudson Insurance Company stephengillespie@westerlaw.com brendaharling@westerlaw.com

Timothy P. Neumann
    on behalf of Joint Debtor Cindy Sariotis timothy.neumann25@gmail.com
    btassillo@aol.com;geoff.neumann@bnfsbankruptcy.com;geoff.neumann@gmail.com

Timothy P. Neumann
    on behalf of Debtor George Sariotis timothy.neumann25@gmail.com
    btassillo@aol.com;geoff.neumann@bnfsbankruptcy.com;geoff.neumann@gmail.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 12