For customer service
or current rates
call: 732-591-2530

Write to:
Amboy Bank
3590 U. S. Highway 9
Old Bridge, NJ 08857

Visit us at
www.amboybank.com

Amboy 24
(Telephone Banking)
call 1-877-24AMBOY

0000000000000000000000000000000000000000000
0000000000000000000000000000000000000000000

**GEORGE SARIOTIS**
**DEBTOR IN POSSESSION**
**1801 PITNEY STREET**
**OAKHURST NJ 07755**

**Don't miss our FREE Senior Fairs**
**from September 21st to 30th!**

**To register or for more information,**
**visit amboybank.com/seniorfair or call 877.22.AMBOY**

## Free Personal Check Account

**Account number: 17007747**

### Account Balance Summary

| | |
|---|---|
| Beginning Balance on 08-31 | $4,172.60 |
| Deposits and other credits (+) | $9,264.95 |
| Withdrawals, checks and other debits (-) | $8,653.42 |
| Ending Balance on 09-30 | $4,784.13 |

### Deposits and Other Credits

| Date | Description | Amount |
|---|---|---|
| 09-02 | 944922859823QFX BURKE CONSTRUCTI DIRECT DEP | 1,331.19 |
| 09-09 | 542062350803QFX BURKE CONSTRUCTI DIRECT DEP | 1,331.19 |
| 09-16 | 657082766689QFX BURKE CONSTRUCTI DIRECT DEP | 1,331.19 |
| 09-23 | 435065179055QFX BURKE CONSTRUCTI DIRECT DEP | 1,331.19 |
| 09-28 | XXXXX3126A SSA SSA TREAS 310 XXSOC SEC | 2,609.00 |
| 09-30 | 387585415011QFX BURKE CONSTRUCTI DIRECT DEP | 1,331.19 |

### Checks

| Check # | Date | Amount |
|---|---|---|
| 277 | 09-12 | 1,100.00 |
| 278 | 09-01 | 200.00 |
| 279 | 09-06 | 200.00 |
| 280 | 09-06 | 135.00 |
| 281 | 09-12 | 260.00 |
| 282* | 09-19 | 360.00 |
| 284 | 09-21 | 600.00 |
| 285* | 09-30 | 350.00 |
| 287 | 09-26 | 250.00 |
| 288 | 09-28 | 90.00 |
| 289 | 09-28 | 350.00 |

