UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: | Case No.: 22-12916 |
| GEORGE SARIOTIS and CINDY SARIOTIS | Chapter: 11 |
| | Judge: Michael B. Kaplan |

## NOTICE OF PROPOSED PRIVATE SALE

George Sariotis, Cindy Sariotis, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

Address of the Clerk: Clarkson S. Fisher US Courthouse
402 East State Street
Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable Michael B. Kaplan on December 1, 2022 at 10 a.m. at the United States Bankruptcy Court, courtroom no. 8, __________. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

Description of property to be sold: 1801 Pitney Street, Oakhurst Township, New Jersey 07755

Proposed Purchaser: Vincent H. Gifford

Sale price: $800,000.00

☒ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

Name of Professional: Burke & Manna Real Estate

Amount to be paid: 3% commission

Services rendered: Marketing of 1801 Pitney Street

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name: Geoffrey P. Neumann, Esq.

Address: 25 Abe Voorhees Drive, Manasquan, NJ 08736

Telephone No.: (732) 223-8484 ext. 212

*rev.8/1/15*