# PLUESE, BECKER & SALTZMAN, LLC

Attorneys at Law

**ROB SALTZMAN** ◆
RSaltzman@pbslaw.org

**SANFORD J. BECKER**
SBecker@pbslaw.org

**ROBERT T. PLUESE**
Retired

◆ PA and NJ Bars

20000 Horizon Way, Suite 900
Mount Laurel, NJ 08054-4318
Telephone: (856) 813-1700
Telecopier: (856) 813-1720

**ROBERT F. THOMAS** ◆
**RThomas@pbslaw.org**

**COURTNEY A. MARTIN**◆
**CMartin@pbslaw.org**

***Of Counsel***

**STUART H. WEST**◆
SWest@pbslaw.org

November 23, 2022

**Our File:** 110303B

The Honorable Michael B. Kaplan, U.S.B.J.
United States Bankruptcy Court
402 East State Street
Trenton, New Jersey

VIA ECF

Re: In re: George Sariotis and Cindy Sariotis
Case No. 22-12916-MBK
Hearing Date: December 1, 2022

Dear Judge Kaplan:

As the Court's file should reflect, the undersigned represents the Secured Creditor/First Mortgagee, Specialized Loan Servicing LLC, ("SLS" or the "Mortgagee"), regarding the above-referenced matter, which is the subject of the Debtors' pending Motion (the "Motion") to approve a proposed Private Sale (the "Transaction"), presently returnable before Your Honor on the date indicated above.

Please accept this brief letter memorandum in lieu of a more formal response to the Debtors' pending Motion. The Mortgagee does not object to the proposed Transaction if and only if the Order approving such Transaction provides for full satisfaction of all amounts due on the Mortgagee's Mortgage as a condition of the discharge/release of their lien and if, in fact, all amounts due on the Mortgage are actually tendered. It should be understood by all interested parties that the Mortgagee will not discharge/release their lien unless and until all such sums due are timely and fully satisfied. It should be understood that interest, etc. continues to accrue and that the Debtors and/or Trustee should request updated payoff figures as the anticipated closing draws nigh and that all terms and conditions contained in the Mortgagee's payoff statement and transmittal letter will apply.

Hon. Michael B. Kaplan, U.S.B.J.
In re George Sariotis and Cindy Sariotis
Case No. 22-12916
p.2

For the avoidance of doubt, the Mortgagee consents to the proposed Transaction if and only if the following language is included in the Order approving the transaction:

1. A sufficient portion of the proceeds of any Transaction shall be devoted to full satisfaction of all sums due upon the Mortgage; and

2. And that the Mortgage lien shall not be released unless and until sufficient funds are tendered to fully satisfy all sums due upon the Mortgage (notwithstanding entry of Final Judgment in the Foreclosure and/or any Proof of Claim in any Bankruptcy case), together with any amounts (including without limitation advances, disbursements, interest, costs, fees, etc.) which may have been disbursed, incurred or otherwise become due after a formal Payoff Statement is provided; and

3. All terms and conditions of the Mortgagee's Payoff Statement, to be supplied in the ordinary course, are to be deemed incorporated herein by reference and compliance with such terms and conditions is required as a condition precedent to release of the Mortgage lien; and

4. The Mortgagee's contractual Payoff Statement and applicable non-bankruptcy law shall be the exclusive determinant of the full amount due on the Mortgage lien. The Trustee and/or Debtor reserves the right to question, contest and/or request verification of any line item(s) in the Mortgagee's Payoff Statement, but waives any challenge to the contractual calculation of the full amount due.

Thank you for Your Honor's consideration of this matter.

Respectfully Submitted,

Pluese, Becker & Saltzman, LLC

By: /s/ Stuart H. West
Stuart H. West, Esquire

SHW/dlc

cc: Geoffrey P. Neumann, Esquire, 25 Abe Voorhees Drive, Manasquan, NJ 08736
US. Trustee, US Dept of Justice, Office of the US Trustee, One Newark Center Ste 2100, Newark, NJ 07102
George Sariotis and Cindy Sariotis, 1801 Pitney St, Oakhurst, NJ 07755-2840