For customer service
or current rates
call: 732-591-2530

Write to:
Amboy Bank
3590 U. S. Highway 9
Old Bridge, NJ 08857

Visit us at
www.amboybank.com

Amboy 24
(Telephone Banking)
call 1-877-24AMBOY

000000000000000000000000000000000000000000000
000000000000000000000000000000000000000000000

GEORGE SARIOTIS
DEBTOR IN POSSESSION
1801 PITNEY STREET
OAKHURST NJ 07755

**Annual Food Drive**

**We will be collecting for local food banks
throughout the month of November.
Drop off your donations at your local branch.**

## Free Personal Check Account

**Account number: 17007747**

### Account Balance Summary

| | |
|---|---|
| Beginning Balance on 09-30 | $4,784.13 |
| Deposits and other credits (+) | $7,933.76 |
| Withdrawals, checks and other debits (-) | $8,580.48 |
| Ending Balance on 10-31 | $4,137.41 |

### Deposits and Other Credits

| Date | Description | Amount |
|---|---|---|
| 10-07 | 240091145792QFX BURKE CONSTRUCTI DIRECT DEP | 1,331.19 |
| 10-14 | 606081656017QFX BURKE CONSTRUCTI DIRECT DEP | 1,331.19 |
| 10-21 | 603081113088QFX BURKE CONSTRUCTI DIRECT DEP | 1,331.19 |
| 10-26 | XXXXX3126A SSA SSA TREAS 310 XXSOC SEC | 2,609.00 |
| 10-28 | 933724742716QFX BURKE CONSTRUCTI DIRECT DEP | 1,331.19 |

### Checks

| Check # | Date | Amount |
|---|---|---|
| 286* | 10-03 | 70.20 |
| 290 | 10-03 | 300.00 |
| 291 | 10-11 | 250.00 |
| 292 | 10-12 | 310.00 |
| 293 | 10-17 | 700.00 |
| 294 | 10-24 | 600.00 |
| 295* | 10-27 | 430.00 |
| 297 | 10-31 | 250.00 |

