For the period 10-01-2022 to 10-31-2022 Page 1 of 1
019 017 B-030-000-00000001

For customer service
or current rates
call: 732-591-2530

Write to:
Amboy Bank
3590 U. S. Highway 9
Old Bridge, NJ 08857

Visit us at
www.amboybank.com

Amboy 24
(Telephone Banking)
call 1-877-24AMBOY

000000000000000000000000000000000000000000000
000000000000000000000000000000000000000000000

**CINDY R SARIOTIS**
**DEBTOR IN POSSESSION**
**1801 Pitney Street Oakhurst**
**Ocean Township NJ 07755-2840**

**Annual Food Drive**

**We will be collecting for local food banks**
**throughout the month of November.**
**Drop off your donations at your local branch.**

## Free Personal Check Account

**Account number: 17008565**

### Account Balance Summary

| | |
|---|---|
| Beginning Balance on 09-30 | $1,798.16 |
| Deposits and other credits (+) | $1,807.90 |
| Withdrawals, checks and other debits (-) | $1,826.90 |
| Ending Balance on 10-31 | $1,779.16 |

### Deposits and Other Credits

| Date | Description | Amount |
|---|---|---|
| 10-14 | 74606308668 9BZ S M GK LLC DIRECT DEP | 903.95 |
| 10-31 | 46506445118 9BZ S M GK LLC DIRECT DEP | 903.95 |

### Checks

| Check # | Date | Amount |
|---|---|---|
| 108 | 10-17 | 350.00 |

### Withdrawals and Other Debits

| Date | Description | Amount |
|---|---|---|
| 10-05 | 20437 - OAKHURST DENTAL OAKHURST NJ 00000000 020437 | 200.00 |
| 10-11 | 339362 - SQ *OUR COTTAGE, OCEAN TOWNSHI NJ 77827301 2284143 | 34.12 |
| 10-11 | 96916 - SUPER FOODTOWN # RED BANK NJ 1 096916 | 138.78 |
| 10-11 | 043000097936312 NORDSTROM PAYMENT | 400.00 |
| 10-14 | 36091 - TST* The Bakers Shrewsbury NJ 00000000 036091 | 30.00 |
| 10-17 | 430880679877998 CITI CARD ONLINE PAYMENT | 600.00 |
| 10-25 | 20738 - J. JILL STORE 13 SHREWSBURY NJ 00000000 020738 | 74.00 |



CINDY R. SARIOTIS
1801 PITNEY STREET
OCEAN TOWNSHIP, NJ 07755-2840

108
55-441/212
17

Date 10/15/22

Pay to the Order of george sariotis $ 350.00

three hundred fifty and xx/100 Dollars

AMBOY Bank OCEAN OFFICE 17 OAKHURST, NJ 07755 www.amboybank.com

For

cindy r. sariotis

⑆021204416⑆ ⑈170⑈0856⑈5⑈ 0108

108 $350.00 10/17/2022



BOFD>021204416<
Ocean
2022-10-17 Business Date
1772249034 Trace Number
601647000

108 $350.00 10/17/2022

**CHANGE OF ADDRESS**

**NAME:** ______________________________

**NEW ADDRESS:** ______________________________
Street and Number City State Zip Code

**TYPE OF ACCOUNTS MAINTAINED AND ACCOUNT NUMBERS:**

❑ Checking .................... ❑ Loan .................... ❑ Safe Deposit Box ( .................... )
❑ Savings .................... ❑ Certificate .................... ❑ Other (describe below)

**SPECIAL INSTRUCTIONS**

Date: ____________________ Authorized Signature: ____________________

CUT ALONG DOTTED LINE AND MAIL OR TAKE TO BANK

## RECONCILEMENT FORM

**CHECKS OUTSTANDING**

| NUMBER | AMOUNT | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**TO PROVE BALANCE AS SHOWN ON YOUR STATEMENT**

1. Deduct all bank charges from your checkbook, add interest paid if applicable.
2. Sort your checks numerically.
3. Check off on the stubs of your checkbook each check listed as paid by the Bank and make a list of the numbers and amounts of those still outstanding in the spaces provided at the left. Be sure to include all checks still outstanding from your previous statement. To the sum of the outstanding checks add the balance as shown in your checkbook.
4. List below deposits which do not appear on this statement and add to the total the balance as shown by the statement.

The two results should agree and if so, this statement is correct.

| | | | | | |
|---|---|---|---|---|---|
| | | | DEPOSITS NOT SHOWN ON STATEMENT | | |
| | | | | | |
| TOTAL CHECKS OUTSTANDING | | | | | |
| CHECKBOOK BALANCE | | | STATEMENT BALANCE | | |
| **TOTAL** | | | **TOTAL** | | |

IF CORRECT THESE SHOULD AGREE

WORK SPACE

PLEASE EXAMINE AND REPORT IF YOUR STATEMENT & IMAGED CHECKS IMMEDIATELY

## Amboy Bank Error Resolution Notice

In case of errors, or questions about your account statement, including, but not limited to any unauthorized debit against your account from any source, including but not limited to, forged and altered checks, interest paid or charges assessed (if applicable), or if you need more information about a transaction on the statement, please call 732-591-2530 or write us at:

Amboy Bank
Customer Service
3590 US Highway 9
Old Bridge, NJ 08857

We must hear from you no later than 20 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Tell us the dollar amount of the suspected error.
- Describe the error you are unsure about and explain as clearly as you can why you need further information.

We will promptly investigate the matter and will call or write you within 10 business days of notification.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your statement that are not in question.

If you fail to notify the Bank within 20 days from the date the statement is mailed, the accuracy of the items on the statement shall be considered final.

## Electronic Funds Transfer

In Case of Errors or Questions About Your Electronic Transfers, Telephone us 732-591-2530 or Write us at:

Amboy Bank
Customer Service
3590 US Highway 9
Old Bridge, NJ 08857

as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.