For customer service
or current rates
call: 732-591-2530

Write to:
Amboy Bank
3590 U. S. Highway 9
Old Bridge, NJ 08857

Visit us at
www.amboybank.com

Amboy 24
(Telephone Banking)
call 1-877-24AMBOY

0000000000000000000000000000000000000000000
0000000000000000000000000000000000000000000

**GEORGE SARIOTIS**
**DEBTOR IN POSSESSION**
**1801 PITNEY STREET**
**OAKHURST NJ 07755**

**Annual Food Drive**

**We will be collecting for local food banks**
**throughout the month of November.**
**Drop off your donations at your local branch.**

## Free Personal Check Account

**Account number: 17007747**

### Account Balance Summary

| | |
|---|---|
| Beginning Balance on 10-31 | $4,137.41 |
| Deposits and other credits (+) | $7,933.76 |
| Withdrawals, checks and other debits (-) | $8,800.14 |
| Ending Balance on 11-30 | $3,271.03 |

### Deposits and Other Credits

| Date | Description | Amount |
|---|---|---|
| 11-04 | 450053433033QFX BURKE CONSTRUCTI DIRECT DEP | 1,331.19 |
| 11-10 | 941724432518QFX BURKE CONSTRUCTI DIRECT DEP | 1,331.19 |
| 11-18 | 390086472980QFX BURKE CONSTRUCTI DIRECT DEP | 1,331.19 |
| 11-23 | XXXXX3126A SSA SSA TREAS 310 XXSOC SEC | 2,609.00 |
| 11-25 | 929726683598QFX BURKE CONSTRUCTI DIRECT DEP | 1,331.19 |

### Checks

| Check # | Date | Amount |
|---|---|---|
| 296* | 11-08 | 220.00 |
| 299 | 11-07 | 400.00 |
| 300 | 11-14 | 300.00 |
| 301 | 11-18 | 450.00 |
| 302 | 11-21 | 320.00 |
| 303 | 11-29 | 70.20 |
| 304 | 11-22 | 350.00 |
| 305 | 11-25 | 165.00 |
| 306 | 11-28 | 350.00 |

