**For the period 12-01-2022 to 12-30-2022** 
019 017 B-030-000-00000007

For customer service or current rates call: 732-591-2530

Write to:
Amboy Bank
3590 U. S. Highway 9
Old Bridge, NJ 08857

Visit us at www.amboybank.com

Amboy 24 (Telephone Banking) call 1-877-24AMBOY

00000000000000000000000000000000000000000000
00000000000000000000000000000000000000000000

**GEORGE SARIOTIS**
**DEBTOR IN POSSESSION**
**1801 PITNEY STREET**
**OAKHURST NJ 07755**

**Federal law requires us to tell you how we collect, share, and protect your personal information. Our privacy policy has not changed. You may review the notice at www.amboybank.com. Or we will mail you a free copy - just call (877.22.AMBOY).**

## Free Personal Check Account

**Account number: 17007747**

### Account Balance Summary

| | |
|---|---|
| Beginning Balance on 11-30 | $3,271.03 |
| Deposits and other credits (+) | $12,557.41 |
| Withdrawals, checks and other debits (-) | $8,691.41 |
| Ending Balance on 12-30 | $7,137.03 |

### Deposits and Other Credits

| Date | Description | Amount |
|---|---|---|
| 12-02 | 930326587634QFX BURKE CONSTRUCTI DIRECT DEP | 1,331.19 |
| 12-09 | 643083688222QFX BURKE CONSTRUCTI DIRECT DEP | 1,331.19 |
| 12-16 | 749061987597QFX BURKE CONSTRUCTI DIRECT DEP | 1,331.19 |
| 12-23 | DEPOSIT | 3,242.50 |
| 12-23 | 570048220541QFX BURKE CONSTRUCTI DIRECT DEP | 1,331.19 |
| 12-28 | XXXXX3126A SSA SSA TREAS 310 XXSOC SEC | 2,609.00 |
| 12-30 | 97329 RETURN-REFUND Amazon.com Amzn.com/bill WA 00000000 097329 | 49.96 |
| 12-30 | 631063152470QFX BURKE CONSTRUCTI DIRECT DEP | 1,331.19 |

### Checks

| Check # | Date | Amount |
|---|---|---|
| 298* | 12-19 | 274.20 |
| 307 | 12-05 | 400.00 |
| 308 | 12-13 | 71.50 |
| 309 | 12-12 | 600.00 |
| 310 | 12-19 | 500.00 |
| 311* | 12-22 | 120.00 |
| 313 | 12-28 | 412.83 |

