OMB Approval No. 2502-0265

# A. Settlement Statement (HUD-1)

| B. Type of Loan | | |
|---|---|---|
| 1. [] FHA 2. [] RHS 3. [X]Conv. UnIns.<br>4. [] VA 5. [] Conv. Ins. | 6. File Number: **ST-18814-22** | 7. Loan Number: |
| | FHA Case Number: | 8. Mortgage Insurance Case Number: **N/A** |
| **C. Note:** This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals. | | **Scott Title Services, LLC**<br>179 Avenue at the Common Suite 105B<br>Shrewsbury, New Jersey 07702<br>732-842-9900 |
| D. Name & Address of Borrower:<br><br>**Vincent Gifford**<br>**P. O. Box 525**<br>**Spring Lake, NJ 07762** | E. Name & Address of Seller:<br><br>**George Sariotis**<br>**Cindy Sariotis**<br>**1801 Pitney Street**<br>**Oakhurst, NJ 07755** | F. Name & Address of Lender: |
| G. Property Location:<br><br>**1801 Pitney Street**<br>**Oakhurst, NJ 07755**<br>**Block: 33 Lot: 105** | H. Settlement Agent:<br><br>**Richard R. Scott, Title Officer**<br>**Scott Title Services, LLC**<br>**179 Avenue at the Common, Suite 105B**<br>**Shrewsbury, New Jersey 07702** | I. Settlement Date:<br><br>**12/08/2022** |
| | Place of Settlement:<br><br>**179 Avenue at the Common, Ste 105B**<br>**Shrewsbury, New Jersey 07702** | Disbursement Date:<br><br>**12/08/2022** |

| **J. Summary of Borrower's Transaction** | | **K. Summary of Seller's Transaction** | |
|---|---|---|---|
| **100. Gross Amount Due from Borrower** | | **400. Gross Amount Due to Seller** | |
| 101. Contract sales price | $800,000.00 | 401. Contract sales price | $800,000.00 |
| 102. Personal property | | 402. Personal property | |
| 103. Settlement charges to borrower (line 1400) | $4,034.00 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| **Adjustments for items paid by seller in advance** | | **Adjustments for items paid by seller in advance** | |
| 106. City/town taxes to 12/7/2022 to 12/31/2022 | $860.89 | 406. City/town taxes to 12/7/2022 to 12/31/2022 | $860.89 |
| 107. County taxes to | | 407. County taxes to | |
| 108. Assessments to | | 408. Assessments to | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| **120. Gross Amount Due from Borrower** | $804,894.89 | **420. Gross Amount Due to Seller** | $800,860.89 |
| **200. Amounts Paid by or in Behalf of Borrower** | | **500. Reductions In Amount Due to Seller** | |
| 201. Deposit or earnest money | | 501. Excess deposit (see instructions) | |
| 202. Principal amount of new loan(s) | $0.00 | 502. Settlement charges to seller (line 1400) | $28,823.00 |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff of first mortgage loan Specialized Loan Ser | $190,967.35 |
| 205. | | 505. Payoff of second mortgage loan BSI | $273,792.03 |
| 206. | | 506. ***Payoff of 3rd, 4th, 5th mortgage loan to OceanFirst | $307,278.51 |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| **Adjustments for items unpaid by seller** | | **Adjustments for items unpaid by seller** | |
| 210. City/town taxes to | $0.00 | 510. City/town taxes to | $0.00 |
| 211. County taxes to | | 511. County taxes to | |
| 212. Assessments to | | 512. Assessments to | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| **220. Total Paid by/for Borrower** | $0.00 | **520. Total Reduction Amount Due Seller** | $800,860.89 |
| **300. Cash at Settlement from/to Borrower** | | **600. Cash at Settlement to/from Seller:** | |
| 301. Gross amount due from borrower (line 120) | $804,894.89 | 601. Gross amount due to seller (line 420) | $800,860.89 |
| 302. Less amounts paid by/for borrower (line 220) | $0.00 | 602. Less reduction in amount due seller (line 520) | $800,860.89 |
| 303. **Cash [ X] from [ ] to Borrower** | $804,894.89 | 603. **Cash [ X] to [ ] from Seller** | $0.00 |

The Public Reporting Burden for this collection of information is estimated at 35 minutes per response for collecting, reviewing, and reporting the data. This agency may not collect this information, and you are not required to complete this form, unless it displays a currently valid OMB control number. No confidentiality is assured; this disclosure is mandatory. This is designed to provide the parties to a RESPA covered transaction with information during the settlement process.

