UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**Order Filed on February 28, 2023**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

| | | | |
|---|---|---|---|
| In Re: | | Case No.: | 22-12916-MBK |
| George Sariotis & Cindy Sariotis | | Hearing Date: | January 19, 2023 |
| | | Judge: | Michael B. Kaplan |
| | | Chapter: | 11 |

**ORDER CONVERTING CASE TO CHAPTER 7**

The relief set forth on the following pages numbered two (2) and three (3), is **ORDERED**.

**DATED: February 28, 2023**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Upon the motion of the Debtor to Dismiss this case and the United States Trustee having filed an Objection, the Court having considered the arguments and for good cause shown, it is

ORDERED that the Debtor's Motion to Dismiss is Denied and further

ORDERED that this case is converted from chapter 11to chapter 7, and it is further

ORDERED that within 14 days of the date of this Order the debtor shall file:

- amendments to previously filed schedules and statements as necessary,
- all schedules and statements required by 11 U.S.C. § 521(a), if such documents have not already been filed,
- a schedule of all property which was acquired after the commencement of the case, but before the entry of this order,
- a schedule of executory contracts and unexpired leases entered into or assumed after the commencement of the case, but before the entry of this order,
- a schedule of unpaid debts incurred after the commencement of the case, but before the entry of this order.

ORDERED that the United States Trustee shall immediately appoint a chapter 7 trustee in this case, and it is further

ORDERED that if the case is converting from chapter 11, the debtor or chapter 11 trustee shall:

- immediately turn over to the chapter 7 trustee, all records and property of the estate in his/her custody or control,
- ❑ within 120 days of the date of this order, file a Final Report including an accounting of all receipts and distributions or a statement indicating why the report cannot be filed, and it is further