UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Order Filed on February 28, 2023**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In Re:
George Sariotis and Cindy Sariotis

| | |
|---|---|
| Case No.: | 22-12916 |
| Adv. No.: | |
| Judge: | Michael B. Kaplan |
| Chapter: | 7 |

**ORDER TRANSFERRING CASE(S)**
**TO ANOTHER JUDGE WITHIN THE DISTRICT**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: February 28, 2023**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The court having noted that transfer to another judge within the District of New Jersey is appropriate, it is

☒ ORDERED that this case, and the related cases outlined below, shall be transferred to the Honorable ____Kathryn C. Ferguson____ by the clerk:

__22-12916__ ____________ ____________ ____________

____________ ____________ ____________ ____________

____________ ____________ ____________ ____________

and it is further

☐ ORDERED that all related adversary proceedings as set forth below shall be transferred to the Honorable ____________________________ by the clerk:

____________ ____________ ____________ ____________

____________ ____________ ____________ ____________

____________ ____________ ____________ ____________

____________ ____________ ____________ ____________

*Rev.6/1/06; jml*