SANVENERO & CITTADINO
ATTORNEYS AT LAW

228 MAPLE AVENUE
RED BANK, NEW JERSEY, 07701
OFFICE: (732) 743-9665
FAX: (732) 743- 9546
LITIGATION@THESCLAWOFFICE.COM
WWW.THESCLAWOFFICE.COM

RICHARD SANVENERO, JR. ESQ.*
RSANVENERO@THESCLAWOFFICE.COM

JOSHUA P. CITTADINO, ESQ.
JCITTADINO@THESCLAWOFFICE.COM

JOSHUA S. SKLARIN, ESQ.
JSKLARIN@THESCLAWOFFICE.COM

TERENCE NATALE, ESQ.
TNATALE@THESCLAWOFFICE.COM

DAVID FIVELAND, ESQ.
DFIVELAND@THESCLAWOFFICE.COM

June 22, 2023

**Via ECF**
Honorable Kathryn C. Ferguson, U.S.B.J.
United States Bankruptcy Court
402 East State Street, 3rd Floor, Courtroom #2
Trenton, NJ 08608

**Re: George Sariotis and Cindy Sariotis**
**Case No. 22-12916/MBK**
**Motion of the US Trustee Seeking Return of Commissions Paid to Burke & Manna as Real Estate Brokers for the Debtors**
**Return Date: June 27, 2023 @ 2:15 p.m.**

Dear Judge Ferguson,

Please be advised that this firm represents Burke and Manna in connection with the above-referenced matter.

This matter was previously scheduled for a hearing on June 6, 2023, before Your Honor. I appeared on behalf of Burke and Manna wherein I made a request for an adjournment, on the record, as I had been newly retained and intended to file opposition papers on behalf of my client.

My request for an extension of time to file opposition papers was granted and it was my understanding that the new deadline was June 27, 2023. I was recently contacted by Ms. McGee, on behalf of the United States Trustee, to inquire about the status of my opposition papers. She then advised me that the same was due on June 20, 2023.

I respectfully request that Your Honor accept our brief, out of time, as I inadvertently misunderstood what was discussed on the record. I intend to have my papers filed by tomorrow, June 23, 2023, should Your Honor accommodate my request. I apologize to the Court profusely for any inconvenience this may have caused.

I appreciate the Court's kind attention to this matter, and I await Your Honor's decision.

Respectfully Submitted,

*/s/ Joshua P. Cittadino*

JOSHUA P. CITTADINO, ESQ.

JPC.bd
cc: Maggie McGee, Esq, counsel for the movant, United States Trustee (via ECF)
Kyle Eingorn, Esq., counsel for McCormick 110, LLC (via ECF)
Matt Dolan, Esq., counsel for OceanFirst Bank, N.A. (via ECF)