UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ANDREW R. VARA
UNITED STATES TRUSTEE, REGIONS 3 & 9
Maggie McGee, Esq.
One Newark Center, Suite 2100
Newark, NJ 07102
Telephone:(973) 645-3014
Facsimile:(973) 645-5993
E-mail: Maggie McGee@usdoj.gov

**Order Filed on July 17, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In re:

George Sariotis and Cindy Sariotis,

Debtors.

Case No. 22-12916 (KCF)

Chapter 7

Hearing Date: June 6, 2023, at 2:15 p.m.

Judge: Kathryn C. Ferguson

**ORDER SEEKING RETURN OF COMMISSIONS PAID TO BURKE & MANNA AS REAL ESTATE BROKERS FOR THE DEBTORS**

The relief set forth on the following page(s), numbered two (2), is hereby **ORDERED**.

**DATED: July 17, 2023**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

---

Upon consideration of the United States Trustee's motion, by and through counsel, for an Order seeking return of commissions paid to Burke & Manna as Real Estate Brokers for the Debtors, and notice of the motion having been given to the Debtor, Debtor's counsel, and parties in interest and the Court having found cause for entry of the order, it is hereby:

**ORDERED** that the motion of the United States Trustee is hereby GRANTED; and it is further

**ORDERED** that commissions paid to Burke & Manna as Real Estate Brokers for the Debtors shall be returned. The funds are to be held by the Chapter 7 trustee pending further order of the court.