**Meyner and Landis LLP**

reply to:
Matthew P. Dolan
Direct Dial: 973-602-3478
MDolan@meyner.com

Attorneys At Law
One Gateway Center
Suite 2500
Newark, New Jersey 07102
www.meyner.com

New York:
100 Park Avenue
16th Floor
New York, New York 10016
(516) 683-0171

July 25, 2023

**VIA CM/ECF**
Honorable Kathryn C. Ferguson, U.S.B.J.
United States Bankruptcy Court, Courtroom 2
402 East State Street
Trenton, NJ 08608

**Re: In re: George Sariotis and Cindy Sariotis**
**Case No. 22-12916; Adv. Pro.: 22-1109**

Dear Judge Ferguson:

This firm represents OceanFirst Bank, N.A. as successor by merger to TwoRiver Community Bank ("**OceanFirst**"). We are writing Your Honor in opposition to the United States Trustee's (the "**UST")** Motion filed yesterday, July 24, 2023 seeking to shorten the time (the "**Motion to Shorten Time**") for the UST to be heard on the UST's Motion to turnover certain commissions disgorged by Burke & Manna Real Estate to the Debtor's Estate in lieu of OceanFirst Bank, N.A., a secured creditor that would have been entitled to all net proceeds of sale if the commissions were never paid in the first instance (the "**Turnover Motion**"). The Turnover Motion was also filed yesterday, July 24, 2023.

The Motion to Shorten Time should be denied for several reasons. The UST has not provided an adequate basis to justify the need for shortening time. The spirit of the rule allowing an order shortening time is to address emergent matters that need to be decided quickly because not having an expedited decision would negatively impact the viability of the pending bankruptcy case, not to strip other interested parties of the time necessary to appropriately respond. The UST filed the Turnover Motion yesterday and essentially proposes that OceanFirst not be afforded the opportunity to file any opposition. Instead, the UST proposes that OceanFirst respond to the UST's arguments and citations orally on the proposed return date, less than one week from today, on August 1, 2023. Not only would it be fundamentally unfair and contrary to due process to allow the UST's Motion to essentially proceed unopposed without permitting OceanFirst the ability to research and respond to a legal issue that Your Honor acknowledged is not black and white, but it will do a disservice to the Court. Certainly the Court will want all interested parties to have the opportunity to submit thoughtful and well-reasoned briefs. The purported need for the shortened

time is "to continue this matter before [Your Honor]." We are not aware why Your Honor cannot consider the application on a later date especially since Your Honor has hearing dates scheduled into August, but even if the matter is assigned to a different Judge, that alone is not sufficient to effectively deny OceanFirst the ability to respond and protect its rights. Any New Jersey Bankruptcy Judge assigned to this matter can more than adequately determine the Turnover Motion.

The UST filed an eight-page legal brief with various citations to the law and OceanFirst should be provided, the full fourteen days to respond as set forth in D.N.J. LBR 9013-2. Since the Motion was filed yesterday, it should be returnable for August 15 or later and any opposition due seven days prior pursuant to D.N.J. LBR 9013-2.

We thank Your Honor for her consideration of this matter.

Respectfully,

**MEYNER AND LANDIS LLP**

*/s/ Matthew P. Dolan*
Matthew P. Dolan

cc: All parties appearing via CM/ECF