UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: | Case No.: 22-12916 |
| Sariotis, Gorge<br>Sariotis, Cindy | Chapter: 7 |
| | Judge: MBK |

**NOTICE OF PROPOSED COMPROMISE or SETTLEMENT OF CONTROVERSY**

Daniel E. Straffi, Trustee, in this case proposes a compromise, or to settle a claim and/or action as described below. If you object to the settlement or compromise, you must file a written objection with the Clerk of the United States Bankruptcy Court, and serve it on the person named below not later 7 days before the hearing date.

| | |
|---|---|
| Address of the Clerk: | United States Bankruptcy Court<br>Office of the Clerk<br>Clarkson S. Fisher US Courthouse<br>402 East State Street<br>Trenton, NJ 08608 |

If an objection is filed, a hearing will be held before the Honorable Michael B. Kaplan on September 28, 2023 at 10:00 a.m. at the United States Bankruptcy Court, courtroom no. 8, 402 East State Street, Trenton NJ 08608 (hearing to be scheduled for at least 28 days from the date of the filing of the notice). If no objection is filed the clerk will enter a *Certification of No Objection* and the settlement may be completed as proposed.

| | |
|---|---|
| Nature of action: | On July 17, 2023, the Court entered an Order requiring Burke & Manna as real estate brokers to return commissions paid to it with respect to the sale of property of the bankruptcy estate. The total amount to be returned in the sum of $36,500.00 were required to be held by the Chatper 7 Trustee pending further Order of the Court. The UST thereafter filed a motion for the commissions to be turned over to the bankruptcy estate. Ocean First Bank filed a cross-motion for a determination that the commissions were subject to the Ocean First Bank pre-petition mortgage lien and for turnover of the commissions to Ocean First Bank. |

| | |
|---|---|
| Pertinent terms of settlement: | In full settlement of all issues and claims arising with respect to the return of the commissions, the sum of $12,500.00 shall be turned over to Ocean First Bank. The balance of the commissions in the sum of $24,000.00 shall be retained and administered by the Chapter 7 Trustee. The parties shall each bear their own attorney fees and costs. The Trustee believes the settlement is fair and reasonable given the risks and costs of litigation. |

Objections must be served on, and requests for additional information directed to:

Name: Daniel E. Straffi, Esq.

Address: 670 Commons Way, Toms River, NJ 08755

Telephone No.: (732) 341-3800

*rev.8/1/15*