**FORM NOA** (Notice of Assets and Deadline to File Proof of Claim)

# NOTICE OF ASSETS AND DEADLINE TO FILE PROOF OF CLAIM

U.S. Bankruptcy Court
402 East State Street
Trenton, NJ 08608
Telephone number: 609−858−9333

Honorable Michael B. Kaplan, U.S. Bankruptcy Judge

| | |
|---|---|
| **CASE NUMBER:** 22−12916−MBK | **DATE FILED::** 4/10/22 |
| **In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):**<br>George Sariotis<br>xxx−xx−3126<br><br>Cindy Sariotis<br>xxx−xx−4645 | **ADDRESS OF DEBTOR(S):**<br><br>1801 Pitney St<br>Oakhurst, NJ 07755−2840<br><br>1801 Pitney St<br>Oakhurst, NJ 07755−2840 |
| DEBTOR'S ATTORNEY:<br>Geoffrey P. Neumann<br>Broege, Neumann, Fischer & Shaver, LLC<br>25 Abe Voorhees Drive<br>Manasquan, NJ 08736<br><br>732−223−8484<br><br>Geoffrey P. Neumann<br>Broege, Neumann, Fischer & Shaver, LLC<br>25 Abe Voorhees Drive<br>Manasquan, NJ 08736<br><br>732−223−8484 | TRUSTEE:<br>Daniel E. Straffi<br>Straffi & Straffi, LLC<br>670 Commons Way<br>Toms River, NJ 08755<br>732−341−3800 |

It appeared from the schedules when this case was filed that there were no assets from which dividends could be paid to creditors as indicated on the Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors and Deadlines.

It now appears that the payment of a dividend may be possible. Pursuant to Bankruptcy Rule 3002(c)(5), the last day for filing claims is fixed as:

12/13/23

Government Units are allowed 180 days from the date of order for relief, or the above date, whichever is later. 11 U.S.C. §502(b)(9)

Except as otherwise provided by law, in order to share in any payment from the estate, a creditor must file a proof of claim by the date set forth above. The place to file the proof of claim is the office of the Clerk of the Bankruptcy Court.

A Proof of Claim is a signed statement describing a creditor's claim. A Proof of Claim form ("Official Form B 410") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/forms/bankruptcy−forms) or at any bankruptcy clerk's office. You may also contact the Clerk's Office where this case is pending to request that a Proof of Claim form be mailed to you. The Clerk's Office telephone number is included on the front of this Notice. Also, Claims can be filed electronically through the court's website at: http://www.njb.uscourts.gov under File An Electronic Claim. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. If you do not file a Proof of Claim by the last day to file a proof of claim listed on the front side, you might not be paid any money on your claim from other assets in the bankruptcy case. To be paid you must file a Proof of Claim even if your claim is listed in the schedules filed by the debtor. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. Filing Deadline for a Creditor with a Foreign Address: The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline.

**IF A CLAIM WAS PREVIOUSLY SUBMITTED, IT IS NOT NECESSARY TO FILE ANOTHER ONE.**

Dated: September 15, 2023

FOR THE COURT
Jeanne Naughton, Clerk

FORM NOA Rev. 5/2016

United States Bankruptcy Court

District of New Jersey

In re: Case No. 22-12916-MBK
George Sariotis Chapter 7
Cindy Sariotis
Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3 User: admin Page 1 of 4
Date Rcvd: Sep 15, 2023 Form ID: noa Total Noticed: 54

