UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**STRAFFI & STRAFFI, LLC**
670 Commons Way
Toms River, NJ08755
(732) 341-3800
bktrustee@straffilaw.com
Attorney for Trustee

Order Filed on October 6, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In Re:<br><br>Sariotis, George & Cindy<br><br>Debtor(s) | Case No.: 22-12916/MBK<br><br>Adv. No.:<br><br>Hearing Date: September 28, 2023 at 10:00 am<br><br>Judge: Honorable Michael B. Kaplan |

## ORDER APPROVING SETTLEMENT

The relief set forth on the following pages, numbered two (2) through ____n/a______ is hereby **ORDERED**.

**DATED: October 6, 2023**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**ORDER APPROVING SETTLEMENT**

Upon consideration of application of Daniel E. Straffi, Esq., Trustee; and creditors having been served with the Notice of Proposed Settlement of Controversy; and the Court having received no objections thereto; and for good cause shown; it is hereby

**ORDERED** as follows:

1. That the proposed settlement set forth in the Notice of Settlement of Controversy attached hereto is hereby approved;

2. That the Trustee is authorized to sign all documents as are necessary to effectuate the settlement; and

3. That the Trustee shall serve a copy of this Order on all parties in interest within five (5) days of the date hereof.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | | |
|---|---|---|---|
| In Re: | | Case No.: | 22-12916 |
| Sariotis, Gorge<br>Sariotis, Cindy | | Chapter: | 7 |
| | | Judge: | MBK |

**NOTICE OF PROPOSED COMPROMISE or SETTLEMENT OF CONTROVERSY**

Daniel E. Straffi, Trustee, in this case proposes a compromise, or to settle a claim and/or action as described below. If you object to the settlement or compromise, you must file a written objection with the Clerk of the United States Bankruptcy Court, and serve it on the person named below not later 7 days before the hearing date.

| | |
|---|---|
| Address of the Clerk: | United States Bankruptcy Court<br>Office of the Clerk<br>Clarkson S. Fisher US Courthouse<br>402 East State Street<br>Trenton, NJ 08608 |

If an objection is filed, a hearing will be held before the Honorable Michael B. Kaplan on September 28, 2023 at 10:00 a.m. at the United States Bankruptcy Court, courtroom no. 8, 402 East State Street, Trenton NJ 08608 (hearing to be scheduled for at least 28 days from the date of the filing of the notice). If no objection is filed the clerk will enter a *Certification of No Objection* and the settlement may be completed as proposed.

| | |
|---|---|
| Nature of action: | On July 17, 2023, the Court entered an Order requiring Burke & Manna as real estate brokers to return commissions paid to it with respect to the sale of property of the bankruptcy estate. The total amount to be returned in the sum of $36,500.00 were required to be held by the Chatper 7 Trustee pending further Order of the Court. The UST thereafter filed a motion for the commissions to be turned over to the bankruptcy estate. Ocean First Bank filed a cross-motion for a determination that the commissions were subject to the Ocean First Bank pre-petition mortgage lien and for turnover of the commissions to Ocean First Bank. |

| | |
|---|---|
| Pertinent terms of settlement: | In full settlement of all issues and claims arising with respect to the return of the commissions, the sum of $12,500.00 shall be turned over to Ocean First Bank. The balance of the commissions in the sum of $24,000.00 shall be retained and administered by the Chapter 7 Trustee. The parties shall each bear their own attorney fees and costs. The Trustee believes the settlement is fair and reasonable given the risks and costs of litigation. |

Objections must be served on, and requests for additional information directed to:

Name: Daniel E. Straffi, Esq.

Address: 670 Commons Way, Toms River, NJ 08755

Telephone No.: (732) 341-3800

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

In re:
George Sariotis
Cindy Sariotis
Debtors

Case No. 22-12916-MBK
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3 | User: admin | Page 1 of 4
Date Rcvd: Aug 31, 2023 | Form ID: pdf905 | Total Noticed: 52

