**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF** NEW JERSEY
TRENTON **DIVISION**

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| George Sariotis | § | Case No. 22-12916-KCF |
| Cindy Sariotis | § | |
| | § | |
| Debtors | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter  of the United States Bankruptcy Code was filed on 04/10/2022. The case was converted to one under Chapter 7 on 02/28/2023. The undersigned trustee was appointed on 03/01/2023.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of $ 36,500.00

Funds were disbursed in the following amounts:

| | | |
|---|---|---|
| Payments made under an interim disbursement | | 0.00 |
| Administrative expenses | | 22.23 |
| Bank service fees | | 280.00 |
| Other payments to creditors | | 12,500.00 |
| Non-estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the debtor | | 0.00 |
| Other payments to the debtor | | 0.00 |
| Leaving a balance on hand of[1] | $ | 23,697.77 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 12/13/2023 and the deadline for filing governmental claims was . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $4,400.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests a sum of $4,400.00, for a total compensation of $4,400.00[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $26.86, for total expenses of $26.86[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 05/05/2024 By: /s/DANIEL E. STRAFFI, TRUSTEE
Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Exhibit A

| | | | | | |
|---|---|---|---|---|---|
| Case No: | 22-12916 | KCF | Judge: Kathryn C. Ferguson | Trustee Name: | DANIEL E. STRAFFI, TRUSTEE |
| Case Name: | George Sariotis | | | Date Filed (f) or Converted (c): | 02/28/2023 (c) |
| | Cindy Sariotis | | | 341(a) Meeting Date: | 04/21/2023 |
| For Period Ending: | 05/05/2024 | | | Claims Bar Date: | 12/13/2023 |

| 1<br>Asset Description<br>(Scheduled and Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Est Net Value<br>(Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | 4<br>Property Formally Abandoned<br>OA=554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| 1. 1801 pitney st | 932,000.00 | 0.00 | | 0.00 | FA |
| 2. 61 Redwood Dr | 620,000.00 | 0.00 | | 0.00 | FA |
| 3. household goods | 3,000.00 | 0.00 | | 0.00 | FA |
| 4. electronics | 300.00 | 0.00 | | 0.00 | FA |
| 5. Clothing | 1,000.00 | 0.00 | | 0.00 | FA |
| 6. jewelry | 1,000.00 | 0.00 | | 0.00 | FA |
| 7. amboy bnk account | 7,000.00 | 7,000.00 | | 0.00 | FA |
| 8. manasquan bank account | Unknown | 0.00 | | 0.00 | FA |
| 9. minnesota mutual life insurance | Unknown | 0.00 | | 0.00 | FA |
| 10. Lawsuit against tucci | Unknown | Unknown | | 0.00 | FA |
| 11. 1973 LLC | 100.00 | Unknown | | 0.00 | FA |
| 12. TSS Holdings LLC (u) | 0.00 | 0.00 | | 0.00 | FA |
| 13. Refund of broker's commissions (u) | 36,500.00 | 36,500.00 | | 36,500.00 | FA |
| 14. Cash On Hand | 420.00 | 420.00 | | 0.00 | FA |
| 15. amboy bnk account (u) | 1,575.00 | 1,575.00 | | 0.00 | FA |
| INT. Void (u) | 0.00 | N/A | | 0.00 | FA |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $1,602,895.00 | $45,495.00 | | $36,500.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Notice of Compromise filed on real estate commissions. R2004 on debtor. Need attorney fee application, Accountant fee application, final tax returns. Tax returns complete, attorney fee app filed. Need accountant fee app.

