UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Case No. 22-12916-KCF

SARIOTIS, GEORGE
SARIOTIS, CINDY

Debtor(s).

**APPLICATION FOR TRUSTEE'S COMPENSATION AND EXPENSES**

1. Applicant was appointed trustee of this bankruptcy estate on April 10, 2022.

2. Applicant has performed all duties of the trustee as prescribed by Section 704 of the Bankruptcy Code.

3. Applicant requests compensation in the amount of $4,400.00 for such services performed in accordance with Section 704 of the Bankruptcy Code.

4. Applicant certifies that the amount requested is not in excess of the limitations prescribed by Section 326 of the Bankruptcy Code.

5. Applicant requests reimbursement in the amount of $26.86 for actual and necessary expenses incurred during the administration of this bankruptcy estate.

6. COMPUTATION OF COMPENSATION

Total disbursements to parties in interest, excluding disbursements to the debtor, are $36,500.00. Pursuant to Section 326 of the Bankruptcy Code, compensation is computed as follows:
(For cases filed after October 22, 1994)

| | | | |
|---|---|---|---|
| 25% of First | $5,000: | ($1,250 Maximum) | $1,250.00 |
| 10% Up To | $50,000: | ($4,500 Maximum) | $3,150.00 |
| 5% Up To | $1,000,000: | ($47,500 Maximum) | $0.00 |
| 3% Up To | $1,000,000: | | $0.00 |
| Total Compensation | | | $4,400.00 |

7. TRUSTEE EXPENSE ITEMIZATION (Attach Additional Sheet, if necessary)

| Description of Expense | Date of Expense | Amount of Expense |
|---|---|---|
| Copies(12 at 0.20) | 08/30/23 | 2.40 |
| Copies(9 at 0.20) | 01/31/24 | 1.80 |
| Postage(1 at 0.86) | 01/31/24 | 0.86 |
| Copies(109 at 0.20) | 05/05/24 | 21.80 |

WHEREFORE, Applicant requests approval of the payment of compensation in the amount of $4,400.00 and reimbursement of expenses in the amount of $26.86.

Dated: May 5, 2024

/s/ Daniel E. Straffi, Trustee
DANIEL E. STRAFFI, TRUSTEE, Trustee