| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>**STRAFFI & STRAFFI, LLC**<br>670 Commons Way<br>Toms River, NJ 08755<br>732-341-3800<br>732-341-3548 (fax)<br>bktrustee@straffilaw.com<br>Attorney for Debtor(s) | |
| In Re:<br><br>George Sariotis<br>Cindy Sariotis<br><br>Debtors. | Case No.: 22-12916<br>Hearing Date:<br><br>Judge:Michael B. Kaplan<br><br>Chapter 7 |

**ORDER GRANTING ALLOWANCES**

The relief set forth on the following page is hereby **ORDERED**.

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is

**ORDERED** that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
|---|---|---|
| Daniel E. Straffi, Trustee<br>c/o Straffi & Straffi, LLC | $4,400.00 | $26.86 |