UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**STRAFFI & STRAFFI, LLC**
670 Commons Way
Toms River, NJ 08755
732-341-3800
732-341-3548 (fax)
bktrustee@straffilaw.com
Attorney for Debtor(s)

**Order Filed on August 21, 2024**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

| | |
|---|---|
| In Re:<br><br>George Sariotis<br>Cindy Sariotis<br><br>Debtors. | Case No.: 22-12916<br>Hearing Date:<br><br>Judge:Michael B. Kaplan<br><br>Chapter 7 |

**ORDER GRANTING ALLOWANCES**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: August 21, 2024**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is

**ORDERED** that compensation and expenses are allowed as follows:

| **APPLICANTS** | **COMMISSION/FEES** | **EXPENSES** |
|---|---|---|
| Daniel E. Straffi, Trustee<br>c/o Straffi & Straffi, LLC | $4,400.00 | $26.86 |