**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF** NEW JERSEY
TRENTON **DIVISION**

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| George Sariotis | § | Case No. 22-12916 |
| Cindy Sariotis | § | |
| | § | |
| Debtors | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

DANIEL E. STRAFFI, TRUSTEE , chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 1,506,295.00<br>*(Without deducting any secured claims)* | Assets Exempt: 60,100.00 |
| Total Distributions to Claimants: 18,662.62 | Claims Discharged<br>Without Payment: 321,085.48 |
| Total Expenses of Administration: 17,837.38 | |

3) Total gross receipts of $36,500.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $36,500.00 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $135,271.00 | $1,012,804.31 | $1,012,804.31 | $12,500.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 17,837.38 | 17,837.38 | 17,837.38 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 81,128.85 | 28,288.11 | 28,288.11 | 6,162.62 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 269,853.00 | 298,959.99 | 298,959.99 | 0.00 |
| **TOTAL DISBURSEMENTS** | $486,252.85 | $1,357,889.79 | $1,357,889.79 | $36,500.00 |

4) This case was originally filed under chapter on 04/10/2022, and it was converted to chapter 7 on 02/28/2023. The case was pending for 20 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/22/2024 By:/s/DANIEL E. STRAFFI, TRUSTEE
Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Refund of broker's commissions | 1229-000 | 36,500.00 |
| **TOTAL GROSS RECEIPTS** | | **$**36,500.00 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$**NA |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 7 | Ocean First Bank | 4110-000 | 0.00 | 830,031.36 | 830,031.36 | 0.00 |
| 8 | Specialized Loan Servicing Llc | 4110-000 | 135,271.00 | 170,272.95 | 170,272.95 | 0.00 |
| | Ocean First Bank | 4120-000 | NA | 12,500.00 | 12,500.00 | 12,500.00 |
| **TOTAL SECURED CLAIMS** | | | **$**135,271.00 | **$**1,012,804.31 | **$**1,012,804.31 | **$**12,500.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Daniel E. Straffi | 2100-000 | NA | 4,400.00 | 4,400.00 | 4,400.00 |
| Daniel E. Straffi | 2200-000 | NA | 26.86 | 26.86 | 26.86 |
| International Sureties, LTD. | 2300-000 | NA | 22.23 | 22.23 | 22.23 |
| Axos Bank | 2600-000 | NA | 280.00 | 280.00 | 280.00 |
| U. S. Trustee | 2950-000 | NA | 4,059.00 | 4,059.00 | 4,059.00 |
| United States Trustee | 2950-000 | NA | 500.98 | 500.98 | 500.98 |
| STRAFFI & STRAFFI, LLC | 3110-000 | NA | 3,792.50 | 3,792.50 | 3,792.50 |
| STRAFFI & STRAFFI, LLC | 3220-000 | NA | 216.83 | 216.83 | 216.83 |
| BEDERSON LLP | 3410-000 | NA | 4,493.50 | 4,493.50 | 4,493.50 |
| BEDERSON LLP | 3420-000 | NA | 45.48 | 45.48 | 45.48 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $NA | $17,837.38 | $17,837.38 | $17,837.38 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $NA | $NA | $NA | $NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4A | Internal Revenue Service | 5800-000 | 74,685.85 | 25,112.74 | 25,112.74 | 5,470.86 |
| 11 | State Of New Jersey | 5800-000 | 6,443.00 | 3,175.37 | 3,175.37 | 691.76 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $81,128.85 | $28,288.11 | $28,288.11 | $6,162.62 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | Advanced Endodontic Assoc. | 7100-000 | NA | 405.00 | 405.00 | 0.00 |
| 6 | American Express National Bank | 7100-000 | 7,384.00 | 7,384.94 | 7,384.94 | 0.00 |
| 1 | Discover Bank | 7100-000 | 13,857.00 | 13,857.27 | 13,857.27 | 0.00 |
| 9 | Hudson Insurance Company | 7100-000 | 220,053.90 | 248,506.93 | 248,506.93 | 0.00 |
| 4B | Internal Revenue Service | 7100-000 | 6,761.10 | 3,788.80 | 3,788.80 | 0.00 |
| 5 | Joseph Fazzio-Wall, Llc | 7100-000 | 14,778.00 | 15,299.07 | 15,299.07 | 0.00 |
| 2 | Marvel & Maloney | 7100-000 | NA | 400.00 | 400.00 | 0.00 |
| 13 | Tcm Bank Na | 7100-000 | 1,782.00 | 1,782.10 | 1,782.10 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 14 | Woodhaven Lumber Millwork Inc | 7100-000 | 5,237.00 | 5,916.31 | 5,916.31 | 0.00 |
| 4C | Internal Revenue Service | 7300-000 | NA | 1,619.57 | 1,619.57 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $269,853.00 | $298,959.99 | $298,959.99 | $0.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| | | | | | |
|---|---|---|---|---|---|
| Case No: | 22-12916 | MBK | Judge: Michael B. Kaplan | Trustee Name: | DANIEL E. STRAFFI, TRUSTEE |
| Case Name: | George Sariotis | | | Date Filed (f) or Converted (c): | 02/28/2023 (c) |
| | Cindy Sariotis | | | 341(a) Meeting Date: | 04/21/2023 |
| For Period Ending: | 10/22/2024 | | | Claims Bar Date: | 12/13/2023 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1801 pitney st | 932,000.00 | 0.00 | | 0.00 | FA |
| 2. 61 Redwood Dr | 620,000.00 | 0.00 | | 0.00 | FA |
| 3. household goods | 3,000.00 | 0.00 | | 0.00 | FA |
| 4. electronics | 300.00 | 0.00 | | 0.00 | FA |
| 5. Clothing | 1,000.00 | 0.00 | | 0.00 | FA |
| 6. jewelry | 1,000.00 | 0.00 | | 0.00 | FA |
| 7. amboy bnk account | 7,000.00 | 7,000.00 | | 0.00 | FA |
| 8. manasquan bank account | Unknown | 0.00 | | 0.00 | FA |
| 9. minnesota mutual life insurance | Unknown | 0.00 | | 0.00 | FA |
| 10. Lawsuit against tucci | Unknown | Unknown | | 0.00 | FA |
| 11. 1973 LLC | 100.00 | Unknown | | 0.00 | FA |
| 12. TSS Holdings LLC (u) | 0.00 | 0.00 | | 0.00 | FA |
| 13. Refund of broker's commissions (u) | 36,500.00 | 36,500.00 | | 36,500.00 | FA |
| 14. Cash On Hand | 420.00 | 420.00 | | 0.00 | FA |
| 15. amboy bnk account (u) | 1,575.00 | 1,575.00 | | 0.00 | FA |
| INT. Void (u) | 0.00 | N/A | | 0.00 | FA |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $1,602,895.00 | $45,495.00 | | $36,500.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Notice of Compromise filed on real estate commissions. R2004 on debtor. Need attorney fee application, Accountant fee application, final tax returns. Tax returns complete, attorney fee app filed. Need accountant fee app.