*Indicates a gap in check number sequence

**GEORGE SARIOTIS**

## Free Personal Check Account

**Account number: 17007747**

### Withdrawals and Other Debits

| Date | Description | Amount |
|---|---|---|
| 09-01 | 49656 - SQ *ROOK COFFEE gosq.com NJ 00000000 049656 | 3.58 |
| 09-02 | 89101 - SQ *ROOK COFFEE gosq.com NJ 00000000 089101 | 7.92 |
| 09-02 | 62101 - ARROW PEST CONTR MORGANVILLE NJ 03659666 062101 | 42.65 |
| 09-06 | 90203 - GOOGLE *Google S 855-836-3987 CA 00000000 090203 | 1.99 |
| 09-06 | 13490 - SQ *ROOK COFFEE gosq.com NJ 00000000 013490 | 4.35 |
| 09-06 | 61379 - SQ *ROOK COFFEE gosq.com NJ 00000000 061379 | 4.35 |
| 09-06 | 76698 - SQ *ROOK COFFEE gosq.com NJ 00000000 076698 | 4.90 |
| 09-06 | 1986 - APPLE.COM/BILL 408-974-1010 CA 00000000 001986 | 4.99 |
| 09-06 | 45980 - HP *INSTANT INK 855-785-2777 CA 00000000 045980 | 12.78 |
| 09-06 | 75978 - SQ *ROOK COFFEE gosq.com NJ 00000000 075978 | 13.59 |
| 09-06 | 0013 - MINI MART PLUS OAKHURST NJ 00002974 000013 | 31.67 |
| 09-06 | 31678 - LA SCARPETTA WEST LONG BRA NJ 03807518 031678 | 64.00 |
| 09-06 | ACC6473477 Accendo Ins INS PYMT | 130.30 |
| 09-06 | ST-R6X3F9O0W4L8 Mission Lane Vis Mission La | 300.00 |
| 09-07 | 48339 - SQ *ROOK COFFEE gosq.com NJ 00000000 048339 | 4.35 |
| 09-07 | 100012356661 FIRSTENERGY OPCO FE ECHECK | 891.14 |
| 09-08 | 87827 - APPLE.COM/BILL 866-712-7753 CA 00000000 087827 | 5.99 |
| 09-08 | 60983 - PAYPAL *COPPERFI San Jose CA 69424885 090707060983 | 29.30 |
| 09-09 | 24032 - SQ *ROOK COFFEE gosq.com NJ 00000000 024032 | 4.35 |
| 09-09 | 315150 DDA BANK DEBIT NETFLIX COM LOS GATOS CA 004 225207315150 | 10.65 |
| 09-12 | 8248 - SQ *ROOK COFFEE gosq.com NJ 00000000 008248 | 4.35 |
| 09-12 | 34959 - SQ *ROOK COFFEE gosq.com NJ 00000000 034959 | 4.35 |
| 09-12 | 79684 - APPLE.COM/BILL 800-275-2273 CA 00000000 079684 | 6.99 |
| 09-12 | 713629 - AMAZON.COM *1F05S SEATTLE WA 00000101 2CS0EU83E1KS | 18.12 |
| 09-12 | 10027 - THE BAR ROOM DEAL NJ 78739662 010027 | 54.00 |
| 09-13 | 7687 - SLICE*NICKSPIZZA SLICELIFE.COM NY OIWK9ICL 007687 | 20.26 |
| 09-13 | 49953 - CBD FOR LIFE 732-5448295 NJ 75068880 049953 | 52.42 |
| 09-14 | 84449 - SQ *ROOK COFFEE gosq.com NJ 00000000 084449 | 4.90 |
| 09-14 | 14568 - GOODRX GOLD HTTPSWWW.GOOD CA JOM3OSVN 014568 | 9.99 |
| 09-14 | 79841 - DR JACQUELINE MA OAKHURST NJ 79355182 079841 | 35.00 |
| 09-14 | 23478 - JAN'S OPTICAL OAKHURST NJ 1 023478 | 190.00 |
| 09-15 | 92845 - SXM*SIRIUSXM.COM 888-635-5144 NY 00000000 092845 | 0.96 |
| 09-15 | 62099 - SXM*SIRIUSXM.COM 888-635-5144 NY 00000000 062099 | 1.51 |
| 09-16 | 63871 - SQ *ROOK COFFEE gosq.com NJ 00000000 063871 | 7.92 |
| 09-16 | 3313 - SQ *ROOK COFFEE gosq.com NJ 00000000 003313 | 7.92 |
| 09-19 | 79003 - SQ *ROOK COFFEE gosq.com NJ 00000000 079003 | 0.74 |
| 09-19 | 82095 - APPLE.COM/BILL 866-712-7753 CA 00000000 082095 | 5.99 |
| 09-19 | 38702 - SQ *ROOK COFFEE gosq.com NJ 00000000 038702 | 7.92 |
| 09-19 | 46686 - SHREWSBURY CAR W SHREWSBURY NJ 00000000 046686 | 57.56 |
| 09-19 | 44181 - SHREWSBURY CAR W SHREWSBURY NJ 00000000 044181 | 87.57 |
| 09-19 | 53057 - MR. SHRIMP BELMAR NJ 00000000 053057 | 95.00 |
| 09-19 | 41580 - WEGMANS #009 OCEAN NJ 17841580 041580 | 142.92 |
| 09-19 | 79590 - LESLIES POOLMART EATONTOWN NJ 00000000 079590 | 186.57 |

For the period 09-01-2022 to 09-30-2022

GEORGE SARIOTIS

## Free Personal Check Account

Account number: 17007747

### Withdrawals and Other Debits (cont.)

| Date | Description | Amount |
|---|---|---|
| 09-20 | 56890 - SQ *ROOK COFFEE gosq.com NJ 00000000 056890 | 7.92 |
| 09-21 | 6021 - WEGMANS #009 OCEAN NJ 15906021 006021 | 3.69 |
| 09-21 | 56583 - SQ *ROOK COFFEE gosq.com NJ 00000000 056583 | 7.92 |
| 09-21 | 54351 - SXM *SIRIUSXM.COM 888-635-5144 NY 00000000 054351 | 33.98 |
| 09-22 | 564083 - AMAZON.COM *1M110 SEATTLE WA 00000101 455R7R5IAAWD | 31.96 |
| 09-22 | 100012356661 FIRSTENERGY OPCO FE ECHECK | 1,081.93 |
| 09-23 | 5688 - SQ *ROOK COFFEE gosq.com NJ 00000000 005688 | 7.92 |
| 09-23 | 72982 - SQ *ROOK COFFEE gosq.com NJ 00000000 072982 | 7.92 |
| 09-23 | 7658 - SLICE*NICKSPIZZA SLICELIFE.COM NY OIWK9ICL 007658 | 20.26 |
| 09-23 | 38544 - MR. SHRIMP BELMAR NJ 00000000 038544 | 42.50 |
| 09-23 | 33510499 WELLCARE ACH DEBITS | 12.90 |
| 09-26 | 30048 - SQ *ROOK COFFEE gosq.com NJ 00000000 030048 | 7.92 |
| 09-26 | 91386 - WEGMANS #009 OCEAN NJ 19391386 091386 | 11.51 |
| 09-26 | 50052 - ILLIANO'S ITALIA OCEAN NJ 01661667 050052 | 28.68 |
| 09-27 | 56019 - SQ *ROOK COFFEE gosq.com NJ 00000000 056019 | 7.92 |
| 09-27 | 21976141092422 FORD CREDIT AUTO PYMT | 592.60 |
| 09-28 | 79012 - PAYPAL *NICK'S P San Jose CA 69424885 092711079012 | 23.33 |
| 09-28 | AHC3015109 AETNA HEALTH INS INS PYMT | 218.33 |
| 09-29 | 23733 - APPLE.COM/BILL 866-712-7753 CA 00000000 023733 | 0.99 |
| 09-29 | 88007 - SQ *ROOK COFFEE gosq.com NJ 00000000 088007 | 4.35 |
| 09-29 | 56756 - APPLE.COM/BILL 866-712-7753 CA 00000000 056756 | 19.17 |
| 09-30 | 48860 - SQ *ROOK COFFEE gosq.com NJ 00000000 048860 | 8.91 |