*Indicates a gap in check number sequence

GEORGE SARIOTIS

## Free Personal Check Account

Account number: 17007747

### Withdrawals and Other Debits

| Date | Description | Amount |
|---|---|---|
| 10-03 | 89731 - GOOGLE *Google S Mountain View CA 64925886 1003020 | 1.99 |
| 10-03 | 37122 - APPLE.COM/BILL 866-712-7753 CA 00000000 037122 | 4.99 |
| 10-03 | 29612 - SQ *ROOK COFFEE gosq.com NJ 00000000 029612 | 8.91 |
| 10-03 | 62978 - SQ *ROOK COFFEE gosq.com NJ 00000000 062978 | 9.46 |
| 10-03 | 87328 - HP *INSTANT INK 855-785-2777 CA 00000000 087328 | 12.78 |
| 10-03 | 60001 - TST* THE GALLEY ASBURY PARK NJ 69360001 060001 | 40.99 |
| 10-03 | 27519 - ARROW PEST CONTR MORGANVILLE NJ 03659666 027519 | 42.65 |
| 10-03 | 67589 - BJS WHOLESALE #0 OAKHURST NJ 00000000 067589 | 99.00 |
| 10-03 | ST-Y0K1Y9H4U2Q2 Mission Lane Vis Mission La | 150.00 |
| 10-03 | 16568401 OPTIMUM 7866 CABLE PMNT | 232.23 |
| 10-04 | 71953 - MISTER CS BEACH 732-5313665 NJ 77834932 071953 | 77.00 |
| 10-04 | 40198076 Credit One Bank Payment | 120.00 |
| 10-04 | ACC6473477 Accendo Ins INS PYMT | 130.30 |
| 10-05 | 9468496 DIRECTV DIRECTV | 287.00 |
| 10-07 | 198546 DDA BANK DEBIT APPLE COM BILL CUPERTINO CA 002 228013198546 | 5.99 |
| 10-07 | 55525 - AMZN Mktp US*143 Amzn.com/bill WA 00000000 055525 | 14.87 |
| 10-07 | AMERICAN WATER AMERICAN WATER EBILLPAY | 322.30 |
| 10-11 | 90752 - AMZN Mktp US*1K1 Amzn.com/bill WA 00000000 090752 | 7.13 |
| 10-11 | 958893 DDA BANK DEBIT NETFLIX COM LOS GATOS CA 004 228210958893 | 10.65 |
| 10-11 | 415851 - PAYPAL *NICKSPIZ San Jose CA 69424885 101011415851 | 22.48 |
| 10-11 | 165509 - PAYPAL *NICK'S P San Jose CA 69424885 100711165509 | 22.48 |
| 10-11 | 76882 - MISTER CS BEACH 732-5313665 NJ 77834932 076882 | 54.78 |
| 10-11 | 42077 - Amazon.com*1K1LV Amzn.com/bill WA 00000000 042077 | 74.63 |
| 10-12 | 54723 - SQ *ROOK COFFEE gosq.com NJ 00000000 054723 | 3.35 |
| 10-12 | 425298 DDA BANK DEBIT APPLE COM BILL CUPERTINO CA 002 228420425298 | 6.99 |
| 10-13 | 34565 - SQ *ROOK COFFEE gosq.com NJ 00000000 034565 | 5.12 |
| 10-13 | 88329 - Amazon.com*1K2KU Amzn.com/bill WA 00000000 088329 | 108.21 |
| 10-14 | 38410 - GOODRX GOLD HTTPSWWW.GOOD CA JOM3OSVN 038410 | 9.99 |
| 10-14 | 60959 - MJ'S RESTAURANT NEPTUNE NJ 75143441 060959 | 39.00 |
| 10-14 | 0025 - THE BAR ROOM DEAL NJ 78739662 000025 | 99.25 |
| 10-17 | 32610 - SQ *ROOK COFFEE gosq.com NJ 00000000 032610 | 4.90 |
| 10-17 | 66741 - SQ *ROOK COFFEE gosq.com NJ 00000000 066741 | 5.12 |
| 10-17 | 45452 - APPLE.COM/BILL 800-275-2273 CA 00000000 045452 | 5.99 |
| 10-17 | 81395 - SALT CREEK GRILL 714-7540144 NJ 00000000 081395 | 124.00 |
| 10-17 | 12979 - WEGMANS #009 OCEAN NJ 17812979 012979 | 158.30 |
| 10-18 | 62139 - SQ *ROOK COFFEE gosq.com NJ 00000000 062139 | 5.12 |
| 10-19 | 76253 - SQ *ROOK COFFEE gosq.com NJ 00000000 076253 | 5.12 |
| 10-19 | 33510499 WELLCARE ACH DEBITS | 12.90 |
| 10-21 | 11751 - SQ *ROOK COFFEE gosq.com NJ 00000000 011751 | 4.90 |
| 10-21 | 35520 - SXM *SIRIUSXM.COM 888-635-5144 NY 00000000 035520 | 33.98 |
| 10-24 | 48437 - SQ *ROOK COFFEE gosq.com NJ 00000000 048437 | 4.90 |
| 10-24 | 19976 - SQ *ROOK COFFEE gosq.com NJ 00000000 019976 | 5.12 |
| 10-24 | 5628 DDA BANK DEBIT APPLE COM BILL CUPERTINO CA 002 229708005628 | 12.78 |
| 10-24 | 7056 - WEGMANS #009 OCEAN NJ 18107056 007056 | 12.93 |
| 10-24 | 20838 - ZACHARY'S W LONG BRANCH NJ 00000000 020838 | 26.59 |
| 10-24 | 56032 - SHREWSBURY CAR W SHREWSBURY NJ 00000000 056032 | 35.14 |

GEORGE S ARIO TIS

## Free Personal Check Account

Account number: 17007747

### Withdrawals and Other Debits (cont.)

| Date | Description | Amount |
|---|---|---|
| 10-24 | 8438 - FOUR WINDS RESTA 732-2233010 NJ 76206706 008438 | 221.00 |
| 10-24 | 3335750 DIRECTV DIRECTV | 287.00 |
| 10-24 | 22124217102022 FORD CREDIT AUTO PYMT | 592.60 |
| 10-25 | 8629 - SQ *ROOK COFFEE gosq.com NJ 00000000 008629 | 4.13 |
| 10-25 | 100012356661 FIRSTENERGY OPCO FE ECHECK | 1,103.12 |
| 10-26 | 2638 - SQ *ROOK COFFEE gosq.com NJ 00000000 002638 | 5.11 |
| 10-27 | 55321 - SQ *ROOK COFFEE gosq.com NJ 00000000 055321 | 3.75 |
| 10-27 | 329996 - PAYPAL *NICKSPIZ San Jose CA 69424885 102611329996 | 22.48 |
| 10-28 | 3819 - SQ *ROOK COFFEE gosq.com NJ 00000000 003819 | 5.12 |
| 10-28 | 486198 DDA BANK DEBIT APPLE COM BILL CUPERTINO CA 002 230109486198 | 6.39 |
| 10-28 | AHC3015109 AETNA HEALTH INS INS PYMT | 218.33 |
| 10-31 | 51214 - APPLE.COM/BILL 408-974-1010 CA 00000000 051214 | 0.99 |
| 10-31 | 59965 - SQ *ROOK COFFEE gosq.com NJ 00000000 059965 | 5.12 |
| 10-31 | 3672 - SQ *ROOK COFFEE gosq.com NJ 00000000 003672 | 5.12 |
| 10-31 | 74227 - FIVE GUYS NJ0381 610-380-2238 NJ 55674227 074227 | 27.99 |
| 10-31 | 47340 - PAYPAL *NEWBALAN San Jose CA 69424885 102807047340 | 64.99 |
| 10-31 | 8740 - PATRICKS GRILLE NEPTUNE CITY NJ 03630933 008740 | 141.90 |
| 10-31 | 45201 - BJS WHOLESALE #0 OAKHURST NJ 00000000 045201 | 251.01 |
| 10-31 | 16568401 OPTIMUM 7866 CABLE PMNT | 221.82 |