*Indicates a gap in check number sequence

GEORGE SARIOTIS

## Free Personal Check Account

Account number: 17007747

### Withdrawals and Other Debits

| Date | Description | Amount |
|---|---|---|
| 11-01 | 32699 - SQ *ROOK COFFEE gosq.com NJ 00000000 032699 | 4.13 |
| 11-01 | 40198076 Credit One Bank Payment | 100.00 |
| 11-02 | 22652 - MMC PARKING GARA OCEANPORT NJ 00000000 022652 | 4.00 |
| 11-02 | 2985 - SQ *ROOK COFFEE gosq.com NJ 00000000 002985 | 4.13 |
| 11-02 | 100352 DDA BANK DEBIT APPLE COM BILL CUPERTINO CA 002 230609100352 | 4.99 |
| 11-02 | 37646 - ARROW PEST CONTR MORGANVILLE NJ 03659666 037646 | 42.65 |
| 11-02 | 3038277WM INNESOTA LIFE AS FLEXPAY | 1,250.00 |
| 11-03 | 99267 - SQ *ROOK COFFEE gosq.com NJ 00000000 099267 | 4.13 |
| 11-03 | 97100 - HP *INSTANT INK 855-785-2777 CA 00000000 097100 | 12.78 |
| 11-03 | ACC6473477 Accendo Ins INS PYMT | 136.82 |
| 11-04 | 84610 - GOOGLE *Google S 855-836-3987 CA 00000000 084610 | 1.99 |
| 11-04 | ST-W2N2H8V5B1T4 Mission Lane Vis Mission La | 100.00 |
| 11-07 | 11118 - SQ *ROOK COFFEE gosq.com NJ 00000000 011118 | 4.13 |
| 11-07 | 94454 - SQ *ROOK COFFEE gosq.com NJ 00000000 094454 | 4.90 |
| 11-07 | 63435 - SQ *ROOK COFFEE gosq.com NJ 00000000 063435 | 5.12 |
| 11-07 | 12205 - SQ *ROOK COFFEE gosq.com NJ 00000000 012205 | 8.25 |
| 11-07 | 73750 - AMZN Mktp US*H07 Amzn.com/bill WA 00000000 073750 | 14.87 |
| 11-07 | 11368 - Amazon.com*H20UH Amzn.com/bill WA 00000000 011368 | 20.25 |
| 11-07 | 40235 - SHREWSBURY CAR W SHREWSBURY NJ 00000000 040235 | 29.81 |
| 11-07 | 1423 - BJS WHOLESALE #0 OAKHURST NJ 00000000 001423 | 129.37 |
| 11-07 | XXXXX7003IDP2D ATT Payment | 383.90 |
| 11-08 | 7866 - SQ *ROOK COFFEE gosq.com NJ 00000000 007866 | 5.11 |
| 11-08 | 38044 - TST* Deal Lake B Loch Arbour NJ 00000000 038044 | 292.13 |
| 11-09 | 17102 - SQ *ROOK COFFEE gosq.com NJ 00000000 017102 | 5.12 |
| 11-09 | 383081 DDA BANK DEBIT NETFLIX COM LOS GATOS CA 004 231309383081 | 10.65 |
| 11-09 | XXXXX2002EVR1H ATT Payment | 425.01 |
| 11-10 | 28703 - SQ *ROOK COFFEE gosq.com NJ 00000000 028703 | 4.13 |
| 11-14 | 38165 - SQ *ROOK COFFEE gosq.com NJ 00000000 038165 | 4.13 |
| 11-14 | 32260 - SQ *ROOK COFFEE gosq.com NJ 00000000 032260 | 4.13 |
| 11-14 | 8167 - SQ *ROOK COFFEE gosq.com NJ 00000000 008167 | 5.12 |
| 11-14 | 25639 - APPLE.COM/BILL 866-712-7753 CA 00000000 025639 | 5.99 |
| 11-14 | 30266 - APPLE.COM/BILL 866-712-7753 CA 00000000 030266 | 7.99 |
| 11-14 | 62100 - GOODRX GOLD HTTPSWWW.GOOD CA JOM3OSVN 062100 | 9.99 |
| 11-14 | 25156 - AMZN Mktp US*HB0 Amzn.com/bill WA 00000000 025156 | 19.93 |
| 11-14 | 58603 - SHOPRITE SHREWSB SHREWSBURY NJ 00000000 058603 | 136.51 |
| 11-14 | AMERICAN WATER AMERICAN WATER EBILLPAY | 366.74 |
| 11-15 | 93674 - SQ *ROOK COFFEE gosq.com NJ 00000000 093674 | 4.13 |
| 11-15 | 191218 - PAYPAL *NICKSPIZ San Jose CA 69424885 111411191218 | 22.48 |
| 11-15 | 2499 - CBD FOR LIFE 732-5448295 FL 71004114 002499 | 63.57 |
| 11-16 | 65811 - SQ *ROOK COFFEE gosq.com NJ 00000000 065811 | 5.12 |
| 11-16 | 38708 - WEGMANS #009 OCEAN NJ 20738708 038708 | 150.24 |
| 11-16 | 192453 - SQ *NATUROPAWTHI RED BANK NJ 77827301 231917192453 | 241.01 |
| 11-17 | 3334 - SQ *ROOK COFFEE gosq.com NJ 00000000 003334 | 4.13 |
| 11-17 | 85559 - APPLE.COM/BILL 866-712-7753 CA 00000000 085559 | 5.99 |
| 11-18 | 95231 - SQ *ROOK COFFEE gosq.com NJ 00000000 095231 | 4.13 |