*Indicates a gap in check number sequence

GEORGE SARIOTIS

## Free Personal Check Account

**Account number: 17007747**

### Withdrawals and Other Debits

| Date | Description | Amount |
|---|---|---|
| 12-01 | 96160 - SQ *ROOK COFFEE gosq.com NJ 00000000 096160 | 5.28 |
| 12-01 | 41807 - Nike.com 800-8066453 CA 00000000 041807 | 55.00 |
| 12-01 | 2510451 DIRECTV DIRECTV | 288.00 |
| 12-02 | 22759 DDA BANK DEBIT APPLE COM BILL CUPERTINO CA 002 233609022759 | 6.99 |
| 12-02 | 36582 - ARROW PEST CONTR MORGANVILLE NJ 03659666 036582 | 42.65 |
| 12-02 | 283393 - SQ *NATUROPAWTHI RED BANK NJ 77827301 233519283393 | 114.09 |
| 12-02 | 124796 - PAYPAL *TARGETCO San Jose CA 69424885 120202124796 | 181.25 |
| 12-05 | 0290 - GOOGLE *Google S g.co/help pay# CA 00000000 000290 | 1.99 |
| 12-05 | 55340 - SQ *ROOK COFFEE gosq.com NJ 00000000 055340 | 4.13 |
| 12-05 | 40350 - SQ *ROOK COFFEE gosq.com NJ 00000000 040350 | 4.35 |
| 12-05 | 48643 - SQ *ROOK COFFEE gosq.com NJ 00000000 048643 | 4.90 |
| 12-05 | 97502 - HP *INSTANT INK 855-785-2777 CA 00000000 097502 | 12.78 |
| 12-05 | 60022 - ILLIANO'S CAFE EATONTOWN NJ 78055008 060022 | 81.00 |
| 12-05 | 70016 - GRANDE PREMIUM M 719-657-0942 CO 04064336 070016 | 113.22 |
| 12-05 | ACC6473477 Accendo Ins INS PYMT | 136.82 |
| 12-07 | 46406 - SQ *ROOK COFFEE gosq.com NJ 00000000 046406 | 4.13 |
| 12-07 | 23595 - SQ *ROOK COFFEE gosq.com NJ 00000000 023595 | 4.13 |
| 12-07 | 478198 - PAYPAL *ZAPPOSCO San Jose CA 69424885 120702478198 | 107.95 |
| 12-08 | 86816 - SQ *ROOK COFFEE gosq.com NJ 00000000 086816 | 4.13 |
| 12-08 | 56716 - APPLE.COM/BILL 866-712-7753 CA 00000000 056716 | 5.99 |
| 12-08 | 34359 - APPLE.COM/BILL 866-712-7753 CA 00000000 034359 | 7.99 |
| 12-08 | ST-A9F6H1G3D8D8 Mission Lane Vis Mission La | 150.00 |
| 12-09 | 31563 - SQ *ROOK COFFEE gosq.com NJ 00000000 031563 | 5.12 |
| 12-09 | 288842 DDA BANK DEBIT NETFLIX COM LOS GATOS CA 004 234306288842 | 10.65 |
| 12-09 | 0123 - EASTERN EMPIRE L OAKHURST NJ 00002909 000123 | 15.99 |
| 12-12 | 9823 - SQ *ROOK COFFEE gosq.com NJ 00000000 009823 | 4.13 |
| 12-12 | 12486 - SQ *ROOK COFFEE gosq.com NJ 00000000 012486 | 4.90 |
| 12-12 | 23013 - AMZN Mktp US*386 Amzn.com/bill WA 00000000 023013 | 18.07 |
| 12-12 | 0002 - GROSSMAN'S DELI OAKHURST NJ 00005772 000002 | 20.17 |
| 12-12 | 0019 - THE BAR ROOM LLC DEAL NJ 00002018 000019 | 78.00 |
| 12-12 | 30295 - FOUR WINDS RESTA 732-2233010 NJ 76206701 030295 | 117.00 |
| 12-12 | 60946 - BJS WHOLESALE #0 OAKHURST NJ 00000000 060946 | 179.78 |
| 12-12 | ST-I6D1C9C3D8V5 Mission Lane Vis Mission La | 300.00 |
| 12-13 | 37067 - SQ *ROOK COFFEE gosq.com NJ 00000000 037067 | 4.13 |
| 12-13 | 258227 - PAYPAL *NEWBALAN San Jose CA 69424885 121302258227 | 64.99 |
| 12-13 | 100012356661 FIRSTENERGY OPCO FE ECHECK | 230.85 |
| 12-14 | 46175 - SQ *ROOK COFFEE gosq.com NJ 00000000 046175 | 4.13 |
| 12-14 | 53962 - GOODRX GOLD HTTPSWWW.GOOD CA JOM3OSVN 053962 | 9.99 |
| 12-14 | 30012 - NICK'S PIZZA OCEAN NJ 77393720 030012 | 21.86 |
| 12-14 | 978035 - AMAZON.COM *IM07Q SEATTLE WA 00000000 FFLWSL | 30.91 |
| 12-15 | 15427 - SQ *ROOK COFFEE gosq.com NJ 00000000 015427 | 4.13 |
| 12-15 | 78960 - WEGMANS #009 OCEAN NJ 23578960 078960 | 144.20 |
| 12-16 | 49649 - SQ *ROOK COFFEE gosq.com NJ 00000000 049649 | 4.13 |
| 12-16 | 251651 DDA BANK DEBIT APPLE COM BILL CUPERTINO CA 002 235012251651 | 5.99 |