* POC = *Paid outside of closing by (B)orrower, (S)eller, (L)ender, (I)nvestor, Bro(K)er, **Credit by lender shown on page 1.

File Number: **ST-18814-22**

| **L. SETTLEMENT CHARGES** | | | |
|---|---|---|---|
| **700. Total Real Estate Broker Fees** | | **Paid From Borrower's Funds at Settlement** | **Paid From Seller's Funds at Settlement** |
| Division of Commission (line 700) as follows: | | | |
| 701. $24,000.00 to: Burke & Manna | | | |
| 702. $0.00 to: | | | |
| 703. Commission paid at Settlement | | | $24,000.00 |
| 704. | | | |
| 705 | | | |
| **800. Items Payable in Connection with Loan** | | | |
| 801. Our origination charge | (fromGFE #1) | | |
| 802. Your credit or charge (points) for the specific interest rate chosen | (fromGFE #2) | | |
| 803. Your adjusted origination charges | (fromGFE A) | | |
| 804. Appraisal fee to | (fromGFE #3) | | |
| 805. Credit report to | (fromGFE #3) | | |
| 806. Tax service to | (fromGFE #3) | | |
| 807. Flood certification | (fromGFE #3) | | |
| 808. | (fromGFE #3) | | |
| 809. | (fromGFE #3) | | |
| 810. | (fromGFE #3) | | |
| 811. | (fromGFE #3) | | |
| **900. Items Required by Lender to Be Paid in Advance** | | | |
| 901. Daily interest charges | (fromGFE #10) | | |
| 902. Mortgage insurance premium | (fromGFE #3) | | |
| 903. Homeowner's insurance | (fromGFE #11) | | |
| 904. | (fromGFE #11) | | |
| **1000. Reserves Deposited with Lender** | | | |
| 1001. Initial deposit for your escrow account | (fromGFE #9) | | |
| 1002. Homeowner's insurance | | | |
| 1003. Mortgage insurance | | | |
| 1004. Property taxes | | | |
| 1005. | | | |
| 1006. | | | |
| 1007. Aggregate Adjustment | | | |
| **1100. Title Charges** | | | |
| 1101. Title services and lender's title insurance | (fromGFE #4) | $834.00 | |
| 1102. Settlement or closing fee | $300.00 | | |
| 1103. Owner's title insurance | (fromGFE #5) | $3,050.00 | |
| 1104. Lender's title insurance | $0.00 | | |
| 1105. Lender's title policy limit $ | | | |
| 1106. Owner's title policy limit $ | $800,000.00 | | |
| 1107. Agent's portion of the total title insurance premium | $2,501.00 | | |
| 1108. Underwriter's portion of the total title insurance premium | $549.00 | | |
| 1109. | | | |
| 1110. | | | |
| 1111. | | | |
| **1200. Government Recording and Transfer Charges** | | | |
| 1201. Government recording charges | (fromGFE #7) | $150.00 | |
| 1202. Deed $150.00 Mortgage $0.00 Releases $0.00 Monmouth County Clerk | | | $0.00 |
| 1203. Transfer taxes | (fromGFE #8) | $0.00 | |
| 1204. City/County tax/stamps Deed $ Mortgage $ | | | |
| 1205. State tax/stamps Monmouth County Clerk | $0.00 | | $3,465.00 |
| 1206. | | | |
| **1300. Additional Settlement Charges** | | | |
| 1301. Required services that you can shop for | (fromGFE #6) | $0.00 | |
| 1302. Sewer + Interest to Ocean Township MUA | | | $158.00 |
| 1303. Seller Legal Fee to BROEGE, NEUMANN, FISCHER & SHAVER, LLC | | | $1,200.00 |
| 1304. Buyer Legal Fee to Elizabeth J. Appello, Esq. (POA) | | | |
| 1305. | | | |
| 1306. | | | |
| 1307. | | | |
| **1400. Total Settlement Charges (enter on lines 103, Section J and 502, Section K)** | | **$4,034.00** | **$28,823.00** |

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the HUD-1 Settlement Statement.