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 17, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | George Sariotis, Cindy Sariotis, 1801 Pitney St, Oakhurst, NJ 07755-2840 |
| acc | ++ | BEDERSON LLP, 347 MT PLEASANT AVENUE SUITE 200, WEST ORANGE NJ 07052-2749 address filed with court:, Bederson, LLP, 100 Passaic Avenue, Suite 310, Fairfield, NJ 07004 |
| r | + | Burke & Manna Real Estate, 3408-A Sunset Avenue, Ocean, NJ 07712-3972 |
| cr | + | Hudson Insurance Company, c/o Westermann Sheehy Samaan & Gillespie, 90 Merrick Avenue, Suite 802, East Meadow, NY 11554-1500 |
| acc | + | Jerold Dreskin, 25 Abe Voorhees Drive, Manasquan, NJ 08736-3560 |
| cr | + | McCormick 110, LLC, c/o Dembo, Brown & Burns LLP, 1300 Route 73, Suite 205, Mount Laurel, NJ 08054-2200 |
| cr | + | OceanFirst Bank, N.A., successor by merger to TwoR, 520 South Avenue West, Westfield, NJ 07090, UNITED STATES 07090-5401 |
| sp | + | Straffi & Straffi, LLC, 670 Commons Way, Toms River, NJ 08755-6431 |
| 519553253 | | Aluma Systems Concrete, PO Box 91473, Chicago, IL 60693-1473 |
| 519553254 | | American Builders, 1 American Way, Walden, NY 12586-2821 |
| 519576668 | | Dembo Burns Browns LLP, 1300 Route 73 Ste 205, Mot Laurel, NJ 08054-2200 |
| 519553260 | | Dreyers Lumber & Hardward Inc., 20 Watchung Ave, Chatham, NJ 07928-2751 |
| 519642717 | + | Hudson Insurance Company, c/o Westermann Sheehy Samaan & Gillespie, 90 Merrick Avenue, Suite 802, East Meadow, New York 11554-1500 |
| 519553261 | | Hudson Insurance Company, Westerman Sheehy Keenan, 333 Earle Ovington Blvd Ste 702, Uniondale, NY 11553-3622 |
| 519553262 | + | Hudson Law Offices, PC, For Aluma Systems Concrete, 900 Route 168 Ste C-2, Turnersville, NJ 08012-3206 |
| 519553264 | | Jaeger Lumber and Supp Ly Co Inc, 1835 Swarthmore Ave, Lakewood, NJ 08701-4533 |
| 519553265 | + | Joseph Fazio Wall L Lc, 5001 Routes 33 & 34, Farmingdale, NJ 07727-3621 |
| 519575749 | + | Joseph Fazzio-Wall, LLC, c/o Kathleen R. Wall, Esq., 2640 Highway 70, Suite 9A, Manasquan, NJ 08736-2611 |
| 519553267 | | Kathleen R. Wall, Esq., Atty for Joseph Fazzio-Wall LLC, PO Box A, Manasquan, NJ 08736-0631 |
| 519553268 | | Marvel & Maloney, Attys for Woodhaven Lumber, PO Box 727, Neptune, NJ 07754-0727 |
| 519576666 | + | McCormick 110 LLC, c/oDembo Borown Burns LLP, 1300 Route 73 Ste 205, Mt Laurel, NJ 08054-2200 |
| 519553270 | + | Meyner & Landis, 1 Gateway Ctr Fl 25, Newark, NJ 07102-5310 |
| 519553272 | | NJ Attorney General, Division of Law Richard J Hughes Justice, 25 Market St, Trenton, NJ 08611-2148 |
| 519576667 | | Ocean First Bank, c/o Meyner & Landi LLP, 1 Gateway Ctr Ste 2500, Newark, NJ 07102-5323 |
| 519553274 | | Ronald J Nelson, Esq, re Dreyer Lmber & Hardware, 162 Washington Valley Rd Ste 207, Warren, NJ 07059-7100 |
| 519553276 | | State of New jersey, Div of Taxation Bk Se P O, PO Box 245, Trenton, NJ 08602-0245 |
| 519575618 | | Thalia Sariotis, 61 Redwood Dr, Ocean, NJ 07712-8711 |
| 519553278 | | Two River Community Bank, 1250 State Route 35, Middletown, NJ 07748-2013 |
| 519553280 | | U S Attorney General, 970 Broad St, Newark, NJ 07102-2534 |
| 519857220 | | Vincent H. Gifford, 3410 Galt Ocean Dr,, Apt. 709N, Ft. Lauderdale, FL 33308-7069 |

TOTAL: 30

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 15 2023 20:38:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 15 2023 20:38:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |

| | | | | |
|---|---|---|---|---|
| cr | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Sep 15 2023 20:37:00 | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Suite 300, Greenwood Village, CO 80111-4720 |
| 519583421 | | Email/PDF: bncnotices@becket-lee.com | Sep 15 2023 20:45:07 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519553255 | | Email/PDF: bncnotices@becket-lee.com | Sep 15 2023 20:45:37 | Amex, PO Box 981537, El Paso, TX 79998-1537 |
| 519553256 | | Email/Text: bk@avant.com | Sep 15 2023 20:38:00 | Avant LLC/Web Bank, 222 N La Salle St, Chicago, IL 60601-1003 |
| 519553258 | | Email/Text: bankruptcy@usecapital.com | Sep 15 2023 20:38:00 | Capital Accounts, PO Box 140065, Nashville, TN 37214-0065 |
| 519553257 | | Email/Text: bankruptcy@usecapital.com | Sep 15 2023 20:38:00 | Capital Accounts, Attn Bankruptcy Dept, PO Box 140065, Nashville, TN 37214-0065 |
| 519558122 | | EDI: DISCOVER.COM | Sep 16 2023 00:27:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519553259 | | EDI: DISCOVER.COM | Sep 16 2023 00:27:00 | Discover Fin Svcs LLC, PO Box 15316, Wilmington, DE 19850-5316 |
| 519576669 | | EDI: IRS.COM | Sep 16 2023 00:27:00 | IRS, 51 Haddonfield Rd Ste 300, Cherry Hill, NJ 08002-4805 |
| 519553266 | | EDI: JPMORGANCHASE | Sep 16 2023 00:27:00 | Jpmcb Card, PO Box 15369, Wilmington, DE 19850-5369 |
| 519553269 | | Email/Text: attorneys@msklaw.net | Sep 15 2023 20:37:00 | Mellinger Sanders Kartzman LLC, 101 Gibraltar Dr Ste 2F, Morris Plains, NJ 07950-1287 |
| 519553271 | | Email/Text: NissanBKNotices@nationalbankruptcy.com | Sep 15 2023 20:37:00 | Nissan-Infiniti Lt, PO Box 660366, Dallas, TX 75266-0366 |
| 519553273 | | Email/Text: signed.order@pfwattorneys.com | Sep 15 2023 20:37:00 | Pressler Felt & Warshaw, LLP, 7 Entin Rd, Parsippany, NJ 07054-5020 |
| 519553275 | | Email/Text: bkteam@selenefinance.com | Sep 15 2023 20:37:00 | Selene Finance Lp, 9990 Richmond Ave, Houston, TX 77042-4559 |
| 519642651 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Sep 15 2023 20:37:00 | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Suite 300, Greenwood Village, Colorado 80111-4720 |
| 519554310 | + | EDI: RMSC.COM | Sep 16 2023 00:27:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519553277 | | Email/Text: tcm.bk@tcmbank.com | Sep 15 2023 20:38:00 | Tcm Bank NA, PO Box 31481, Tampa, FL 33631-3481 |
| 519553279 | ^ | MEBN | Sep 15 2023 20:34:44 | U S Attorney Genera, U S Dept of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 519932402 | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 15 2023 20:38:00 | U. S. Trustee, One Newark Center, Suite 2100, Newark NJ 07102-5277 |
| 519646208 | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 15 2023 20:38:00 | United States Trustee, One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519553282 | | Email/Text: blopez@woodhavenlumber.com | Sep 15 2023 20:37:00 | Woodhaven Lumber & Millwork, 200 James St, Lakewood, NJ 08701-4103 |
| 519553281 | | EDI: WFFC2 | Sep 16 2023 00:27:00 | Wells Fargo, Attn Bankruptcy, 1 Home Campus # MACX2303-01A, Des Moines, IA 50328-0001 |