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 02, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | George Sariotis, Cindy Sariotis, 1801 Pitney St, Oakhurst, NJ 07755-2840 |
| r | + | Burke & Manna Real Estate, 3408-A Sunset Avenue, Ocean, NJ 07712-3972 |
| cr | + | Hudson Insurance Company, c/o Westermann Sheehy Samaan & Gillespie, 90 Merrick Avenue, Suite 802, East Meadow, NY 11554-1500 |
| acc | + | Jerold Dreskin, 25 Abe Voorhees Drive, Manasquan, NJ 08736-3560 |
| cr | + | McCormick 110, LLC, c/o Dembo, Brown & Burns LLP, 1300 Route 73, Suite 205, Mount Laurel, NJ 08054-2200 |
| cr | + | OceanFirst Bank, N.A., successor by merger to TwoR, 520 South Avenue West, Westfield, NJ 07090, UNITED STATES 07090-5401 |
| 519553253 | | Aluma Systems Concrete, PO Box 91473, Chicago, IL 60693-1473 |
| 519553254 | | American Builders, 1 American Way, Walden, NY 12586-2821 |
| 519576668 | | Dembo Burns Browns LLP, 1300 Route 73 Ste 205, Mot Laurel, NJ 08054-2200 |
| 519553260 | | Dreyers Lumber & Hardward Inc., 20 Watchung Ave, Chatham, NJ 07928-2751 |
| 519642717 | + | Hudson Insurance Company, c/o Westermann Sheehy Samaan & Gillespie, 90 Merrick Avenue, Suite 802, East Meadow, New York 11554-1500 |
| 519553261 | | Hudson Insurance Company, Westerman Sheehy Keenan, 333 Earle Ovington Blvd Ste 702, Uniondale, NY 11553-3622 |
| 519553262 | + | Hudson Law Offices, PC, For Aluma Systems Concrete, 900 Route 168 Ste C-2, Turnersville, NJ 08012-3206 |
| 519553264 | | Jaeger Lumber and Supp Ly Co Inc, 1835 Swarthmore Ave, Lakewood, NJ 08701-4533 |
| 519553265 | + | Joseph Fazio Wall L Lc, 5001 Routes 33 & 34, Farmingdale, NJ 07727-3621 |
| 519575749 | + | Joseph Fazzio-Wall, LLC, c/o Kathleen R. Wall, Esq., 2640 Highway 70, Suite 9A, Manasquan, NJ 08736-2611 |
| 519553267 | | Kathleen R. Wall, Esq., Atty for Joseph Fazzio-Wall LLC, PO Box A, Manasquan, NJ 08736-0631 |
| 519553268 | | Marvel & Maloney, Attys for Woodhaven Lumber, PO Box 727, Neptune, NJ 07754-0727 |
| 519576666 | + | McCormick 110 LLC, c/oDembo Borown Burns LLP, 1300 Route 73 Ste 205, Mt Laurel, NJ 08054-2200 |
| 519553270 | + | Meyner & Landis, 1 Gateway Ctr Fl 25, Newark, NJ 07102-5310 |
| 519553272 | | NJ Attorney General, Division of Law Richard J Hughes Justice, 25 Market St, Trenton, NJ 08611-2148 |
| 519576667 | | Ocean First Bank, c/o Meyner & Landi LLP, 1 Gateway Ctr Ste 2500, Newark, NJ 07102-5323 |
| 519553274 | | Ronald J Nelson, Esq, re Dreyer Lmber & Hardware, 162 Washington Valley Rd Ste 207, Warren, NJ 07059-7100 |
| 519553276 | | State of New jersey, Div of Taxation Bk Se P O, PO Box 245, Trenton, NJ 08602-0245 |
| 519575618 | | Thalia Sariotis, 61 Redwood Dr, Ocean, NJ 07712-8711 |
| 519553278 | | Two River Community Bank, 1250 State Route 35, Middletown, NJ 07748-2013 |
| 519553280 | | U S Attorney General, 970 Broad St, Newark, NJ 07102-2534 |
| 519857220 | | Vincent H. Gifford, 3410 Galt Ocean Dr,, Apt. 709N, Ft. Lauderdale, FL 33308-7069 |

TOTAL: 28

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 31 2023 20:28:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 31 2023 20:28:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Aug 31 2023 20:28:00 | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Suite 300, Greenwood Village, CO 80111-4720 |
| 519583421 | | Email/PDF: bncnotices@becket-lee.com | | |