Exhibit A

| | | | |
|---|---|---|---|
| RE PROP # | 1 | -- | This asset was sold in CH 11 case |
| RE PROP # | 2 | -- | This property was sold in CH11 |
| RE PROP # | 7 | -- | the debtor could reduce d[1] exemption so as to validate d[5] exemption |
| RE PROP # | 12 | -- | This businesS was transferred in 2/19. The transfer should be looked into. |

Initial Projected Date of Final Report (TFR): 02/15/2025 Current Projected Date of Final Report (TFR): 06/15/2024

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

Case No: 22-12916
Case Name: George Sariotis
Cindy Sariotis
Taxpayer ID No: XX-XXX1653
For Period Ending: 05/05/2024

Trustee Name: DANIEL E. STRAFFI, TRUSTEE
Bank Name: Axos Bank
Account Number/CD#: XXXXXX6189
Checking
Blanket Bond (per case limit): $24,801,242.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/30/23 | 13 | Burke & Manna Real Estate Agency, LLC 3408 Sunset Avenue Suite A Ocean, NJ 07712-3972 | Refund of Real Estate Commissions | 1229-000 | $36,500.00 | | $36,500.00 |
| 10/02/23 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $39.00 | $36,461.00 |
| 11/01/23 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $40.26 | $36,420.74 |
| 12/01/23 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $38.92 | $36,381.82 |
| 01/02/24 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $40.17 | $36,341.65 |
| 01/31/24 | 1001 | Ocean First Bank | Payment Per Settlement Agreement dated October 6, 2023 | 4120-000 | | $12,500.00 | $23,841.65 |
| 02/01/24 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $40.13 | $23,801.52 |
| 03/01/24 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $29.93 | $23,771.59 |
| 03/21/24 | 1002 | International Sureties, LTD. Suite 420 701 Poydras Street New Orleans, LA 70139 | Chapter 7 Blanket Bond - Bond# 612419196 | 2300-000 | | $22.23 | $23,749.36 |
| 04/01/24 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $26.24 | $23,723.12 |
| 05/01/24 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $25.35 | $23,697.77 |

| | Deposits | Disbursements |
|---|---|---|
| COLUMN TOTALS | $36,500.00 | $12,802.23 |
| Page Subtotals: | $36,500.00 | $12,802.23 |

Exhibit B

| | | |
|---|---|---|
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $36,500.00 | $12,802.23 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $36,500.00 | $12,802.23 |



| | | |
|---|---|---|
| Page Subtotals: | $0.00 | $0.00 |

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX6189 - Checking | $36,500.00 | $12,802.23 | $23,697.77 |
| | $36,500.00 | $12,802.23 | $23,697.77 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $36,500.00 |
| Total Gross Receipts: | $36,500.00 |



Page Subtotals: $0.00 $0.00

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 22-12916-KCF
Date: May 5, 2024
Debtor Name: George Sariotis
Claims Bar Date: 12/13/2023

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100<br>2100 | DANIEL E. STRAFFI, TRUSTEE<br>c/o Straffi & Straffi, LLC<br>670 Commons Way<br>Toms River, NJ 08755 | Administrative | | $0.00 | $4,400.00 | $4,400.00 |
| 100<br>2200 | DANIEL E. STRAFFI, TRUSTEE<br>c/o Straffi & Straffi, LLC<br>670 Commons Way<br>Toms River, NJ 08755 | Administrative | | $0.00 | $26.86 | $26.86 |
| 10<br>100<br>2950 | United States Trustee<br>One Newark Center<br>Suite 2100<br>Newark, Nj 07102 | Administrative | UST Quarterly Fees | $0.00 | $500.98 | $500.98 |
| 12<br>100<br>2950 | U. S. Trustee<br>One Newark Center<br>Suite 2100<br>Newark Nj 07102 | Administrative | UST Quarterly Fees | $0.00 | $4,059.00 | $4,059.00 |
| 100<br>3110 | STRAFFI & STRAFFI, LLC<br>670 Commons Way<br>Toms River, NJ 08755 | Administrative | | $0.00 | $3,792.50 | $3,792.50 |
| 100<br>3220 | STRAFFI & STRAFFI, LLC<br>670 Commons Way<br>Toms River, NJ 08755 | Administrative | | $0.00 | $216.83 | $216.83 |
| 100<br>3410 | BEDERSON LLP<br>100 Passaic Avenue<br>Suite 310<br>Fairfield, NJ 07004 | Administrative | | $0.00 | $4,493.50 | $4,493.50 |
| 100<br>3420 | BEDERSON LLP<br>100 Passaic Avenue<br>Suite 310<br>Fairfield, NJ 07004 | Administrative | | $0.00 | $45.48 | $45.48 |
| 4A<br>280<br>5800 | Internal Revenue Service<br>Centralized Insolvency Operation<br>Po Box 7346<br>Philadelphia, Pa 19101-7346 | Priority | Priority Tax Claim | $0.00 | $25,112.74 | $25,112.74 |