Exhibit 8

RE PROP # 1 -- This asset was sold in CH 11 case

RE PROP # 2 -- This property was sold in CH11

RE PROP # 7 -- the debtor could reduce d[1] exemption so as to validate d[5] exemption

RE PROP # 12 -- This businesS was transferred in 2/19. The transfer should be looked into.

Initial Projected Date of Final Report (TFR): 02/15/2025 Current Projected Date of Final Report (TFR): 06/15/2024

FORM 2
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | | |
|---|---|---|---|
| Case No: | 22-12916 | Trustee Name: | DANIEL E. STRAFFI, TRUSTEE |
| Case Name: | George Sariotis<br>Cindy Sariotis | Bank Name: | Axos Bank |
| | | Account Number/CD#: | XXXXXX6189<br>Checking |
| Taxpayer ID No: | XX-XXX1653 | Blanket Bond (per case limit): | $24,801,242.00 |
| For Period Ending: | 10/22/2024 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/30/23 | 13 | Burke & Manna Real Estate Agency, LLC<br>3408 Sunset Avenue<br>Suite A<br>Ocean, NJ 07712-3972 | Refund of Real Estate Commissions | 1229-000 | $36,500.00 | | $36,500.00 |
| 10/02/23 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $39.00 | $36,461.00 |
| 11/01/23 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $40.26 | $36,420.74 |
| 12/01/23 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $38.92 | $36,381.82 |
| 01/02/24 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $40.17 | $36,341.65 |
| 01/31/24 | 1001 | Ocean First Bank | Payment Per Settlement Agreement dated October 6, 2023 | 4120-000 | | $12,500.00 | $23,841.65 |
| 02/01/24 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $40.13 | $23,801.52 |
| 03/01/24 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $29.93 | $23,771.59 |
| 03/21/24 | 1002 | International Sureties, LTD.<br>Suite 420<br>701 Poydras Street<br>New Orleans, LA 70139 | Chapter 7 Blanket Bond - Bond# 612419196 | 2300-000 | | $22.23 | $23,749.36 |
| 04/01/24 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $26.24 | $23,723.12 |
| 05/01/24 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $25.35 | $23,697.77 |
| 05/06/24 | 1003 | STRAFFI & STRAFFI, LLC<br>670 Commons Way<br>Toms River, NJ 08755 | Order Granting Alowances dated April 29, 2024 - Trustee's Atty (ch7) - Fees | 3110-000 | | $3,792.50 | $19,905.27 |
| | | | Page Subtotals: | | $36,500.00 | $16,594.73 | |