277 $1,100.00 9/12/2022

277 $1,100.00 9/12/2022







278 $200.00 9/1/2022

278 $200.00 9/1/2022







279 $200.00 9/6/2022

279 $200.00 9/6/2022






280 $135.00 9/6/2022

280 $135.00 9/6/2022







281 $260.00 9/12/2022

281 $260.00 9/12/2022







282 $360.00 9/19/2022

282 $360.00 9/19/2022



284 $600.00 9/21/2022



284 $600.00 9/21/2022



285 $350.00 9/30/2022



285 $350.00 9/30/2022



287 $250.00 9/26/2022



287 $250.00 9/26/2022



288 $90.00 9/28/2022


288 $90.00 9/28/2022



289 $350.00 9/28/2022



289 $350.00 9/28/2022

**CHANGE OF ADDRESS**

**NAME:** ______________________________

**NEW ADDRESS:** ______________________________
Street and Number City State Zip Code

**TYPE OF ACCOUNTS MAINTAINED AND ACCOUNT NUMBERS:**

❑ Checking .................... ❑ Loan .................... ❑ Safe Deposit Box ( .................... )
❑ Savings .................... ❑ Certificate .................... ❑ Other (describe below)

**SPECIAL INSTRUCTIONS**

Date: ____________________ Authorized Signature: ____________________

CUT ALONG DOTTED LINE AND MAIL OR TAKE TO BANK

## RECONCILEMENT FORM

**CHECKS OUTSTANDING**

| NUMBER | AMOUNT | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL CHECKS OUTSTANDING | | |
| CHECKBOOK BALANCE | | |
| **TOTAL** | | |

**TO PROVE BALANCE AS SHOWN ON YOUR STATEMENT**

1. Deduct all bank charges from your checkbook, add interest paid if applicable.
2. Sort your checks numerically.
3. Check off on the stubs of your checkbook each check listed as paid by the Bank and make a list of the numbers and amounts of those still outstanding in the spaces provided at the left. Be sure to include all checks still outstanding from your previous statement. To the sum of the outstanding checks add the balance as shown in your checkbook.
4. List below deposits which do not appear on this statement and add to the total the balance as shown by the statement.

The two results should agree and if so, this statement is correct.

| DEPOSITS NOT SHOWN ON STATEMENT | | |
|---|---|---|
| | | |
| | | |
| | | |
| STATEMENT BALANCE | | |
| **TOTAL** | | |

IF CORRECT THESE SHOULD AGREE

WORK SPACE

PLEASE EXAMINE AND RECONCILE YOUR STATEMENT & IMAGED CHECKS IMMEDIATELY

## Amboy Bank Error Resolution Notice

In case of errors, or questions about your account statement, including, but not limited to any unauthorized debit against your account from any source, including but not limited to, forged and altered checks, interest paid or charges assessed (if applicable), or if you need more information about a transaction on the statement, please call 732-591-2530 or write us at:

Amboy Bank
Customer Service
3590 US Highway 9
Old Bridge, NJ 08857

We must hear from you no later than 20 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Tell us the dollar amount of the suspected error.
- Describe the error you are unsure about and explain as clearly as you can why you need further information.

We will promptly investigate the matter and will call or write you within 10 business days of notification.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your statement that are not in question.

If you fail to notify the Bank within 20 days from the date the statement is mailed, the accuracy of the items on the statement shall be considered final.

## Electronic Funds Transfer

In Case of Errors or Questions About Your Electronic Transfers, Telephone us 732-591-2530 or Write us at:

Amboy Bank
Customer Service
3590 US Highway 9
Old Bridge, NJ 08857

as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**Information 24 Hours A Day • AmboyNET-www.amboybank.com • Amboy 24Telephone Banking 1-877-24-AMBOY**
**Contact us at 1-800-94-AMBOY or mailbox@amboybank.com**

**AMBY**