286 $70.20 10/3/2022

286 $70.20 10/3/2022







290 $300.00 10/3/2022

290 $300.00 10/3/2022







291 $250.00 10/11/2022

291 $250.00 10/11/2022







292 $310.00 10/12/2022

292 $310.00 10/12/2022







293 $700.00 10/17/2022

293 $700.00 10/17/2022







294 $600.00 10/24/2022

294 $600.00 10/24/2022


GEORGE SARIOTIS
1801 PITNEY STREET
OAKHURST, NJ 07755
295
Date
Pay to the Order of George Sariotis $ 430.00
Four Hundred Thirty and 00/100 Dollars
AMBOY Bank OCEAN OFFICE 17 OAKHURST, NJ 07755 www.amboybank.com
For


BOFD>021204416<
Ocean
2022-10-27 Business Date
1773218607 Trace Number
688391335

295 $430.00 10/27/2022

295 $430.00 10/27/2022


GEORGE SARIOTIS
1801 PITNEY STREET
OAKHURST, NJ 07755
297
55-441/212 17
Date
Pay to the Order of George Sariotis $ 250.00
Two Hundred Fifty and 00/100 Dollars
AMBOY Bank OCEAN OFFICE 17 OAKHURST, NJ 07755 www.amboybank.com
For


BOFD>021204416<
Ocean
2022-10-31 Business Date
1773458656 Trace Number
722434506

297 $250.00 10/31/2022

297 $250.00 10/31/2022

**CHANGE OF ADDRESS**

**NAME:** ______________________________

**NEW ADDRESS:** ______________________________
Street and Number City State Zip Code

**TYPE OF ACCOUNTS MAINTAINED AND ACCOUNT NUMBERS:**

❑ Checking ........................ ❑ Loan ........................ ❑ Safe Deposit Box ( ........................ )
❑ Savings ........................ ❑ Certificate ........................ ❑ Other (describe below)

**SPECIAL INSTRUCTIONS**

Date: ____________________ Authorized Signature: ____________________

CUT ALONG DOTTED LINE AND MAIL OR TAKE TO BANK

## RECONCILEMENT FORM

**CHECKS OUTSTANDING**

| NUMBER | AMOUNT |
|---|---|
| | |

**TO PROVE BALANCE AS SHOWN ON YOUR STATEMENT**

1. Deduct all bank charges from your checkbook, add interest paid if applicable.
2. Sort your checks numerically.
3. Check off on the stubs of your checkbook each check listed as paid by the Bank and make a list of the numbers and amounts of those still outstanding in the spaces provided at the left. Be sure to include all checks still outstanding from your previous statement. To the sum of the outstanding checks add the balance as shown in your checkbook.
4. List below deposits which do not appear on this statement and add to the total the balance as shown by the statement.

The two results should agree and if so, this statement is correct.

| | | | |
|---|---|---|---|
| TOTAL CHECKS OUTSTANDING | | DEPOSITS NOT SHOWN ON STATEMENT | |
| CHECKBOOK BALANCE | | STATEMENT BALANCE | |
| **TOTAL** | | **TOTAL** | |

IF CORRECT THESE SHOULD AGREE

WORK SPACE

PLEASE EXAMINE AND RECONCILE YOUR STATEMENT & IMAGED CHECKS IMMEDIATELY

## Amboy Bank Error Resolution Notice

In case of errors, or questions about your account statement, including, but not limited to any unauthorized debit against your account from any source, including but not limited to, forged and altered checks, interest paid or charges assessed (if applicable), or if you need more information about a transaction on the statement, please call 732-591-2530 or write us at:

Amboy Bank
Customer Service
3590 US Highway 9
Old Bridge, NJ 08857

We must hear from you no later than 20 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Tell us the dollar amount of the suspected error.
- Describe the error you are unsure about and explain as clearly as you can why you need further information.

We will promptly investigate the matter and will call or write you within 10 business days of notification.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your statement that are not in question.

If you fail to notify the Bank within 20 days from the date the statement is mailed, the accuracy of the items on the statement shall be considered final.

## Electronic Funds Transfer

In Case of Errors or Questions About Your Electronic Transfers, Telephone us 732-591-2530 or Write us at:

Amboy Bank
Customer Service
3590 US Highway 9
Old Bridge, NJ 08857

as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**Information 24 Hours A Day • AmboyNET-www.amboybank.com • Amboy 24Telephone Banking 1-877-24-AMBOY**
**Contact us at 1-800-94-AMBOY or mailbox@amboybank.com**

**AMBY**