GEORGE SARIOTIS

**Free Personal Check Account** Account number: 17007747

## Withdrawals and Other Debits (cont.)

| Date | Description | Amount |
|---|---|---|
| 11-18 | 327832 - PAYPAL *TARGETCO San Jose CA 69424885 111711327832 | 35.15 |
| 11-18 | 33510499 WELLCARE ACH DEBITS | 12.90 |
| 11-21 | 34520 - SQ *ROOK COFFEE gosq.com NJ 00000000 034520 | 4.13 |
| 11-21 | 86951 - SQ *ROOK COFFEE gosq.com NJ 00000000 086951 | 4.13 |
| 11-21 | 67373 - SQ *ROOK COFFEE gosq.com NJ 00000000 067373 | 4.90 |
| 11-21 | 25284 - SXM *SIRIUSXM.COM 888-635-5144 NY 00000000 025284 | 33.98 |
| 11-21 | 13673 - MR. SHRIMP BELMAR NJ 00000000 013673 | 100.00 |
| 11-21 | 61095 - BJS WHOLESALE #0 OAKHURST NJ 00000000 061095 | 121.85 |
| 11-22 | 63422 - SQ *ROOK COFFEE gosq.com NJ 00000000 063422 | 4.13 |
| 11-22 | 22293554112122 FORD CREDIT AUTO PYMT | 551.26 |
| 11-23 | 20854 - SQ *ROOK COFFEE gosq.com NJ 00000000 020854 | 5.12 |
| 11-23 | 361111 - PAYPAL *NICKSPIZ San Jose CA 69424885 112208361111 | 36.85 |
| 11-25 | 73260 - SQ *ROOK COFFEE gosq.com NJ 00000000 073260 | 4.90 |
| 11-25 | 132266 DDA BANK DEBIT APPLE COM BILL CUPERTINO CA 002 232808132266 | 12.78 |
| 11-28 | 38929 - SQ *ROOK COFFEE gosq.com NJ 00000000 038929 | 4.13 |
| 11-28 | 85925 - SQ *ROOK COFFEE gosq.com NJ 00000000 085925 | 4.90 |
| 11-28 | 81806 - SQ *ROOK COFFEE gosq.com NJ 00000000 081806 | 5.12 |
| 11-28 | 442645 DDA BANK DEBIT APPLE COM BILL CUPERTINO CA 002 233209442645 | 6.39 |
| 11-28 | 52222 - SHREWSBURY CAR W SHREWSBURY NJ 00000000 052222 | 36.20 |
| 11-28 | 63776 - MONMOUTH BOTTLE OAKHURST NJ 76584450 063776 | 51.81 |
| 11-28 | 450570 - PAYPAL *TARGETCO San Jose CA 69424885 112602450570 | 54.44 |
| 11-28 | 234580 - PAYPAL *ZAPPOSCO San Jose CA 69424885 112804234580 | 65.95 |
| 11-28 | 53756 - HUDDYS INN COLTS NECK NJ 48253756 053756 | 73.00 |
| 11-28 | 24359991112422 NJ NATURALGAS EBILL | 106.77 |
| 11-29 | 23988 - APPLE.COM/BILL 866-712-7753 CA 00000000 023988 | 0.99 |
| 11-29 | 32193 - SQ *ROOK COFFEE gosq.com NJ 00000000 032193 | 4.13 |
| 11-29 | 80009 - NICK'S PIZZA OCEAN NJ 77393720 080009 | 20.02 |
| 11-29 | 80502 - CBD FOR LIFE 732-5448295 FL 71004114 080502 | 83.97 |
| 11-29 | 40198076 Credit One Bank Payment | 200.00 |
| 11-29 | AHC3015109 AETNA HEALTH INS INS PYMT | 218.33 |
| 11-29 | 16568401 OPTIMUM 7866 CABLE PMNT | 231.89 |
| 11-30 | 6724 - SQ *ROOK COFFEE gosq.com NJ 00000000 006724 | 5.12 |


GEORGE SARIOTIS
1801 PITNEY STREET
OAKHURST, NJ 07755
296
10/29/22
Pay to the Order of Jane's Optical $220.00
Two Hundred Twenty and 00/100 Dollars
AMBOY Bank OCEAN OFFICE 17 OAKHURST, NJ 07755 www.amboybank.com
For Glasses
⑆021204416⑆ ⑈170⑉0774⑈7⑈ 0296




296 $220.00 11/8/2022

296 $220.00 11/8/2022


GEORGE SARIOTIS
1801 PITNEY STREET
OAKHURST, NJ 07755
299
11/5/22
Pay to the Order of George Sariotis $400.00
Four Hundred and 00/100 Dollars
AMBOY Bank OCEAN OFFICE 17 OAKHURST, NJ 07755 www.amboybank.com
⑆021204416⑆ ⑈170⑉0774⑈7⑈ 0299




299 $400.00 11/7/2022

299 $400.00 11/7/2022


GEORGE SARIOTIS
1801 PITNEY STREET
OAKHURST, NJ 07755
300
11/11/22
Pay to the Order of George Sariotis $300.00
Three Hundred and 00/100 Dollars
AMBOY Bank OCEAN OFFICE 17 OAKHURST, NJ 07755 www.amboybank.com
⑆021204416⑆ ⑈170⑉0774⑈7⑈ 0300




300 $300.00 11/14/2022

300 $300.00 11/14/2022


GEORGE SARIOTIS
1801 PITNEY STREET
OAKHURST, NJ 07755
301
11/18/22
Pay to the Order of George Sariotis $450.00
Four Hundred Fifty and 00/100 Dollars
AMBOY Bank OCEAN OFFICE 17 OAKHURST, NJ 07755 www.amboybank.com
⑆021204416⑆ ⑈170⑉0774⑈7⑈ 0301




301 $450.00 11/18/2022

301 $450.00 11/18/2022


GEORGE SARIOTIS
1801 PITNEY STREET
OAKHURST, NJ 07755
302
11/19/22
Pay to the Order of George Sariotis $320.00
Three Hundred Twenty and 00/100 Dollars
AMBOY Bank OCEAN OFFICE 17 OAKHURST, NJ 07755 www.amboybank.com
⑆021204416⑆ ⑈170⑉0774⑈7⑈ 0302




302 $320.00 11/21/2022

302 $320.00 11/21/2022


GEORGE SARIOTIS
1801 PITNEY STREET
OAKHURST, NJ 07765
303
11/21/22
Pay to the Order of Silver Script Ins Co $70.20
Seventy and 20/100 Dollars
AMBOY Bank OCEAN OFFICE 17 OAKHURST, NJ 07755 www.amboybank.com
For G8C876690
⑆021204416⑆ ⑈170⑉0774⑈7⑈ 0303