GEORGE SARIOTIS

## Free Personal Check Account    Account number: 17007747

### Withdrawals and Other Debits (cont.)

| Date | Description | Amount |
|---|---|---|
| 12-19 | 99577 - SQ *ROOK COFFEE gosq.com NJ 00000000 099577 | 4.13 |
| 12-19 | 63060 - SQ *ROOK COFFEE gosq.com NJ 00000000 063060 | 9.79 |
| 12-19 | 14022 - Amazon.com*OM552 Amzn.com/bill WA 00000000 014022 | 49.96 |
| 12-19 | 0023 - TUZZIO'S ITALIAN LONG BRANCH NJ 00009590 000023 | 95.00 |
| 12-19 | 35914 - LA SCARPETTA WEST LONG BRA NJ 03807518 035914 | 159.00 |
| 12-19 | 42066 - PAYPAL *KURUFOOT San Jose CA 69424885 121710042066 | 170.00 |
| 12-19 | 33510499 WELLCARE ACH DEBITS | 12.90 |
| 12-20 | 17829 - SQ *ROOK COFFEE gosq.com NJ 00000000 017829 | 4.13 |
| 12-20 | 22457034121922 FORD CREDIT AUTO PYMT | 551.26 |
| 12-21 | 83093 - SQ *ROOK COFFEE gosq.com NJ 00000000 083093 | 4.13 |
| 12-21 | 0001 - NICK'S PIZZA OCEAN NJ 77393720 000001 | 21.86 |
| 12-21 | 84825 - SXM *SIRIUSXM.COM 888-635-5144 NY 00000000 084825 | 33.98 |
| 12-22 | 23262 - SQ *ROOK COFFEE gosq.com NJ 00000000 023262 | 4.90 |
| 12-23 | 51327 - SQ *ROOK COFFEE gosq.com NJ 00000000 051327 | 5.12 |
| 12-23 | 488996 - PAYPAL *CHICK-FI San Jose CA 69424885 122302488996 | 28.02 |
| 12-27 | 27316 - SQ *ROOK COFFEE gosq.com NJ 00000000 027316 | 4.13 |
| 12-27 | 74716 - APPLE.COM/BILL 866-712-7753 CA 00000000 074716 | 19.17 |
| 12-27 | 466335 - PAYPAL *GPA San Jose CA 69424885 122610466335 | 27.48 |
| 12-27 | 658029 - AMAZON.COM *7Z6XI SEATTLE WA 00000000 FKOF8S | 30.92 |
| 12-27 | 129586 DDA BANK DEBIT PAYPAL *MYPILLOW San Jose CA 69034882 122608129586 | 100.15 |
| 12-28 | AHC3015109 AETNA HEALTH INS INS PYMT | 238.90 |
| 12-29 | 60807 - APPLE.COM/BILL 866-712-7753 CA 00000000 060807 | 0.99 |
| 12-29 | 66825 - AMZN Mktp US*UU0 Amzn.com/bill WA 00000000 066825 | 62.75 |
| 12-29 | AMERICAN WATER AMERICAN WATER EBILLPAY | 163.23 |
| 12-29 | 24579788122822 NJ NATURALGAS EBILL | 203.31 |
| 12-29 | XXXXX8003IVR2B ATT Payment | 819.99 |
| 12-30 | 72922 - AMZN Mktp US*7O6 Amzn.com/bill WA 00000000 072922 | 11.61 |
| 12-30 | 80008 - NICK'S PIZZA OCEAN NJ 77393720 080008 | 49.92 |
| 12-30 | 16568401 OPTIMUM 7866 CABLE PMNT | 221.47 |
| 12-30 | 9358556 DIRECTV DIRECTV | 287.00 |
| 12-30 | 100012356661 FIRSTENERGY OPCO FE ECHECK | 301.79 |


GEORGE SARIOTIS
1801 PITNEY STREET
OAKHURST, NJ 07755
298
55-441/212
Date 12/31/22
Pay to the Order of Michelle Dlugosz $ 274.20
Two Hundred Seventy Four and 20/100 Dollars
AMBOY Bank OCEAN OFFICE 17 OAKHURST, NJ 07755 www.amboybank.com
For In House Plan + Cleaning
⑆021204416⑆ ⑈170⑈0774⑈7⑈ 0298




298 $274.20 12/19/2022 | 298 $274.20 12/19/2022


GEORGE SARIOTIS
1801 PITNEY STREET
OAKHURST, NJ 07755
307
55-441/212
Date 12/3/22
Pay to the Order of George Sariotis $ 400.00
Four Hundred and 00/100 Dollars
AMBOY Bank OCEAN OFFICE 17 OAKHURST, NJ 07755 www.amboybank.com
For Cleaning, Food, Birthday
⑆021204416⑆ ⑈170⑈0774⑈7⑈ 0307




307 $400.00 12/5/2022 | 307 $400.00 12/5/2022


GEORGE SARIOTIS
1801 PITNEY STREET
OAKHURST, NJ 07755
308
55-441/212
Date 12/8/22
Pay to the Order of NJ Motor Vehicle Commission $ 71.50
Seventy One and 50/100 Dollars
AMBOY Bank OCEAN OFFICE 17 OAKHURST, NJ 07755 www.amboybank.com
For Honda 99 X91 JRY
⑆021204416⑆ ⑈170⑈0774⑈7⑈ 0308




308 $71.50 12/13/2022 | 308 $71.50 12/13/2022


GEORGE SARIOTIS
1801 PITNEY STREET
OAKHURST, NJ 07755
309
55-441/212
Date 12/10/22
Pay to the Order of George Sariotis $ 600.00
Six Hundred and 00/100 Dollars
AMBOY Bank OCEAN OFFICE 17 OAKHURST, NJ 07755 www.amboybank.com
For Vet, Clean, Food
⑆021204416⑆ ⑈170⑈0774⑈7⑈ 0309




309 $600.00 12/12/2022 | 309 $600.00 12/12/2022


GEORGE SARIOTIS
1801 PITNEY STREET
OAKHURST, NJ 07755
310
55-441/212
Date 12/17/22
Pay to the Order of George Sariotis $ 500.00
Five Hundred and 00/100 Dollars
AMBOY Bank OCEAN OFFICE 17 OAKHURST, NJ 07755 www.amboybank.com
For Christmas, Food, Clean
⑆021204416⑆ ⑈170⑈0774⑈7⑈ 0310