DocuSigned by:
93998D8FCEE6440...
Vincent Gifford

DocuSigned by:
BFD53E36573749B...
George Sariotis

DocuSigned by:
Cindy Sariotis
C32C2BCB3B3C4D9...
Cindy Sariotis

To the best of my knowledge the HUD-1 Settlement Statement which I have prepared is a true and accurate account of the funds which were received and have been or will be disbursed by the undersigned as part of the settlement of this transaction. Substitutional 1099.

DocuSigned by:
Richard R. Scott, Title Officer
791A23139D4D4F1...

Scott Title Services, LLC Settlement Agent 12/8/2022 Date
By: Richard R. Scott, Title Officer

WARNING: It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine and imprisonment. For details see: Title 18 U.S. Code Section 1001 and Section 1010. Substitutional 1099.

* POC = *Paid outside of closing by (B)orrower, (S)eller, (L)ender, (I)nvestor, Bro(K)er, **Credit by lender shown on page 1.

NOTE TO LINE #506 AS FOLLOWS:

1) **Third Mortgage in the original principal amount of $150,000.00 (the "Pitney Third Mortgage") dated December 6, 2011 covering the Property**

2) **Fourth Mortgage in the original principal amount of $150,000 (the "Pitney Fourth Mortgage") dated June 23, 2014 covering the Property**

3) **Fifth Mortgage in the original principal amount of $300,000 (the "Pitney Fifth Mortgage") (the Pitney Third Mortgage, Pitney Fourth Mortgage and Pitney Fifth Mortgage**

The Pitney Third Mortgage secures the amounts due under a certain December 6, 2011 commercial line of credit (the "**GCS LOC**") extended to GCS Contractors Corp. ("**GCS**") in the face of amount of $150,000. As of December 8, 2022, there was $66,642.04 outstanding on the GCS LOC consisting of interest in the amount of $64,652.68, late charges of $609.36, and inspection and cancellation fees of $1,380.00. Principal was previously satisfied via the sales of prior properties securing the GCS LOC.

The Pitney Fourth Mortgage secures amounts due under a certain June 23, 2014 commercial loan extended to George Sariotis in the face amount of $150,000 (the "**G. Sariotis Loan**"). As of December 8, 2022, there was $127,839.04 due under the G. Sariotis Loan consisting of principal in the amount of $53,518.86, interest of $72,161.41, late charges of $623.77 and inspection and cancellation fees of $1,535.00.

The Pitney Fifth Mortgage secures the amounts due under a certain November 21, 2014 commercial term loan extended to GCS in the face amount of $300,000 (the "**GCS Term Loan**") (the GCS LOC, G. Sariotis Loan and GCS Term Loan are hereinafter collectively referred to as the "**Loans**"). As of December 8, 2022, there was $395,534.98 due under the GCS Term Loan consisting of $251,416.52 in principal, interest of $142,492.33, late charges of $1,506.13 and a cancellation fee of $120.00
The total amount due under the Loans as

These mortgages will be discharged by OceanFirst Bank.

DocuSigned by:
[signature]
BFD53E36573749B...
George Sariotis 12/8/2022

DocuSigned by:
Cindy Sariotis
C32C2BCB3B3C4D9...
Cindy Sariotis 12/8/2022

* POC = *Paid outside of closing by (B)orrower, (S)eller, (L)ender, (I)nvestor, Bro(K)er, **Credit by lender shown on page 1.