TOTAL: 24

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519576670 | | Aaron and Company |
| 519564577 | | Advanced Endodontic Assoc., CREDITOR ADDED TO CASE IN ERROR |
| 519576671 | | Mission Lane Tab Bank |
| 519553263 | * | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 3 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 17, 2023 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 14, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Daniel E. Straffi | on behalf of Trustee Daniel E. Straffi bktrustee@straffilaw.com G25938@notify.cincompass.com;dstraffi@ecf.axosfs.com |
| Daniel E. Straffi | bktrustee@straffilaw.com G25938@notify.cincompass.com;dstraffi@ecf.axosfs.com |
| David B. Grantz | on behalf of Creditor OceanFirst Bank N.A., successor by merger to TwoRiver Community Bank dgrantz@meyner.com, ckelly@meyner.com |
| Geoffrey P. Neumann | on behalf of Plaintiff Cindy Sariotis geoff.neumann@gmail.com timothy.neumann25@gmail.com;btassillo@aol.com;esq.geoffreypn.b127774@notify.bestcase.com |
| Geoffrey P. Neumann | on behalf of Plaintiff George Sariotis geoff.neumann@gmail.com timothy.neumann25@gmail.com;btassillo@aol.com;esq.geoffreypn.b127774@notify.bestcase.com |
| Geoffrey P. Neumann | on behalf of Joint Debtor Cindy Sariotis geoff.neumann@gmail.com timothy.neumann25@gmail.com;btassillo@aol.com;esq.geoffreypn.b127774@notify.bestcase.com |
| Geoffrey P. Neumann | on behalf of Debtor George Sariotis geoff.neumann@gmail.com timothy.neumann25@gmail.com;btassillo@aol.com;esq.geoffreypn.b127774@notify.bestcase.com |
| Kyle Francis Eingorn | on behalf of Creditor McCormick 110 LLC keingorn@dbblegal.com |
| Margaret Mcgee | on behalf of U.S. Trustee United States Trustee maggie.mcgee@usdoj.gov |
| Margaret Mcgee | on behalf of U.S. Trustee U.S. Trustee maggie.mcgee@usdoj.gov |
| Matthew Patrick Dolan | on behalf of Creditor OceanFirst Bank N.A., successor by merger to TwoRiver Community Bank mdolan@meyner.com |
| Richard Sanvenero, Jr | on behalf of Realtor Burke & Manna Real Estate rsanvenero@thesclawoffice.com |
| Robert P. Saltzman | |

| | |
|---|---|
| | on behalf of Creditor Specialized Loan Servicing LLC dnj@pbslaw.org |
| Stephen Gillespie | on behalf of Creditor Hudson Insurance Company stephengillespie@westerlaw.com brendaharling@westerlaw.com |
| Stuart H. West | on behalf of Creditor Specialized Loan Servicing LLC swest@pbslaw.org |
| Timothy P. Neumann | on behalf of Debtor George Sariotis timothy.neumann25@gmail.com btassillo@aol.com;geoff.neumann@bnfsbankruptcy.com;geoff.neumann@gmail.com;neumann.timothyb127774@notify.bestcase.com |
| Timothy P. Neumann | on behalf of Joint Debtor Cindy Sariotis timothy.neumann25@gmail.com btassillo@aol.com;geoff.neumann@bnfsbankruptcy.com;geoff.neumann@gmail.com;neumann.timothyb127774@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| United States Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 19