| | | | | |
|---|---|---|---|---|
| | | | Aug 31 2023 20:43:12 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519553255 | | Email/PDF: bncnotices@becket-lee.com | Aug 31 2023 20:55:04 | Amex, PO Box 981537, El Paso, TX 79998-1537 |
| 519553256 | | Email/Text: bk@avant.com | Aug 31 2023 20:29:00 | Avant LLC/Web Bank, 222 N La Salle St, Chicago, IL 60601-1003 |
| 519553258 | | Email/Text: bankruptcy@usecapital.com | Aug 31 2023 20:29:00 | Capital Accounts, PO Box 140065, Nashville, TN 37214-0065 |
| 519553257 | | Email/Text: bankruptcy@usecapital.com | Aug 31 2023 20:29:00 | Capital Accounts, Attn Bankruptcy Dept, PO Box 140065, Nashville, TN 37214-0065 |
| 519558122 | | Email/Text: mrdiscen@discover.com | Aug 31 2023 20:28:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519553259 | | Email/Text: mrdiscen@discover.com | Aug 31 2023 20:28:00 | Discover Fin Svcs LLC, PO Box 15316, Wilmington, DE 19850-5316 |
| 519576669 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 31 2023 20:28:00 | IRS, 51 Haddonfield Rd Ste 300, Cherry Hill, NJ 08002-4805 |
| 519553266 | | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 31 2023 20:41:41 | Jpmcb Card, PO Box 15369, Wilmington, DE 19850-5369 |
| 519553269 | | Email/Text: attorneys@msklaw.net | Aug 31 2023 20:28:00 | Mellinger Sanders Kartzman LLC, 101 Gibraltar Dr Ste 2F, Morris Plains, NJ 07950-1287 |
| 519553271 | | Email/Text: NissanBKNotices@nationalbankruptcy.com | Aug 31 2023 20:28:00 | Nissan-Infiniti Lt, PO Box 660366, Dallas, TX 75266-0366 |
| 519553273 | | Email/Text: signed.order@pfwattorneys.com | Aug 31 2023 20:28:00 | Pressler Felt & Warshaw, LLP, 7 Entin Rd, Parsippany, NJ 07054-5020 |
| 519553275 | | Email/Text: bkteam@selenefinance.com | Aug 31 2023 20:28:00 | Selene Finance Lp, 9990 Richmond Ave, Houston, TX 77042-4559 |
| 519642651 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Aug 31 2023 20:28:00 | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Suite 300, Greenwood Village, Colorado 80111-4720 |
| 519554310 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 31 2023 20:42:38 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519553277 | | Email/Text: tcm.bk@tcmbank.com | Aug 31 2023 20:29:00 | Tcm Bank NA, PO Box 31481, Tampa, FL 33631-3481 |
| 519553279 | ^ | MEBN | Aug 31 2023 20:26:11 | U S Attorney Genera, U S Dept of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 519932402 | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 31 2023 20:28:00 | U. S. Trustee, One Newark Center, Suite 2100, Newark NJ 07102-5277 |
| 519646208 | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 31 2023 20:28:00 | United States Trustee, One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519553282 | | Email/Text: blopez@woodhavenlumber.com | Aug 31 2023 20:28:00 | Woodhaven Lumber & Millwork, 200 James St, Lakewood, NJ 08701-4103 |
| 519553281 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Aug 31 2023 20:42:30 | Wells Fargo, Attn Bankruptcy, 1 Home Campus # MACX2303-01A, Des Moines, IA 50328-0001 |

TOTAL: 24

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519576670 | | Aaron and Company |
| 519564577 | | Advanced Endodontic Assoc., CREDITOR ADDED TO CASE IN ERROR |

| | | |
|---|---|---|
| 519576671 | | Mission Lane Tab Bank |
| 519553263 | * | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 3 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 02, 2023 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 31, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Daniel E. Straffi | on behalf of Trustee Daniel E. Straffi bktrustee@straffilaw.com G25938@notify.cincompass.com;dstraffi@ecf.axosfs.com |
| Daniel E. Straffi | bktrustee@straffilaw.com G25938@notify.cincompass.com;dstraffi@ecf.axosfs.com |
| David B. Grantz | on behalf of Creditor OceanFirst Bank N.A., successor by merger to TwoRiver Community Bank dgrantz@meyner.com, ckelly@meyner.com |
| Geoffrey P. Neumann | on behalf of Plaintiff Cindy Sariotis geoff.neumann@gmail.com timothy.neumann25@gmail.com;btassillo@aol.com |
| Geoffrey P. Neumann | on behalf of Plaintiff George Sariotis geoff.neumann@gmail.com timothy.neumann25@gmail.com;btassillo@aol.com |
| Geoffrey P. Neumann | on behalf of Joint Debtor Cindy Sariotis geoff.neumann@gmail.com timothy.neumann25@gmail.com;btassillo@aol.com |
| Geoffrey P. Neumann | on behalf of Debtor George Sariotis geoff.neumann@gmail.com timothy.neumann25@gmail.com;btassillo@aol.com |
| Kyle Francis Eingorn | on behalf of Creditor McCormick 110 LLC keingorn@dbblegal.com |
| Margaret Mcgee | on behalf of U.S. Trustee United States Trustee maggie.mcgee@usdoj.gov |
| Margaret Mcgee | on behalf of U.S. Trustee U.S. Trustee maggie.mcgee@usdoj.gov |
| Matthew Patrick Dolan | on behalf of Creditor OceanFirst Bank N.A., successor by merger to TwoRiver Community Bank mdolan@meyner.com |
| Richard Sanvenero, Jr | on behalf of Realtor Burke & Manna Real Estate rsanvenero@thesclawoffice.com |
| Robert P. Saltzman | on behalf of Creditor Specialized Loan Servicing LLC dnj@pbslaw.org |
| Stephen Gillespie | on behalf of Creditor Hudson Insurance Company stephengillespie@westerlaw.com brendaharling@westerlaw.com |
| Stuart H. West | on behalf of Creditor Specialized Loan Servicing LLC swest@pbslaw.org |
| Timothy P. Neumann | on behalf of Debtor George Sariotis timothy.neumann25@gmail.com |

| | |
|---|---|
| | btassillo@aol.com;geoff.neumann@bnfsbankruptcy.com;geoff.neumann@gmail.com |
| Timothy P. Neumann | on behalf of Joint Debtor Cindy Sariotis timothy.neumann25@gmail.com btassillo@aol.com;geoff.neumann@bnfsbankruptcy.com;geoff.neumann@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| United States Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 19