Exhibit C

ANALYSIS OF CLAIMS REGISTER

Case Number: 22-12916-KCF

Date: May 5, 2024

Debtor Name: George Sariotis

Claims Bar Date: 12/13/2023

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 11<br>280<br>5800 | State Of New Jersey<br>Div Of Taxation Bk Se P O<br>Po Box 245<br>Trenton, Nj 08602-0245 | Priority | | $0.00 | $3,175.37 | $3,175.37 |
| 1<br>300<br>7100 | Discover Bank<br>Discover Products Inc<br>Po Box 3025<br>New Albany, Oh 43054-3025 | Unsecured | Timely Filed General Unsecured Claim | $0.00 | $13,857.27 | $13,857.27 |
| 2<br>300<br>7100 | Marvel & Maloney<br>Attys For Woodhaven Lumber<br>Po Box 727<br>Neptune, Nj 07754-0727 | Unsecured | Timely Filed General Unsecured Claim | $0.00 | $400.00 | $400.00 |
| 3<br>300<br>7100 | Advanced Endodontic Assoc.<br>Creditor Added To Case In Error | Unsecured | Timely Filed General Unsecured Claim | $0.00 | $405.00 | $405.00 |
| 4B<br>300<br>7100 | Internal Revenue Service<br>Centralized Insolvency Operation<br>Po Box 7346<br>Philadelphia, Pa 19101-7346 | Unsecured | Unsecured Tax Claim | $0.00 | $3,788.80 | $3,788.80 |
| 5<br>300<br>7100 | Joseph Fazzio-Wall, Llc<br>C/O Kathleen R. Wall, Esq.<br>2640 Highway 70, Suite 9A<br>Manasquan, Nj 08736 | Unsecured | Timely Filed General Unsecured Claim | $0.00 | $15,299.07 | $15,299.07 |
| 6<br>300<br>7100 | American Express National Bank<br>C/O Becket And Lee Llp<br>Po Box 3001<br>Malvern Pa 19355-0701 | Unsecured | Timely Filed General Unsecured Claim | $0.00 | $7,384.94 | $7,384.94 |
| 9<br>300<br>7100 | Hudson Insurance Company<br>C/O Westermann Sheehy Samaan<br>& Gillespie<br>90 Merrick Avenue, Suite 802<br>East Meadow, New York 11554 | Unsecured | Timely Filed General Unsecured Claim | $0.00 | $248,506.93 | $248,506.93 |
| 13<br>300<br>7100 | Tcm Bank Na<br>Po Box 31481<br>Tampa, Fl 33631-3481 | Unsecured | Timely Filed General Unsecured Claim | $0.00 | $1,782.10 | $1,782.10 |