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No: 22-12916
Case Name: George Sariotis
Cindy Sariotis
Taxpayer ID No: XX-XXX1653
For Period Ending: 10/22/2024

Trustee Name: DANIEL E. STRAFFI, TRUSTEE
Bank Name: Axos Bank
Account Number/CD#: XXXXXX6189
Checking
Blanket Bond (per case limit): $24,801,242.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/06/24 | 1004 | STRAFFI & STRAFFI, LLC<br>670 Commons Way<br>Toms River, NJ 08755 | Order Granting Allowances dated April 29, 2024 - Trustee's Atty (ch7) - Exp. | 3220-000 | | $216.83 | $19,688.44 |
| 09/10/24 | 1005 | Daniel E. Straffi<br>STRAFFI & STRAFFI, LLC<br>670 COMMONS WAY<br>TOMS RIVER, NJ 08755 | Trustee Compensation | 2100-000 | | $4,400.00 | $15,288.44 |
| 09/10/24 | 1006 | Daniel E. Straffi<br>STRAFFI & STRAFFI, LLC<br>670 COMMONS WAY<br>TOMS RIVER, NJ 08755 | Trustee Expenses | 2200-000 | | $26.86 | $15,261.58 |
| 09/10/24 | 1007 | United States Trustee<br>One Newark Center<br>Suite 2100<br>Newark, Nj 07102 | Final distribution to claim 10 creditor account # representing a payment of 100.00% per court order. | 2950-000 | | $500.98 | $14,760.60 |
| 09/10/24 | 1008 | U. S. Trustee<br>One Newark Center<br>Suite 2100<br>Newark Nj 07102 | Final distribution to claim 12 creditor account # representing a payment of 100.00% per court order. | 2950-000 | | $4,059.00 | $10,701.60 |
| 09/10/24 | 1009 | BEDERSON LLP<br>100 Passaic Avenue<br>Suite 310<br>Fairfield, NJ 07004 | Order Granting Allowances dated June 3, 2024 - Trustee's Acct | 3410-000 | | $4,493.50 | $6,208.10 |
| 09/10/24 | 1010 | BEDERSON LLP<br>100 Passaic Avenue<br>Suite 310<br>Fairfield, NJ 07004 | Order Granting Allowances dated June 3, 2024 - Trustee's Acct - Exp. | 3420-000 | | $45.48 | $6,162.62 |
| 09/10/24 | 1011 | Internal Revenue Service<br>Centralized Insolvency Operation<br>Po Box 7346<br>Philadelphia, Pa 19101-7346 | Final distribution to claim 4 creditor account # representing a payment of 21.79% per court order.<br>TaxID# 93-6661653.<br>SS# xxx-xx-3126 | 5800-000 | | $5,470.86 | $691.76 |
| 09/10/24 | 1012 | State Of New Jersey<br>Div Of Taxation Bk Se P O<br>Po Box 245<br>Trenton, Nj 08602-0245 | Final distribution to claim 11 creditor account # representing a payment of 21.79% per court order.<br>Tax id# 93-6661653<br>ss# xxx-xx-3126 | 5800-000 | | $691.76 | $0.00 |
| | | | Page Subtotals: | | $0.00 | $19,905.27 | |

Exhibit 9

| | | |
|---|---|---|
| COLUMN TOTALS | $36,500.00 | $36,500.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $36,500.00 | $36,500.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $36,500.00 | $36,500.00 |

| | | |
|---|---|---|
| Page Subtotals: | $0.00 | $0.00 |

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX6189 - Checking | $36,500.00 | $36,500.00 | $0.00 |
| | $36,500.00 | $36,500.00 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $36,500.00 |
| Total Gross Receipts: | $36,500.00 |

Page Subtotals: $0.00 $0.00