303 $70.20 11/29/2022

303 $70.20 11/29/2022


GEORGE SARIOTIS
1801 PITNEY STREET
OAKHURST, NJ 07755

304

Pay to the Order of George Sariotis $ 350.00

Three Hundred Fifty and 00/100 Dollars

AMBOY Bank OCEAN OFFICE 17 OAKHURST, NJ 07755 www.amboybank.com

⑆021204416⑆ ⑈170⑈0774⑈7⑈ 0304

304 $350.00 11/22/2022


BOFD>021204416<
Ocean
2022-11-22 Business Date
1775634211 Trace Number
913754828

304 $350.00 11/22/2022


GEORGE SARIOTIS
1801 PITNEY STREET
OAKHURST, NJ 07755

305

55-441/212 17

Date 11/23/22

Pay to the Order of $ 165.00

AMBOY Bank OCEAN OFFICE 17 OAKHURST, NJ 07755 www.amboybank.com

⑆021204416⑆ ⑈170⑈0774⑈7⑈ 0305

305 $165.00 11/25/2022



305 $165.00 11/25/2022


GEORGE SARIOTIS
1801 PITNEY STREET
OAKHURST, NJ 07755

306

55-441/212 17

Pay to the Order of George Sariotis $ 350.00

Three Hundred Fifty and 00/100 Dollars

AMBOY Bank OCEAN OFFICE 17 OAKHURST, NJ 07755 www.amboybank.com

For Clean, Food

⑆021204416⑆ ⑈170⑈0774⑈7⑈ 0306

306 $350.00 11/28/2022


BOFD>021204416<
Ocean
2022-11-28 Business Date
1775930029 Trace Number
964964096

306 $350.00 11/28/2022

**CHANGE OF ADDRESS**

**NAME:** ______________________________

**NEW ADDRESS:** ______________________________
Street and Number — City — State — Zip Code

**TYPE OF ACCOUNTS MAINTAINED AND ACCOUNT NUMBERS:**

- ❑ Checking ..................
- ❑ Loan ..................
- ❑ Safe Deposit Box ( .................. )
- ❑ Savings ..................
- ❑ Certificate ..................
- ❑ Other (describe below)

**SPECIAL INSTRUCTIONS**

Date: ____________________ Authorized Signature: ____________________

CUT ALONG DOTTED LINE AND MAIL OR TAKE TO BANK

## RECONCILEMENT FORM

**CHECKS OUTSTANDING**

| NUMBER | AMOUNT | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL CHECKS OUTSTANDING | | |
| CHECKBOOK BALANCE | | |
| **TOTAL** | | |

| DEPOSITS NOT SHOWN ON STATEMENT | | |
|---|---|---|
| | | |
| | | |
| | | |
| STATEMENT BALANCE | | |
| **TOTAL** | | |

IF CORRECT THESE SHOULD AGREE

WORK SPACE

**TO PROVE BALANCE AS SHOWN ON YOUR STATEMENT**

1. Deduct all bank charges from your checkbook, add interest paid if applicable.
2. Sort your checks numerically.
3. Check off on the stubs of your checkbook each check listed as paid by the Bank and make a list of the numbers and amounts of those still outstanding in the spaces provided at the left. Be sure to include all checks still outstanding from your previous statement. To the sum of the outstanding checks add the balance as shown in your checkbook.
4. List below deposits which do not appear on this statement and add to the total the balance as shown by the statement.

The two results should agree and if so, this statement is correct.

PLEASE EXAMINE AND RECONCILE YOUR STATEMENT & IMAGED CHECKS IMMEDIATELY

## Amboy Bank Error Resolution Notice

In case of errors, or questions about your account statement, including, but not limited to any unauthorized debit against your account from any source, including but not limited to, forged and altered checks, interest paid or charges assessed (if applicable), or if you need more information about a transaction on the statement, please call 732-591-2530 or write us at:

Amboy Bank
Customer Service
3590 US Highway 9
Old Bridge, NJ 08857

We must hear from you no later than 20 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Tell us the dollar amount of the suspected error.
- Describe the error you are unsure about and explain as clearly as you can why you need further information.

We will promptly investigate the matter and will call or write you within 10 business days of notification.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your statement that are not in question.

If you fail to notify the Bank within 20 days from the date the statement is mailed, the accuracy of the items on the statement shall be considered final.

## Electronic Funds Transfer

In Case of Errors or Questions About Your Electronic Transfers, Telephone us 732-591-2530 or Write us at:

Amboy Bank
Customer Service
3590 US Highway 9
Old Bridge, NJ 08857

as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.