310 $500.00 12/19/2022 | 310 $500.00 12/19/2022


GEORGE SARIOTIS
1801 PITNEY STREET
OAKHURST, NJ 07755
311
55-441/212
Date 12/20/22
Pay to the Order of Dario Bacari $ 120.00
One Hundred Twenty and 00/100 Dollars
AMBOY Bank OCEAN OFFICE 17 OAKHURST, NJ 07755 www.amboybank.com
For Yard Cleanup
⑆021204416⑆ ⑈170⑈0774⑈7⑈ 0311




311 $120.00 12/22/2022 | 311 $120.00 12/22/2022


GEORGE SARIOTIS
1801 PITNEY STREET
OAKHURST, NJ 07755

313

Date

Pay to the Order of Raymour + Flanigan $ 412.83
Four Hundred Twelve and 83/100 Dollars

AMBOY Bank OCEAN OFFICE 17 OAKHURST, NJ 07755 www.amboybank.com

For

⑆021204416⑆ ⑈170⑈0774⑈7⑈ 0313

313 $412.83 12/28/2022


566248041525 152751 20221227 0000000017000774-7
TRN_DEBIT TAB7794 0.00
Ocean Township 0262 94004 5662 0002 0160
PAY TO THE ORDER OF TD BANK
FOR DEPOSIT ONLY
RAYMOUR & FLANIGAN

313 $412.83 12/28/2022

## CHANGE OF ADDRESS

**NAME:** ______________________________

**NEW ADDRESS:** ______________________________
Street and Number — City — State — Zip Code

**TYPE OF ACCOUNTS MAINTAINED AND ACCOUNT NUMBERS:**

- ❑ Checking ..........................
- ❑ Loan ..........................
- ❑ Safe Deposit Box ( .......................... )
- ❑ Savings ..........................
- ❑ Certificate ..........................
- ❑ Other (describe below)

**SPECIAL INSTRUCTIONS**

Date: ____________________ Authorized Signature: ______________________________

CUT ALONG DOTTED LINE AND MAIL OR TAKE TO BANK

## RECONCILEMENT FORM

**CHECKS OUTSTANDING**

| NUMBER | AMOUNT | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL CHECKS OUTSTANDING | | |
| CHECKBOOK BALANCE | | |
| TOTAL | | |

**TO PROVE BALANCE AS SHOWN ON YOUR STATEMENT**

1. Deduct all bank charges from your checkbook, add interest paid if applicable.
2. Sort your checks numerically.
3. Check off on the stubs of your checkbook each check listed as paid by the Bank and make a list of the numbers and amounts of those still outstanding in the spaces provided at the left. Be sure to include all checks still outstanding from your previous statement. To the sum of the outstanding checks add the balance as shown in your checkbook.
4. List below deposits which do not appear on this statement and add to the total the balance as shown by the statement.

The two results should agree and if so, this statement is correct.

| DEPOSITS NOT SHOWN ON STATEMENT | | |
|---|---|---|
| | | |
| | | |
| | | |
| STATEMENT BALANCE | | |
| TOTAL | | |

IF CORRECT THESE SHOULD AGREE

WORK SPACE

PLEASE EXAMINE AND RECONCILE YOUR STATEMENT & IMAGED CHECKS IMMEDIATELY

## Amboy Bank Error Resolution Notice

In case of errors, or questions about your account statement, including, but not limited to any unauthorized debit against your account from any source, including but not limited to, forged and altered checks, interest paid or charges assessed (if applicable), or if you need more information about a transaction on the statement, please call 732-591-2530 or write us at:

Amboy Bank
Customer Service
3590 US Highway 9
Old Bridge, NJ 08857

We must hear from you no later than 20 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Tell us the dollar amount of the suspected error.
- Describe the error you are unsure about and explain as clearly as you can why you need further information.

We will promptly investigate the matter and will call or write you within 10 business days of notification.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your statement that are not in question.

If you fail to notify the Bank within 20 days from the date the statement is mailed, the accuracy of the items on the statement shall be considered final.

## Electronic Funds Transfer

In Case of Errors or Questions About Your Electronic Transfers, Telephone us 732-591-2530 or Write us at:

Amboy Bank
Customer Service
3590 US Highway 9
Old Bridge, NJ 08857

as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**Information 24 Hours A Day • AmboyNET-www.amboybank.com • Amboy 24Telephone Banking 1-877-24-AMBOY**
**Contact us at 1-800-94-AMBOY or mailbox@amboybank.com**

AMBY