Exhibit C

ANALYSIS OF CLAIMS REGISTER

Case Number: 22-12916-KCF

Date: May 5, 2024

Debtor Name: George Sariotis

Claims Bar Date: 12/13/2023

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 14<br>300<br>7100 | Woodhaven Lumber Millwork Inc<br>Marvel Maloney<br>Pob 727<br>Neptune, Nj 07753 | Unsecured | Timely Filed General Unsecured Claim | $0.00 | $5,916.31 | $5,916.31 |
| 4C<br>380<br>7300 | Internal Revenue Service<br>Centralized Insolvency Operation<br>Po Box 7346<br>Philadelphia, Pa 19101-7346 | Unsecured | Tax Penalty | $0.00 | $1,619.57 | $1,619.57 |
| 7<br>400<br>4110 | Ocean First Bank<br>C/O Meyner & Landi Llp<br>1 Gateway Ctr Ste 2500<br>Newark, Nj 07102-5323 | Secured | Secured Claim not administered by Trustee | $0.00 | $830,031.36 | $830,031.36 |
| 8<br>400<br>4110 | Specialized Loan Servicing Llc<br>6200 S. Quebec Street, Suite 300<br>Greenwood Village, Colorado<br>80111 | Secured | Secured Claim not administered by Trustee | $0.00 | $170,272.95 | $170,272.95 |
| | Case Totals | | | $0.00 | $1,345,087.56 | $1,345,087.56 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 22-12916-KCF
Case Name: George Sariotis
Cindy Sariotis
Trustee Name: DANIEL E. STRAFFI, TRUSTEE

| | | |
|---|---|---|
| Balance on hand | $ | 23,697.77 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 7 | Ocean First Bank | $ 830,031.36 | $ 830,031.36 | $ 0.00 | $ 0.00 |
| 8 | Specialized Loan Servicing Llc | $ 170,272.95 | $ 170,272.95 | $ 0.00 | $ 0.00 |

| | | |
|---|---|---|
| Total to be paid to secured creditors | $ | 0.00 |
| Remaining Balance | $ | 23,697.77 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: DANIEL E. STRAFFI, TRUSTEE | $ 4,400.00 | $ 0.00 | $ 4,400.00 |
| Trustee Expenses: DANIEL E. STRAFFI, TRUSTEE | $ 26.86 | $ 0.00 | $ 26.86 |
| Attorney for Trustee Fees: STRAFFI & STRAFFI, LLC | $ 3,792.50 | $ 0.00 | $ 3,792.50 |
| Attorney for Trustee Expenses: STRAFFI & STRAFFI, LLC | $ 216.83 | $ 0.00 | $ 216.83 |
| Accountant for Trustee Fees: BEDERSON LLP | $ 4,493.50 | $ 0.00 | $ 4,493.50 |
| Accountant for Trustee Expenses: BEDERSON LLP | $ 45.48 | $ 0.00 | $ 45.48 |

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Fees: United States Trustee | $ 500.98 | $ 0.00 | $ 500.98 |
| Other: U. S. Trustee | $ 4,059.00 | $ 0.00 | $ 4,059.00 |

Total to be paid for chapter 7 administrative expenses $ 17,535.15

Remaining Balance $ 6,162.62

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $28,288.11 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 4A | Internal Revenue Service | $ 25,112.74 | $ 0.00 | $ 5,470.86 |
| 11 | State Of New Jersey | $ 3,175.37 | $ 0.00 | $ 691.76 |

Total to be paid to priority creditors $ 6,162.62

Remaining Balance $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $297,340.42 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | $ 13,857.27 | $ 0.00 | $ 0.00 |
| 2 | Marvel & Maloney | $ 400.00 | $ 0.00 | $ 0.00 |
| 3 | Advanced Endodontic Assoc. | $ 405.00 | $ 0.00 | $ 0.00 |
| 4B | Internal Revenue Service | $ 3,788.80 | $ 0.00 | $ 0.00 |
| 5 | Joseph Fazzio-Wall, Llc | $ 15,299.07 | $ 0.00 | $ 0.00 |
| 6 | American Express National Bank | $ 7,384.94 | $ 0.00 | $ 0.00 |
| 9 | Hudson Insurance Company | $ 248,506.93 | $ 0.00 | $ 0.00 |
| 13 | Tcm Bank Na | $ 1,782.10 | $ 0.00 | $ 0.00 |
| 14 | Woodhaven Lumber Millwork Inc | $ 5,916.31 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors $ 0.00

Remaining Balance $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $1,619.57 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 4C | Internal Revenue Service | $ 1,619.57 | $ 0.00 | $ 0.00 |

Total to be paid to subordinated unsecured creditors $ 0.00

Remaining Balance $ 0.00